# EXHIBIT (B)

**POINTS OF CONSIDERATION FOR SUITABILITY FOR PAROLE**
**FOR MORGAN TYSON (C-81713)**
**JULY 3, 2006 LIFE PRISONER PAROLE HEARING**
**SAN QUENTIN STATE PRISON, SAN QUENTIN, CALIFORNIA**

**I.     SUMMARY OF POINTS OF SUITABILITY:**

Morgan Tyson (C-81713) (hereafter "Tyson") is suitable for parole.  In summary, numerous factors support a finding of suitability:

- No unreasonable risk to society or threat to public safety;

- "He does not appear to present an imminent risk of violence to himself or others here at San Quentin," ~~low degree of threat to public safety~~ as concluded in 2003 psychosocial assessment of Dr. L. Francis, M.D.

- "If released to the community, his violence potential is estimated to be only slightly above the average citizen in the community," as opined by Dr. Steven J. Terrini, Ph.D. in his 2000 psychiatric report.

- MEPD:  October 24, 1994, Over **24 years** of incarceration on instant offense; meets sentencing matrix of 15 CCR §2282 et seq; §2403(c)

- Long-standing and far-reaching participation in post-commitment educational programs, self-help therapy, vocational programs, and institutional job assignments;

- Last CDC 115 serious rules violation was over 13 years ago (1993) while last administrative counseling chrono was 7 years ago (1998);

- Realistic parole plans which include stable and suitable residence, numerous job offers, financial support, and family support;

- Maintenance of healthy social relationships with close and regular ties to family and friends while imprisoned through visits and letters;

- Shown genuine signs of remorse;

- Positive institutional behavior, which indicates significant improvements in self-control;  and

- Understands the nature and magnitude of the offense and accepts responsible for instant offense.

Mr. Tyson has made enormous progress since committing the instant offenses. There is no mistaking the significant strides he has made in his educational, vocational and rehabilitative programming. Of equal, if not greater importance, Mr. Tyson has demonstrated markedly improved insight into his remorse and regret and acceptance of full responsibility for his offenses. Given these notable changes to both his mind set and the development of healthy and sustaining skill sets, he is ready to be paroled after serving a deservedly lengthy prison sentence.

Notwithstanding his in-custody record, Mr. Tyson committed terrible crimes which resulted in the needless loss of life to the victim, Gail Williams, as well Janet Charles, Tina Boston, and Karen Kline, each of whom were terrorized and robbed by Mr. Tyson. It also must be pointed out that Mr. Tyson's actions affected the victims individually as well as placing an entire community in fear.

## II.    INSTANT OFFENSE:

While it is assumed that the Board is well-versed in the facts of Mr. Tyson's crimes, he wishes to highlight several factors that place into proper context the chain of events. Please note that by underscoring these mitigating factors, Mr. Tyson does not wish to diminish his profound regret and remorse as he takes **full** responsibility for the loss of life.

Several causative factors underscore the crimes. (1) Mr. Tyson was using and abusing narcotics at the time of the offenses which significantly clouded his judgment; (2) Mr. Tyson had minimal educational and vocational abilities at the time of offenses which he misperceived as limiting his ability to support himself; (3) His crimes were motivated by financial gain as he sought to rob each of the victim rather than to physically harm each one – albeit this too resulted; (4) After commission of the first offense, Mr. Tyson adopted a fatalistic attitude in which he believed that he had crossed a "point of no return;" and (5) Mr. Tyson was suffering from both low self-esteem and depression based upon his discharge from the military and a failed marriage. In all of these, Mr. Tyson realizes that he is solely responsible for creating the underlying causative factors which led to his crimes.

In fact, attached hereto are two letters of apology written by Mr. Tyson to the families of his victims wherein he offers his sincere remorse and regret as well as asking for forgiveness for his tragic actions.

## III.    POST-COMMITMENT ACHEIVEMENTS:

Mr. Tyson's in-custody history is quite laudable and notable. In order not to be duplicative, Mr. Tyson limits his recitation of his in-custody achievements to those earned since his last appearance before the Board.

### a) Self-help and Therapy Programming

- Alcoholics Anonymous participation 2005
- Narcotics Anonymous participation 2005
- IMPACT Workshop on Addiction (including successful completion of Module III)
- Participation in SQ's TRUST (Teaching Responsibility by Utilizing Sociological Training) comprehensive four day male/female relationship workshop
- Participation in SQ's TRUST on Self-Esteem, Work Ethics, Health Care and Fitness, and Preventative Health Care - 2005-2006
- TRUST Workshops in Restitution, Housing Money, Family Reunification, Conflict Resolution, and (Anti) Hustling and Crime - 2005

As detailed above, Mr. Tyson's self-help and rehabilitative programming has been consistent and thorough as he has availed himself of nearly every programmatic opportunity available.

### b) Disciplinary History

Mr. Tyson's last serious rules violation (CDC 115) was 13 years ago (1993) for possession of money. In the 24 years of his incarceration, his 115's total only three. Likewise, his last administrative offense dates back to 1998. His strict conformity to prison for over 13 years now to prison rules and regulations is strong evidence of Mr. Tyson's adherence to law-abiding behavior.

