# EXHIBIT (G)

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 1

In re MORGAN A. TYSON on Habeas Corpus.

A117098
Alameda County No. 75513

**FILED**
APR 0 4 2007
Court of Appeal - First App. Dist.
DIANA HERBERT
By _____

BY THE COURT:

The petition for writ of habeas corpus is denied.

The justices participating in this matter were:

Justice Marchiano, Justice Stein and Justice Swager

Date: APR 0 4 2007        MARCHIANO, P.J.   P.J.

orcc1a