# EXHIBIT (H)

S152056

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re MORGAN A. TYSON on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

OCT 1 0 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice