FILED
07 NOV 26 PM 12: 51
[clerk stamp, U.S. District Court, Northern District of California]

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Morgan A. Tyson                Plaintiff,

vs.

Robert L. Ayers (Warden)
Board of Parole Hearings       Defendant.

CASE NO. CV 07 5784 JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Morgan A. Tyson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $83.00                    Net: varies some months between $75 and $80.00

Employer: P.I.A Prison Industry

- 1 -

PRIS. APP. TO PROC. IN FORMA PAUPERIS

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment     Yes ___ No ✓

b. Income from stocks, bonds, or royalties?     Yes ___ No ✓

c. Rent payments?     Yes ___ No ✓

d. Pensions, annuities, or life insurance payments?     Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes ✓ No ___ separated

Spouse's Full Name: Margaret J. Martin (Tyson) Separated

Spouse's Place of Employment: Don't Know

Spouse's Monthly Salary, Wages or Income:

Gross $ don't know     Net $ don't know

4. a. List amount you contribute to your spouse's support: $ none

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_none_

5.    Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ✓ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _$82.22_

Do you own any cash? Yes ✓ No ___ Amount: $ _$82.22 prison account_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8.    What are your monthly expenses?

Rent: $ _none_    Utilities: _none_

Food: $ _none_    Clothing: _none_

Charge Accounts: _none_

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ None _____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A   N/A _____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11-19-2007                    *[signature]*
DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -