# EXHIBIT 1

202 160

# SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF ALAMEDA
## ABSTRACT OF JUDGMENT
### (Commitment to State Prison)

The People of the State of California, Present:  
vs.  
MORGAN ANDRE TYSON  
AMX 770  2060285     Defendant

Present:  
Hon. JOSEPH KARESH  
       Judge of the Superior Court  
Jack Radisch  
District Attorney  
Susan Sawyer  
Counsel for Defendant

This certifies that on 12-23-83 judgment of conviction of the above-named defendant was entered as follows:  
(1) Case No. 75513    Count No. six  
On his plea of not guilty  
he was convicted by verdict of jury of a felony, to wit: Murder, a violation of Section 187 of the Penal Code of California as charged in Count Six of the Information. The jury further found the degree of Murder to be the second degree. The jury further found the use clause charged in count six to be true.  
SEE DETERMINATE SENTENCING FORM FOR COUNTS one through five.

with prior felony convictions charged and proved or admitted as follows:

| Date | County and State | Crime | Disposition |
|------|------------------|-------|-------------|
|      |                  |       |             |

**DOCUMENTS FILED**

DEFENDANT WAS GIVEN NO CREDIT FOR TIME SERVED ON COUNT SIX.

XX Defendant has been held in custody for ........ days as a result of the same criminal act or acts for which he has been convicted.

Defendant XX armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Penal Code Section 3024. XX   XX

(2) Defendant XX adjudged an habitual criminal within the meaning of Subdivision XX (a) or (b) of Section 644 of the Penal Code, and the Defendant XX   XX an habitual criminal in accordance with provisions of Subdivision (c) of that section. XX   XX   XX

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in state prison of the State of California for the term provided by law /15 years - LIFE and that he be remanded to the Sheriff of the County of Alameda, and by him delivered to the Director of Corrections of the State of California at Vacaville, California

It is ordered that sentences shall be served in respect to one another as follows:  
There is a term of one year imposed on the use clause of count six which is to run consecutive to the term imposed on count six for a total of 16 years - LIFE.

and in respect to any prior incompleted sentence(s) as follows:

"THE COURT MAKES NO ORDER"

(4) To the Sheriff of the County of Alameda and to the Director of Corrections at the Vacaville, California

Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above named defendant into the custody of the Director of Corrections at the Vacaville, California at your earliest convenience.

Witness my hand and seal of said court February 17, 1984

(SEAL)

RENE' C. DAVIDSON, County Clerk

By _____, Deputy

State of California, } SS.
County of Alameda,

I do hereby certify the foregoing to be a true and correct abstract of the judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213.

Attest my hand and seal of the said Superior Court this

_17th_ day of _February_, 19_84_

(S E A L)

RENE' C. DAVIDSON,
County Clerk and ex officio Clerk of the Superior Court of the State of California in and for the County of Alameda.

_Joseph Karesh_
Judge of the Superior Court of the State of California in and for the County of Alameda

By _Torie M Locke_, Deputy.

DISTRIBUTION: Signed Original to Sheriff with PO report.
Duplicate filed.