# EXHIBIT 2

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
BRANCH Oakland

PEOPLE OF THE STATE OF CALIFORNIA versus [ ] PRESENT
DEFENDANT: MORGAN ANDRE TYSON
AKA: AMX 770  2060285  [X] NOT PRESENT

CASE NUMBER(S): 75513 - A, - B, - C, - D, - E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT  CORRECTED  [X] AMENDED ABSTRACT

ENDORSED FILED SEP -8 1988
RENE C. DAVIDSON, County Clerk
By Irva E. Smith, Deputy

DATE OF HEARING: 02/17/84   DEPT. NO. 105   JUDGE: JOSEPH KARESH   CLERK: Toni Locke
REPORTER: Leila Demetrescu   COUNSEL FOR PEOPLE: Jack Radisch, DDA   COUNSEL FOR DEFENDANT: Susan Sawyer, APD   PROBATION OFFICER: Jacqueline Townsend, DPO

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | JURY TRIAL | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL-TERM | INCOMPLETE CS-REFER #3 | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 211/644 | attempted robbery | 82 | 12/23/83 | X | M | | | | | | | 2 | |
| 1 | PC | 245(a)(1) | assault | 82 | 12/23/83 | X | M | | | | | | X | | |
| 4 | PC | 211 | robbery | 82 | 12/23/83 | X | M | | X | | | | | 1 | |
| 5 | PC | 245(a)(1) | assault | 82 | 12/23/83 | X | M 1/3 | | | | | | X | | |
| 3 | PC | 211 | robbery | 82 | 12/23/83 | X | M | X | | | | | | (3) | |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | X X | | | | | | | | 1 |
| 4 | | X X | | | | | | | | |

**Term imposed on ct 5 is stayed pending completion of the term imposed on ct 4 and upon completion of said sentence said stay to become final.

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|

5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

OTHER-ORDERS: Term imposed on ct 1 is stayed pending completion of the 3 yrs imposed on ct 2 & upon completion of said sentence said stay to become final. **see above**

NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:
8. TOTAL TERM IMPOSED: → 4

9. EXECUTION OF SENTENCE IMPOSED:
[X] A. AT INITIAL SENTENCING HEARING
[ ] B. AT RESENTENCING PURSUANT TO DECISION ON APPEAL
[ ] C. AFTER REVOCATION OF PROBATION
[ ] D. AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

DATE SENTENCE PRONOUNCED: 02/17/84
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS 856 INCLUDING: ACTUAL LOCAL TIME 571   LOCAL CONDUCT CREDITS 285
STATE INSTITUTIONS: CTS only given on cts 1-5

DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[ ] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[X] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY): See indeterminate form for count SIX.

CLERK OF SUPERIOR COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: Irva Smith   DATE: September 8, 1988

This form is prescribed pursuant to Penal Code § 1213.5 to satisfy the requirements of Penal Code § 1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code § 1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code § 1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code 1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290
Pen.C. 1213.5

DISTRIBUTION: PINK COPY — COURT FILE   YELLOW COPY — DEPARTMENT OF CORRECTIONS