### c) Laudable Chronos

Several correctional staff have written unique letters of support for Mr. Tyson's parole. Relevant excerpts follow:

"I feel that I/M Tyson (C-81713) is ready to be given a parole date and processed home to the community waiting for him. I/M Tyson will be a law abiding citizen upon his release from prison. We have discussed his parole plans and I feel that they are extremely positive, as well as achievable." Correctional Officer John C. Gladson, SQSP.

"I have watched his interaction with staff and other inmates, and see that his demeanor is both respectful and quiet. I feel that he is ready for parole, and would make a good addition to society as a law abiding citizen. He is very positive about having success on parole, and has very positive parole plans." D. Simone, Correctional Officer, SQSP.

"Inmate Tyson always performed his duties well and had the ability to get along in a professional manner with both staff and inmates alike. It is my opinion that inmate Tyson is

ready to be released back into society at this time.  It is my belief, that inmate Tyson can make a positive contribution to the community."  Correctional Officer D. Stevenson, SQSP.

## IV.    PYSCHOLOGICAL EVALUATIONS

Mr. Tyson has consistent and supportive psychiatric evaluations:

"He does not appear to present an imminent risk of violence to himself or others here at San Quentin,"  Low degree of threat to public safety" as concluded in 2003 psychosocial assessment of Dr. L. Francis, M.D.

"If released to the community, his violence potential is estimated to be only slightly above the average citizen in the community," as opined by Dr. Steven J. Terrini, Ph.D. in his 2000 psychiatric report.

## REALISTIC PAROLE PLANS

### a) Housing

Mr. Tyson has stable and suitable residences available to him upon release.

- Mr. Tyson intends to reside with his Mother – Burnell Tyson at 942 Union Street, #E, Oakland, CA 94607 -- for the first 30 day of his parole while he and his two siblings assist Mr. Tyson in finding a permanent residence.

- Mr. Tyson also has contacted a number of transitional housing programs as possible residences including:  Allied Fellowship Service House at 1524 29th Ave., Oakland, CA 94601, (510) 535-1236, and Walden House, 890 Hayes Street, San Francisco, CA 94117, 415-554-1100.

### b) Employment

Mr. Tyson intends to pursue firm job leads via several of the day laborer programs available in his county of last residence including:

- Jobs Consortium, 1722 Broadway, Oakland, CA 94612, (510) 251-6241.
- Eastbay One-Stop Shop Career Center, 1950 Addison Street, Suite 105 Berkeley, CA 94704, (510) 644-6085
- Career Resources Development Center, 32- 13th Street, 2nd Floor, Oakland, CA 94612 (510) 268-8886.

1

## V.     COMMUNITY SUPPORT

2

3      Numerous letters of support and confidence are attached hereto as evidence of the
family, community, and public support for Mr. Tyson's parole.

4

Respectfully submitted,

5

6     DATED: 7/18/06

7                                          _____
                                           Charles Carbone, Esq.
                                           Attorney for Morgan Tyson

8

9                                          Charles Carbone, Esq.
                                           2940 16th. Street, Suite B5
10                                         San Francisco, California 94103
                                           Telephone:  415-252-9211
11                                         Facsimile:  415-252-9311

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Letters of Remorse
# & Regret

Tuesday, March 23, 1999

FROM:     Morgan A. Tyson  (C-81713)
          P. O. Box 705
          CTF-North RB-337
          Soledad, CA  93960-705

Dear Mr. McKnight:

First of all, I hope you are not offended by this letter to you from me. Sir, I would have written to you sooner to let you know how sorry that I am for taking the life of your daughter, Gail Williams. After inquiring with administrative staff here (my Counselor) felt that it would be inappropriate for me to write to you, however, within my heart, I felt it was something I needed to do.

Mrs. Bently (Parole Board Member) felt that it was not wrong for me to express my sincere apology and deep remorse for the pain and suffering that I have caused you and your family. I am very, very sorry for what I have done.

Had I the self respect at the time, that I now possess, this crime or any other crime for that matter would have never happened as far as from my person. My lack of respect for myself ultimately hampered my ability to respect others. But, the fact remains that it did happen, and I can't imagine how you feel about me as a person. Hopefully, you can find it in your heart to forgive me for what I have done to you and your entire family.

I wish there was a way to ease your pain. For the Lord knows that I would change this whole sequence of events if I could. Thank you very much for taking the time out of your day to read this letter and listen to what I have to say.

Sincerely,

Morgan A. Tyson

Tuesday, March 23, 1999

FROM:     Morgan A. Tyson  (C-81713)
          P. O. Box 705
          CTF-North RB-337
          Soledad, CA  93960-705

Dear Mr. Radich:

    I know that you may find this very hard to believe that a person who you convicted 17 years ago is writing to you.  I hope that you are doing well, and continuing to succeed with the District Attorney's office.

    I have written to Ms. Sawyer (my Attorney) for the purpose of attaining Mr. McKnight's (my victim's father) address so that I could wrote to her family and apologize for the pain I have caused them (murdering their daughter, Gail Williams).  Ms. Sawyer said that it is unlawful to give the victims address to the defendant pursuant to the case, and that I should write to the victims family in care of the District Attorney's office.

    I would have written to you years ago, but I had no knowledge that I could not write to the victims family directly until after conferring with administrative staff here (my Counselor) who felt that it would be inappropriate to write the victims family at all.

    When I went to my Parole Hearing in June, 1998, Mrs. Bently (Parole Board Member) asked me whether or not I had tried to contact the victims family to express my sincere apology and remorse for the pain and suffering that I have caused directly to the family.  I am very, very sorry for what I have done.

    Mr. Radich, I thank you in advance for your help and understanding, however, if you feel that my letter contains items that could possibly open up old wounds or emotions that will cause more pain and suffering, I trust your judgement not to send this letter to Mr. McKnight.  The last thing that I would want to do is cause anyone any more pain.

Sincerely,

Morgan A. Tyson

# Letters of Support from Correctional Staff

August 19, 2003

Presiding Commissioner
Board Of Prison Terms
San Quentin State Prison

IN RE:  Morgan A. TYSON
        C-81713

Dear Commissioner;

In the last 7 years, I have had position assignments in the Mainline North Block Housing Unit. I have known inmate TYSON, C-81713, during most of that time. I have watched his interaction with staff and other inmates, and see that his demeanor is both respectful and quiet.

I feel that he is ready for parole, and would make a good addition to society as a law abiding citizen. He is very positive about having success on parole, and has very positive parole plans.

If you have any questions, please feel free to contact me.

c/o

D. SIMONE
Correctional Officer
North Block / 3rd Watch
San Quentin State Prison

January 28, 2004


Presiding Commissioner
Board Of Prison Terms
San Quentin State Prison


Re:  Morgan A. Tyson
     C-81713


Dear Commissioner,

I am writing this letter for inmate Morgan A. Tyson, C-81713, whom I have known for the last thirteen (13) years. He worked for me in East Block, on San Quentin's Death Row for approximately two (2) years where I had daily contact with him and was able to observe his actions.

Inmate Tyson, always performed his duties well and had the ability to get along in a professional manner with both staff and inmates alike.

It is my opinion that inmate Tyson is ready to be released back into society at this time. It is my belief, that inmate Tyson can make a positive contribution to the community.

You may contact me for any reason concerning inmate Tyson. Thank you, sir.


Correctional Officer D. Stevenson
720 B-Section Door
San Quentin State Prison
(RDO's S/S)

December 31, 2003.

Presiding Comminssioner
Board of Prison Terms
San Quentin State Prison

Re:    Morgan A. Tyson
       C-81713

Dear Commissioner,

I've lnown Inmate Tyson, C-81713, for the last thirteen, (13), years, while assigned as Lower Yard Correctional Officer here at San Quentin Prison. I/M Tyson worked for me as the San Quentin Recreation Clerk for several years. His interaction with Staff and inmates, as well as his respect for Staff and fellow inmates was always exceptional.

I feel that I/M Tyson, C-81713, is ready to be given a parole date and processed home to the community waiting for him. I/M Tyson will be a law abiding citizen upon his release from prison. We have discussed his parole plans and I feel that they are extremely positive, as well as acheivable.

If for any reason, you have questions or concerns about granting I/M Tyson a parole date, please feel free to call me.

%o J. C. Gladson
C/O John C. Gladson
Key Security Officer
San Quentin Prison
(RDO - Sat, Sun)

NAME and NUMBER    TYSON    CDC-128-B Rev. 4/74

Inmate TYSON is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the second quarter of 2005. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig: C-file
cc:   IPC
      Inmate

K. J. Williams, Captain
Inmate Program Coordinator
San Quentin State Prison

DATE  6/30/05          N.A. PARTICIPATION                    GENERAL CHRONO

---

NAME and NUMBER    TYSON    C-81713    1N11    CDC-128-B Rev. 4/74

Inmate TYSON is a member of San Quentin's Narcotics Anonymous (N.A) group, and attended meetings during the third quarter of 2005. He has demonstrated sincere dedication in attending the group sessions and interacting with the members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig: C-file
cc:   IPC
      Inmate

K. J. Williams, Captain
Inmate Program Coordinator
San Quentin State Prison

DATE  9/30/05          N.A. PARTICIPATION                    GENERAL CHRONO

---

NAME and NUMBER    TYSON    C81713    1 N 011L    CDC-128-B (Rev. 4/74)

Inmate TYSON actively participated in Session Four (Specific Relationships) of IMPACT's 16-Week Workshop on Relationships with 100% attendance. Our Workshop topics helped participants: 1. Define Appropriate Relationships Between A Man And His Wife Or Love Interest, 2. Learn To Improve Their Relationships With Their Children, 3. Develop Accepted Methods Of Interacting With Family And Friends, and, 4. Expand Their Relationships And Interaction Within The Community. Through presentations and in-depth discussions on the subject matter, participants learned that no two relationships are the same and they differ in type and manner where thoughts and feelings are shared. Our primary focus was geared toward helping participants learn about interacting appropriately with their wives, children, families and their community, and learn that specific relationships require specific methods of interaction. Workshop curriculum also focused on helping participants understand the importance of good communication between people in a relationship, that family ties need to be nurtured, and that some relationships are strong and need to be kept interesting in order to maintain them. Participants also visited some concepts of the Male Role Belief System and reconsidered equality as a component. Mr. TYSON is to be commended for his participation in our Workshop on Relationships and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc:   IMPACT File
      Inmate

Earl A. Smith Sr.
Protestant Chaplain
San Quentin State Prison

DATE:  9/26/05          (PARTICIPATION CHRONO - IMPACT)          GENERAL CHRONO

NAME and NUMBER    **TYSON**    C81713    **1 N 011L**    CDC-128-B (Rev. 4/74)

Inmate TYSON actively participated in Session Three (Cultivating Successful Relationships) of IMPACT's 16-Week Workshop on Relationships with 100% attendance. Our Workshop topics helped participants: 1. Define Successful Relationships And Explore Their Necessity, 2. Understand The Importance Of Communication Within Relationships, 3. Learn Why Tolerance Is Important In Relationships, and, 4. Develop Strategies That Promote Longevity Within Relationships. Through presentations and in-depth discussions on the subject matter, participants learned about successful relationships as well as how to develop and maintain them. Our primary focus was geared toward helping participants understand the concept of successful relationships and to identify some of their components. Workshop curriculum also focused on helping participants understand the importance of good communication between people in a relationship, recognizing that tolerance requires the practice of patience, and the importance of trust in addition to these other factors. Participants also revisited some concepts of the Male Role Belief System and reconsidered equality as a component. Mr. TYSON is to be commended for his participation in our Workshop on Relationships and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc: IMPACT File
    Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

DATE: **8/1/05**    *(PARTICIPATION CHRONO - IMPACT)*    GENERAL CHRONO

---

AME and NUMBER    TYSON    C-81713    1-N-69    CDC-128-B (Rev. 4/74)

Inmate TYSON is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the first quarter of 2005. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig: C-file
cc: IPC
    Inmate

K. J. Williams, Captain
Inmate Program Coordinator
San Quentin State Prison

TE 1/31/05    N.A. PARTICIPATION    GENERAL CHRONO

---

ME and NUMBER    TYSON    C-81713    1-N-11    CDC-128-B Rev. 4/74

Inmate TYSON is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the second quarter of 2005. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig: C-file
cc: IPC
    Inmate

K. J. Williams, Captain
Inmate Program Coordinator
San Quentin State Prison

6/30/05    N.A. PARTICIPATION    GENERAL CHRONO

Inmate TYSON actively participated in Session Four of IMPACT's 16-Week Workshop on Addiction with 100% attendance. Our Workshop topics helped participants: 1. Define Recovery, 2. Explore The Concept Of Recovery In Order To Determine If It Is A Myth Or Reality, 3. Adopt Maintenance Functions And Establish A Maintenance Level, and 4. Learn To Recognize And Avoid Relapse. Through presentations and in-depth descussions participants learned how recovery is a reality that differs from person to person based on quality and not just quantity of abstinence. Workshop curriculum also focused on adopting maintenance functions and levels, and learning to recognize and avoid relapse. Mr. TYSON is to be commended for his participation in our Workshop on Addiction and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc:   IMPACT File
      Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:  **3/21/05**          *(PARTICIPATION CHRONO - IMPACT)*          GENERAL CHRONO

---

NAME and NUMBER    **TYSON**          C81713          1 N 069L          CDC-128-B (Rev. 4/74)

Inmate TYSON actively participated in Session One of IMPACT's 16-Week Workshop on Addiction with 100% attendance. Our Workshop topics helped participants: 1. Define Addiction, 2. Identify The Symptoms Of Addiction, 3. Discover Who Is/Becomes An Addict, 4. Learn What Causes Addiction, and 5. Identify The Effects Of Addictions. Through presentations and in-depth discussions on use of mood and mind-altering substances, activities, and behaviors, participants learned to understand different forms of addiction as well as their symptoms. Our primary focus was geared toward understanding the causes of addiction by promoting a theme that social use leads to dependence and dependence always leads to addiction. Workshop curriculum also focussed on how addiction impairs physical and mental health, how it depletes resources, and how continued use lowers self-esteem. Mr. TYSON is to be commended for his participation in our Workshop on Addiction and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc:   IMPACT File
      Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:  **10/18/04**          *(PARTICIPATION CHRONO - IMPACT)*          GENERAL CHRONO

---

NAME and NUMBER    **TYSON**          C81713          1 N 069L          CDC-128-B (Rev. 4/74)

Inmate TYSON actively participated in Session Three of IMPACT's 16-Week Workshop on Addiction with 100% attendance. Our Workshop topics helped participants: 1. Define Treatment, 2. Investigate Different Types Of Treatment And Who Is Qualified To Provide It, 3. Discover Who Needs Treatment And Why, 4. Learn How To Find Treatment For Their Use, and 5. Commit To Seek Treatment For Addictions. Through presentations and in-depth discussions on procedures that lessen the severity of addiction participants learned how treatment is designed and evolves, and how it positively effects unwanted use. Our primary focus was geared toward different types of treatments and how a person may have to experience exposure to more than one treatment process before gaining control over their use. Workshop curriculum also focused on who is qualified to provide treatment and where it can be obtained. Mr. TYSON is to be commended for his participation in our Workshop on Addiction and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc:   IMPACT File
      Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:  **2/14/05**          *(PARTICIPATION CHRONO - IMPACT)*          GENERAL CHRONO

Inmate TYSON actively participated in Session One of IMPACT's 16-Week Workshop on Relationships with 100% attendance. Our Workshop topics helped participants: 1. Define Relationships, 2. Define Interpersonal Relationships, 3. Define Non-Personal Relationships, and 4. Learn to Distinguish Healthy Relationships From Toxic Relationships. Through presentations and in-depth discussions on various types of relationships, participants learned to understand the concept of relationships and identify some of the attributes that make up a relationship. Participants also discussed the roles people play in their lives. Our primary focus was geared towards understanding that the manner in which we relate to others plays an important role in shaping the quality of our lives. Workshop curriculum also focused on not taking interpersonal relationships for granted, and understanding that whereas all relationships are important, some are vital and more intimate. Mr. TYSON is to be commended for his participation in our workshop on Relationships and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc: IMPACT File
    Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

DATE: **5/23/05**          *(PARTICIPATION CHRONO - IMPACT)*          GENERAL CHRONO

---

NAME and NUMBER    **TYSON**          C81713          1 N 011L          CDC-128-B (Rev. 4/74)

Inmate TYSON actively participated in Session Two (Relationship Dynamics) of IMPACT's 16-Week Workshop on Relationships with 100% attendance. Our Workshop topics helped participants: 1. Explore The Concept Of Love As A "Verb", 2. Recognize The Need For Sacrifice Within Relationships, 3. Develop And Embrace Healthy Dependence Within A Relationship, 4. Contrast Trust And Mistrust Within Relationships, and, 5. Learn How Loyalty Helps Solidify Relationships. Through presentations and in-depth discussions on the subject matter, participants learned to identify the common dynamics that affect the growth, changes and development of relationships. Our primary focus was geared towards understanding why some relationships fail while others succeed. Workshop curriculum also focused on how relationships are formed, developed and changed, understanding the importance of compromise and sacrifices within a relationship, understanding the importance of teamwork in a relationship, understanding the danger of mistrust within relationships and to develop some possible ways and enabling trust, and understanding the importance of loyalty in a relationship. Mr. TYSON is to be commended for his participation in our Workshop on Relationships and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc: IMPACT File
    Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

DATE: **6/27/05**          *(PARTICIPATION CHRONO - IMPACT)*          GENERAL CHRONO

---

**NAME:** TYSON          **CDC#:** C-81713          **HOUSING:** 1-N-11L

From July 28 through September 8, 2005, Inmate Tyson C-81713 attended comprehensive **Restitution, Housing and Money** workshops given by the San Quentin **T.R.U.S.T.** (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Restitution, Housing and Money** workshops consist of a variety of exercises and lectures which prepare the attendants for coping with a variety of possible housing circumstances upon release. The workshops not only provide information as to how to use available information sources in order to acquire housing, but also introduce to attendants the relationship between restitution and restorative justice. Inmate Tyson C-81713 actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D.          K. Richman, Ph. D.          K. J. Williams, Capt.          V. M. Chittendon, Lt.
Executive Director          Sponsor          Co-Chief Sponsor          Chief Sponsor

Original: Central File
cc: Inmate
    Counselor

DATE: 10/16/05          **Mandatory Chrono**

NAME:  TYSON          CDC#:  C-81713          USING:  1-N-11 L

From July 28 through September 8, 2005, Inmate   Tyson C-81713      attended comprehensive **Restitution, Housing and Money** workshops given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Restitution, Housing and Money** workshops consist of a variety of exercises and lectures which prepare the attendants for coping with a variety of possible housing circumstances upon release. The workshops not only provide information as to how to use available information sources in order to acquire housing, but also introduce to attendants the relationship between restitution and restorative justice. Inmate Tyson C-81713       actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D.        K. Richman, Ph. D.        K. J. Williams, Capt.        V. M. Crittendon, Lt.
Executive Director           Sponsor                   Co-Chief Sponsor             Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 10/16/05                    **Laudatory Chrono**

---

NAME:  TYSON          CDC#:  C-81713          HOUSING:  1-N-11 L

From July 28 through September 8, 2005, Inmate   Tyson C-81713      attended comprehensive **Restitution, Housing and Money** workshops given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Restitution, Housing and Money** workshops consist of a variety of exercises and lectures which prepare the attendants for coping with a variety of possible housing circumstances upon release. The workshops not only provide information as to how to use available information sources in order to acquire housing, but also introduce to attendants the relationship between restitution and restorative justice. Inmate Tyson C-81713       actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D.        K. Richman, Ph. D.        K. J. Williams, Capt.        V. M. Crittendon, Lt.
Executive Director           Sponsor                   Co-Chief Sponsor             Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 10/16/05                    **Laudatory Chrono**

---

NAME:  TYSON          CDC#  C-81713          HOUSING:  1-N-11 L

From April 21 through July 21, 2005, Inmate   Tyson C-81713      , participated in, and completed the first session of the San Quentin T.R.U.S.T. (Teaching Responsibility Utilizing Sociological Training) for the Development of Incarcerated Men Value System. The session consists of weekly workshops on the T.R.U.S.T. **Cultural Equation** (History + Culture = Values), **Independence & Responsibility, Leadership Development, Family & Fatherhood, Family Reunification, and Conflict Resolution.** The workshops consist of numerous exercises designed to raise the awareness of how values determine lifestyle and behavior, how inspirational and communicative skills, as well as the ability to assume responsibility are vital qualities for guiding ones own life as well as taking an active role in improving the community. The workshops instill the ability to communicate effectively with ones children and help them adjust throughout to parent's incarceration. The workshops also provide mature strategies for resolving conflict, as an alternative to violence, which may arise in the home and/or community. Inmate Tyson C-81713       , actively participated in this program and should be commended for his efforts toward self-improvement.

On September 22, and 29, 2005, Inmate TYSON C-81713 attended a comprehensive **Associations, Hustling and Crime** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Associations, Hustling and Crime** consists of numerous exercises and dialogue designed to raise the awareness of the role that developing unhealthy relationships played in participants incarceration. The workshops address how peer pressure contributes to behavior and presents solutions as to how one may begin to think independently as one prepares to return to the community. The workshops also assist the participants in closely evaluating the thinking process that may lead to crime, its consequences, and also methods of avoiding it. Inmate TYSON C81713 actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D    K. Richman, Ph. D.    K. J. Williams, Capt.    V. M. Crittendon, Lt.
Executive Director       Sponsor               Co-Chief Sponsor         Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE:                    **Laudatory Chrono**

---

TYSON    CDC# C-81713    HOUSING: 1-N-11L

From April 21 through July 21, 2005, Inmate Tyson C-81713, participated in, and completed the first session of the San Quentin T.R.U.S.T. (Teaching Responsibility Utilizing Sociological Training) for the Development of Incarcerated Men Value System. The session consists of weekly workshops on the T.R.U.S.T. **Cultural Equation** (History + Culture = Values), **Independence & Responsibility, Leadership Development, Family & Fatherhood, Family Reunification, and Conflict Resolution**. The workshops consist of numerous exercises designed to raise the awareness of how values determine lifestyle and behavior, how inspirational and communicative skills, as well as the ability to assume responsibility are vital qualities for guiding ones own life as well as taking an active role in improving the community. The workshops instill the ability to communicate effectively with ones children and help them adjust throughout to parent's incarceration. The workshops also provide mature strategies for resolving conflict, as an alternative to violence, which may arise in the home and/or community. Inmate Tyson C-81713, actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D    K. Richman, Ph. D.    K. J. Williams, Capt.    V. M. Crittendon, Lt.
Executive Director       Sponsor               Co-Chief Sponsor         Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 10-16-05           **Laudatory Chrono**

---

NAME: TYSON

From April 21 through July 21, 2005, Inmate Tyson C-81713, participated in, and completed session of the San Quentin T.R.U.S.T. (Teaching Responsibility Utilizing Sociological Training) for the Development of Incarcerated Men Value System. The session consists of weekly workshops on the T.R.U.S.T. **Cultural Equation** (History + Culture = Values), **Independence & Responsibility, Leadership Development, Family & Fatherhood, Family Reunification, and Conflict Resolution**. The workshops consist of numerous exercises designed to raise the awareness of how values determine lifestyle and behavior, how inspirational and communicative skills, as well as the ability to assume responsibility are vital qualities for guiding ones own life as well as taking an active role in improving the community. The workshops instill the ability to communicate effectively with ones children and help them adjust throughout to parent's incarceration. The workshops also provide mature strategies for resolving conflict, as an alternative to violence, which may arise in the home and/or community. Inmate Tyson C-81713, actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D    K. Richman, Ph. D.    K. J. Williams, Capt.    V. M. Crittendon, Lt.
Executive Director       Sponsor               Co-Chief Sponsor         Chief Sponsor

**NAME:** TYSON   **CDC#:** C-81713   **HOUSING:** 1N11L

On September 22, and 29, 2005, Inmate TYSON C-81713 attended a comprehensive **Associations, Hustling and Crime** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Associations, Hustling and Crime** consists of numerous exercises and dialogue designed to raise the awareness of the role that developing unhealthy relationships played in participants incarceration. The workshops address how peer pressure contributes to behavior and presents solutions as to how one may begin to think independently as one prepares to return to the community. The workshops also assist the participants in closely evaluating the thinking process that may lead to crime, its consequences, and also methods of avoiding it. Inmate TYSON C81713 actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D   K. Richman, Ph. D.   K. J. Williams, Capt.   V. M. Crittendon, Lt.
Executive Director   Sponsor   Co-Chief Sponsor   Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE:   **Laudatory Chrono**

---

**NAME:** TYSON   **CDC#:** C-81713   **HOUSING:** 1N11L

On September 22, and 29, 2005, Inmate TYSON C-81713 attended a comprehensive **Associations, Hustling and Crime** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Associations, Hustling and Crime** consists of numerous exercises and dialogue designed to raise the awareness of the role that developing unhealthy relationships played in participants incarceration. The workshops address how peer pressure contributes to behavior and presents solutions as to how one may begin to think independently as one prepares to return to the community. The workshops also assist the participants in closely evaluating the thinking process that may lead to crime, its consequences, and also methods of avoiding it. Inmate TYSON C81713 actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D   K. Richman, Ph. D.   K. J. Williams, Capt.   V. M. Crittendon, Lt.
Executive Director   Sponsor   Co-Chief Sponsor   Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE:   **Laudatory Chrono**

---

**NAME: TYSON**   **CDC# C81713**   **HOUSING: 1 N 011L**

From October 20, through November 17, 2005, Inmate TYSON C81713 participated in the second module of the the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men Value System. The module consists of comprehensive weekly workshops on **Fundamental Management** (Time, Family, and Financial); **Communication, Language & Technical Literacy; and Group Dynamics and Decision Making**. These workshops consist of numerous exercises and dialogue designed to develop fundamental skills concerning time, family, and financial management; Understanding the concepts of Aggressive vs. Passive vs. Assertive Communication and the importance of understanding how verbal and body language effects how others view us; and to help participants familiarize themselves with group dynamics, and the decision making process within group setings. The workshops are set up to assist participants in evaluating their own behavior and thinking process. Inmate TYSON C81713 actively participated in this program and should be commended for his efforts toward self-improvement.

K. Richman, Ph. D.   V. M. Crittendon, Lt.

NAME: TYSON                CDC# C81713              HOUSING:  N 011L

From October 20, through November 17, 2005, Inmate TYSON        C81713        participated in the second module of the the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men Value System.  The module consists of comprehensive weekly workshops on **Fundamental Management** (Time, Family, and Financial); **Communication, Language & Technical Literacy; and Group Dynamics and Decision Making**.  These workshops consist of numerous exercises and dialogue designed to develop fundamental skills concerning time, family, and financial management; Understanding the concepts of Aggressive vs. Passive vs. Assertive Communication and the importance of understanding how verbal and body language effects how others view us; and to help participants familiarize themselves with group dynamics, and the decision making process within group setings.  The workshops are set up to assist participants in evaluating their own behavior and thinking process. Inmate TYSON        C81713        actively participated in this program and should be commended for his efforts toward self-improvement.

_____              _____
K. Richman, Ph. D.                    V. M. Crittendon, Lt.
Sponsor                               Chief Sponsor

_____

Original: Central File
cc: Inmate
Counselor

DATE: 24-Dec-05                    **Laudatory Chrono**

---

NAME: TYSON                CDC# C81713              HOUSING:  1 N 011L

From October 20, through November 17, 2005, Inmate TYSON        C81713        participated in the second module of the the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men Value System.  The module consists of comprehensive weekly workshops on **Fundamental Management** (Time, Family, and Financial); **Communication, Language & Technical Literacy; and Group Dynamics and Decision Making**.  These workshops consist of numerous exercises and dialogue designed to develop fundamental skills concerning time, family, and financial management; Understanding the concepts of Aggressive vs. Passive vs. Assertive Communication and the importance of understanding how verbal and body language effects how others view us; and to help participants familiarize themselves with group dynamics, and the decision making process within group setings.  The workshops are set up to assist participants in evaluating their own behavior and thinking process. Inmate TYSON        C81713        actively participated in this program and should be commended for his efforts toward self-improvement.

_____              _____
K. Richman, Ph. D.                    V. M. Crittendon, Lt.
Sponsor                               Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 24-Dec-05                    **Laudatory Chrono**

---

ME and NUMBER      TYSON          C-81713            1-N-11          CDC-128-B Rev. 4/74

Inmate TYSON is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the fourth quarter of 2005. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

_____
Orig:   C-file                    K. J. Williams, Captain
  cc:   IPC                       Inmate Program  Coordinator



# Certificate of Completion

Awarded To

*Morgan A. Tyson*

For successfully completing "MODULE III - Addictions" of Project IMPACT

This certificate was awarded at San Quentin State Prison,

On this 21st day of March in the year 2005

Program Coordinator

Assistant Coordinator

# Certificate of Completion

Awarded To

**MORGAN A. TYSON**

For successfully completing "MODULE IV - Relationships" of Project IMPACT

This certificate was awarded at San Quentin State Prison,

On this 3rd day of October in the year 2005

_____
Vice President & Program Coordinator

_____
Member of the Board of Directors



# Certificate of Completion

Awarded To

*Morgan A. Tyson*

For successfully completing "MODULE I - WHAT IS A MAN" of Project IMPACT

This certificate was awarded at San Quentin, California

On this 10th day of July in the year 2006

Collette Carroll / Vice President

Roland B. Peck - Board Member

# Community & Family Letters of Support

Oct. 31, 2005
Oakland, Ca. 94606

Dear Members of the Parole Board,

Here I am once again writing in regards to My son Morgan Andre Tyson (C 81713) who is a inmate at San Quentin State Prison, trying to plead to you to consider giving him a release date.

I am really losted for words to say because I think I had said it all in previous letters I've written in his behalf.

Since the letter I wrote he has lost his father and I've (his mother) have had a heart attack, But all thanks to God I am doing better and is able to visit him once weekly to keep his spirits up.

I've prayed about this situation over & over and over, I know within my heart the decision you make is not mine but up to you all of the board. I truly hope its one I want to hear.

I've seen a tremendous change for the better in him and hopefully since your last denial you will too.

He has no need to worry about a place to live because his sister and brother are willing to give him place to live until he finds work and is able to find living quarters of his own. I can't give him a place because I'm in a senior citizen Apartment. His Brother and sister has own there own homes so they are willing to help him financially and anything else he might need.

2

I've asked before and I ask again if
you can find it in your heart as
I plead for his release to open the
cage and set the bird go free?

This will allow Morgan another chance
at a life in the outside World after fifteen
to keep another person from making
the mistake he made.

Thanking you well in advance for
all of your help and consideration
when making your determination.

Sincerely,

Mrs. Bernell Tyson

c c
Ms K. Hillard CCI
Morgan Tyson C.81713

November 11, 2005

To:  The Members of the Parole Board

Today I am writing you in regards of my nephew, Morgan Tyson (C81713) who is now serving time as an inmate at San Quentin State Prison. I just want to say he is not a bad person, because as a child I spent a lot of time with him and his family while he was growing up.  His father was a career Army man, and the family moved around a lot. I was still able to visit with them quite frequently.  In his last year of high school he enlisted in the Navy and got married.  After spending some time overseas he came home to Georgia, where I was able to see him again, because his parents had settled there after his father retired from the Army.

Morgan came to live with me for a while in Washington, D.C. after a failed marriage.  He worked steady, but got homesick, for his mother, father and his two daughters, so he returned to Georgia.  Morgan's parents were good Christian people who taught him right from wrong.  His Mother, my sister had to help raise me after my mother past when I was three years old. Morgan has a good heart and has always respected me and the rest of our family.

If you feel in your recommendation to release him, it would take a hardship off of my sister (his mother), because since she had a heart attack she is still trying to visit him weekly, to keep his morale up. If my nephew is released I would do anything and everything in my power to help him adjust in his new life.

I thank you for your patience and time for your consideration.

Sincerely,

Raymond Buford

Thursday, November 10, 20

Board of Prison Terms, Chairman
1515 "K" Street, 6th Floor
Sacramento, CA 95814


To Whom It May Concern:


I am writing in regards to my brother, Morgan Andre Tyson (C-81713) who is an inmate at San Quentin State Prison. I've known Morgan all my life. When we are young, we all make mistakes but we learn from our mistakes. I'm positive that Morgan is very remorseful for all the crimes that he has committed and he has learned from those mistakes that he made.  Morgan served in the United States Navy for approximately 3 or 4 years. His service to the US Navy was well served and he had an honorable discharge.

While incarcerated, Morgan has missed out on being a father, son, brother and grandfather. This has truly made him very sad. If he could change what happened he would. He has mastered many trades while incarcerated. When he is released, I will help provide housing, food and employment for him. On various occasions, I visit Morgan and we sit and reminisce about old times, fun times and the way things would have been had he been a free man. My heart truly goes out to the families that were affected by the crimes that he committed.

My mother and I are the only ones in California. We do our best to make sure we visit him on a regular basis. Our other family members are out of state, however, whenever they are in town, they make it a point to visit him. Unless you are in Morgan's shoes or have someone in your intermediate family incarcerated, it is very hard for you to understand what we are all going through. For the past 24 years, it's something we have had to relive and it breaks our hearts as well.

If you can find it in your heart to give him another chance, it would be worth your while. He will prove to you that he is a changed man. God is a forgiving God who continues to give us all chances at making a difference in our lives. Once again, Morgan has truly learned his lesson about life!

Sincerely,

Darryl Tyson, Brother


Cc:     Morgan Tyson
        Ms. K. Hillard, CC2

07/19/05

To Whom It May Concern,

   I am writing this letter in behalf of my brother Mr. Morgan A. Tyson (C-81713) who has been an inmate in the California prison system for over twenty years. My name is Josanna Martinez, I am his sister. My brother who is now in his fifties has been before, you, the board, many times. I can say that he is very remorseful for his crime and in the time that he has served he has grown from a boy to a responsible man. My plea to you for his release comes from my heart as well as his. Nothing can take back what he did, but he can go on to live a productive life and start to give back to the world that has so taken care of him in the last twenty years. He has been a positive mentor to my children who have only known him behind bars. They have listened to his kind words of advice about life and living in love, respect and with the utmost integrity, and now have grown to be quiet respected young men, all the time knowing what his crime was and asking questions that were all answered honestly. I know with his release he will life out his life quietly and be the son, father, brother, uncle and respectful man God meant him to be. I ask from the depths of my heart that you approve his release and let him come home to his caring family.

                              Sincerely,

                              Josanna Martinez

07/20/05

Mr. Qunintin D. Martinez
1598 Jones Dr.
Ann Arbor, MI 48105


Board of Prison Terms,

I am writing this letter on behalf of my uncle, Morgan A. Tyson
(C-81713). He is incarcerated in San Quinten State Prison. I am 23
years old and even though my uncle has been imprisoned all my
life, I have grown to love and respect him with all my heart. He has
played a major part in my life, as my parents were divorced when I
was very young. He has taught me how important it is to be honest,
get a good education and to be an upstanding citizen. I know he is
truly sorry and ashamed of the crime he committed. In the twenty
years plus that he has been incarcerated he has told me of the many
trades he has learned. I pray that you consider the time he has
served, his accomplishments, his remorse and the love that his
family has for him, when you are making your decision. I know
that as a child he was always their for me and now that I am a man,
upon his release, I will always be their for him.

                                    Sincerely,

98-041

April 12, 1998

Board of Prison Terms
428 J. St. 6th Floor
Sacramento, California 95814



RE:   Morgan Andre Tyson
       Inmate #C81713
       San Quentin State Prison

Dear Prison Parole Board,

      This letter is written on behalf of my brother, Morgan Andre Tyson.
My name is Dwayne Tyson, I am 40 years of age and reside in the State of
Illinois. Over the years I have often wondered why my brother would have
committted such a heinous crime. As a child he was always one I looked up
to and desired to be like him. Andre was a Jack of All Trades, brilliant,
creative and very family oriented. At the time of his crime, Andre was on
drugs and severely distraught over his ex-wife. Andre understands that he
can not change the past. He regrets the pain that others have endured, not
only for the victims' family but his own as well. He has been incarcerated
since 1982 and knows that he will live with his crime for the remainder of his
life. In these sixteen years, I have witnessed a significant change in his state
of mind and ask that you please consider his accomplishments and time spent.
While man judges the outward appearance of men, God knows a man's heart.
His word states that he has given you authority over the law. I pray that God
will speak to your heart to make proper judgment.

                              Sincerely,

                              DWAYNE TYSON

/dt