# EXHIBIT 3

OAKLAND POLICE DEPARTMENT
CRIME REPORT 212-536-251 (8/81)

1. ASSIGN TO: SGT. D. MURRAY — HOMICIDE
2. R.D. NUMBER: 82-61254

3. COMPLAINANT'S NAME (firm name if business): Williams, Gale Marie
4. SEX-RACE-D.O.B.: FN 15Aug57
5. COMPLAINANT'S RESIDENCE ADDRESS / CITY: 1941 E 30th St Apt #10 94606
6. RESIDENCE PHONE: 436-3041
7. WHERE COMPLAINANT IS EMPLOYED OR ATTENDS SCHOOL / CITY: 2401 Broadway
8. BUSINESS PHONE:
9. REPORTING PERSON'S NAME / SEX-RACE-AGE: Allen, Steve M — MN 25
10. RESIDENCE PHONE: 436-3041
11. REPORTING PERSON'S ADDRESS / CITY: 1941 E 30th St Apt #10
12. BUSINESS PHONE: 547-6330
13. LOCATION OF OFFENSE (address/block number): 1941 E 30th St
14. DATE OCCURRED: 10 Jul 82 — TIME OCCURRED: 0335
15. DATE REPORTED: 10 Jul 82 — TIME REPORTED: 0340
16. CRIME / SECTION-SUBSECTION-CODE: Murder 187 PC
17. CLASSIFICATION:

EXTRA COPIES: CHIEF; D/C FIELD OP.; D/C INVEST; D/C SERVICES; ANIMAL CONTROL; CID; COMMUNICATIONS; CRIMINALISTICS; C.S.D.; I.A.; INTELLIGENCE; JAIL; PATROL; PERSONNEL; PLANNING; PROPERTY; RECORDS; RECORDS TOW DESK; RESERVE; TRAFFIC; TRAINING; VICE; YSD; A.B.C.; CITY ATTORNEY; HEALTH DEPT; ALA. CO. CORONER; BD. OF EDUCATION; D/A VICT/WIT; FIRE MARSHAL

18. REPORTING AGENCY:
19. NO. PERSONS ARRESTED: 0
20. INCIDENT NUMBER: 405
21. COMP. OCCUPA.: Clerk
22. HRS. OF EMPLOY: 0830-1700
23. BEAT: 20
24. VEH. FROM WHICH THEFT OCCURRED — LICENSE NO. / STATE / YEAR / VEH. YR. / MAKE / MODEL / BODY TYPE / COLOR:
25. NAME OF A.B.C. PREMISES INVOLVED:
26. DESCRIBE WEAPON OR FORCE USED: Knife
27. BURGLARY PT. OF ENTRY:
28. METHOD TO EFFECT ENTRY:
29. VALUE OF LOSS:
30. THEFT INSIDE BUILDING: ☐ YES ☐ NO
31. STOLEN: ☐ NO LOSS AT THIS TIME ☐ CASH, NOTES ☐ FIREARMS ☐ HOUSEHOLD GOODS ☐ CLOTHING, FURS ☐ OFFICE EQUIPMENT ☐ CONSUMABLE GOODS ☐ LIVESTOCK ☐ JEWELRY, PRECIOUS METALS ☐ TELEVISIONS, RADIOS, CAMERAS ☐ OTHER
32. PREMISES: Apt Complex
33. WORDS USED BY SUSPECT: unk
34. WITNESS #1: NAME, SEX, RACE, AGE, ADDRESS, RESIDENCE PHONE, BUSINESS PHONE (if juvenile, school attended): King, Sharon FN 23 452 3rd St Rich. 236-7192
WITNESS #2: unk
35. SUSPECT VEHICLE — LICENSE NO. / STATE:
36. VEH. YR. / MAKE / MODEL / BODY TYPE / COLOR:
37. SUSPECT VEHICLE CHARACTERISTICS:
38. HOLD PLACED ON VEHICLE: ☐ YES ☐ NO — TOWED TO:
39. SUSPECT #1: NAME, SEX, RACE, AGE(D.O.B.), HT., WT., BUILD, HAIR, EYES, COMPLEXION, IDENT. CHAR.: MN 23-25 yrs 5'4-5'6 med blk light comp
IN CUSTODY: ☐ YES ☒ NO
ARR. OR CIT. NO. / ADDRESS, RES. PHONE, BUS. PHONE / IF JUVENILE, SCHOOL ATTENDED / CLOTHING: lt blu T-shirt, blu jeans, beard
40. SUSPECT #2: NAME, SEX, RACE, AGE(D.O.B.), HT., WT., BUILD, HAIR, EYES, COMPLEXION, IDENT. CHAR.: unk
IN CUSTODY: ☐ YES ☒ NO
ARR. OR CIT. NO. / ADDRESS, RES. PHONE, BUS. PHONE / IF JUVENILE, SCHOOL ATTENDED / CLOTHING:

41. ADDITIONAL CHARGES — IDENTIFY AS OUTLINED ABOVE
ADDITIONAL WITNESSES — IDENTIFY AS OUTLINED ABOVE
ADDITIONAL COMPLAINANTS — IDENTIFY AS OUTLINED ABOVE
ADDITIONAL SUSPECTS — IDENTIFY AS OUTLINED ABOVE
LOSS-ITEMIZE, DESCRIBE IN DETAIL, GIVE VALUES & TOTAL VALUE
EVIDENCE — ITEMIZE, WHERE AND BY WHOM FOUND, DISPOSITION
SUMMARIZE DETAILS OF CRIME
STATEMENTS TAKEN — FROM WHOM, BY WHOM, WHAT REPORT FORM USED
INSTRUCTIONS GIVEN TO COMPLAINANT
OTHER INFORMATION — TECH CALLED, WHO SECURED PREMISES, ETC.

Loss
unk
Evidence
Refer to M. Holland 7187T Report
Summary
On 10 Jul 82 at 0339 hrs, R/O and Off H. Petty 7260P was dispatched to 1941 E 30th St Apt #10 on a possible stabbing incident #405. R/O observed the comp lying on a sofa, R/O observed a puncture

42. REPORTING OFFICER OR CLERK/SERIAL NO.: J. Kalama 7309P
43. SECOND OFF./SER. NO.:
44. APPROVING SUPERVISOR: Sgt Kramer
WATCH: 1 — DISTRICT: III
45. PAGE 1 OF 3 PAGES
46. CLEARANCE:
47. DATE FILED:
48. PROPERTY RELEASE FORWARDED: ☐ YES ☐ NO ☐ NO PROPERTY
49. INVESTIGATOR'S NAME/SERIAL NO.:
50. APPROVING SUPERVISOR/SERIAL NO.:

ADDITIONAL INFORMATION REPORT — OAKLAND POLICE DEPARTMENT

Report Number: 82-61254

1. Purpose of Report: ☒ Continuation of: ☒ Offense

2. No. of Arrestees: 0

4. 2/3

6. Date of This Report: 10 Jul 82

8. Crime or Charge and Classification: MURDER 187 PC

9. Complainant's Name: WILLIAMS, GALE M — Sex, Race, Age: FN 24

10. Complainant's Address: 1941 E 30th ST APT #10

11. Defendant's Name:

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

15. A. List and describe additional defendants or suspects. If in custody, use outline above and state: "In custody".
B. List new witnesses by name, address and phone number.
C. For additional property involved, itemize, properly describe and show value.
D. Recovered property – document the location of the recovery (address), date & time recovered, condition, by whom recovered.
E. Supplemental information – document name, address and phone number of complainant if changed from the original report.

Summary cont

WOUND AROUND THE LEFT BREAST AREA. WHEN THE COMP WAS FIRST QUESTION IF COMP COULD GIVE R/O A DESCRIPTION OF THE SUSP, COMP DENIED. AFTER FURTHER QUESTIONING, COMP GAVE A SUSP DESCRIPTION AND ALSO WHERE THE STABBING OCCURED, DOWNSTAIRS ON THE FIRST FLOOR AT THE S/W CORNER OF THE APT COMPLEX. ALLIED AMBULANCE AND E-46 ARRIVED AT APPROX 0348 HRS. AT APPROX 0350 HRS SGT KRAMER 6861 P ARRIVED AT THE SCENE. COMP WAS TAKEN TO ACH/ER FOR TREATMENT. R/O AND TECH. M. HOLLAND 7187 T CANVASED THE AREA FOR THE POSS. WEAPON USED OR OTHER EVIDENCE. TECH TOOK PHOTOS OF THE SCENE AND BLOOD SAMPLES.

R/P, ALLEN, STEVE WHO HAS BEEN LIVING WITH THE COMP FOR THE PAST 1½ YRS STATES HE CAME HOME FROM R/P'S FRIEND'S HOUSE, HARDERMAN, BRYAN ABOUT 0230 HRS THIS DATE. COMP WAS IN HER PAJAMAS WHEN THE R/P ARRIVED HOME. R/P STATES HE STAYED HOME FOR 30 MIN, GOT SOME MONEY AND THAN LEFT AGAIN TO BRYAN'S HOUSE WHICH IS LOCATED AROUND THE CORNER ON E 31st ST. R/P STATES THE COMP WAS STILL IN HER PAJAMAS AND LATCHED THE DOOR AFTER THE R/P LEFT. R/P STATES THE COMP USES THE STAIRCASE AT THE SOUTHERN END OF THE APT COMPLEX AS ACESS TO AND FROM APT #10. THE POSSIBLE REASON THE COMP WAS DOWNSTAIRS IS BECAUSE SHE MIGHT HAVE BEEN ON HER WAY TO MR HARDERMAN'S HOUSE ALSO TO BE WITH THE R/P. THE COMP DID NOT WANT THE R/P TO LEAVE AGAIN.

Serial No. | 17. Second Off. Ser. No. | 18. Approving Supervisor | Serial No. | 19. Cont. Rpt. Attached

ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT

536-280 (11 74)

5. R.D. NUMBER: 82-61254

1. PURPOSE OF REPORT: ☐ SUPPLEMENTAL ☑ CONTINUATION OF: ☐ ARREST ☑ OFFENSE ☐ SUPPLEMENTAL

2. NO. OF ARRESTEES: 0

3. EXTRA COPIES:

4. PAGE NO.: 3/3

6. CRIME OR CHARGE AND CLASSIFICATION: MURDER 187 PC

7. DATE OF ORIGINAL REPORT:

8. DATE OF THIS REPORT: 10 Jul 82

9. COMPLAINANT'S NAME: Williams, Gale M — SEX, RACE, AGE: FN 24

10. COMPLAINANT'S ADDRESS: 1941 E 30th St Apt #10 — CITY:

11. DEFENDANT'S NAME: — SEX, RACE, AGE:

11. DEFENDANT'S NAME: — SEX, RACE, AGE:

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

15. A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

Summary Cont

R/O took a statement from the R/P. Comp expired in ACH/OR at 0814 Hrs this date.

☐ INTELLIGENCE ☐ INTERNAL AFFAIRS ☐ YOUTH SERVICES DIVISION ☐ PATROL DIV. ☐ PROPERTY SECTION ☐ S.O.S. ☐ RECORDS & COMMUNICATIONS DIVISION ☐ SECURITY SECTION ☐ TECHNICIANS ☐ VICE CONTROL ☐ A.B.C. ☐ CHIEF ☐ DEPUTY F.O. ☐ DEPUTY INV. ☐ DEPUTY SERV. ☐ A.F.P. ☐ BOARD OF EDUC. ☐ HEALTH DEPT. ☐ CITY ATTY. OTHER ☐ ☐

C.I.D. — EXTRA COPIES

16. REPORTING OFFICER — SERIAL NO. | 17. SECOND OFF. SER. NO. | 18. APPROVING SUPERVISOR — SERIAL NO. | 19. CONT. RPT. ATTACHED

ADDITIONAL INFORMATION REPORT — OAKLAND POLICE DEPARTMENT

| Field | Entry |
|---|---|
| 5. Report Number | 82-61254 |
| 1. Purpose of Report | ✓ Supplemental |
| 2. No. of Arrestees | 0 |
| 4. Page No. | 1/3 |
| 6. Crime or Charge and Classification | MURDER (187 PC) |
| 7. Date of Original Report | 10 JUL 82 |
| 8. Date of This Report | 10 JUL 82 |
| 9. Complainant's Name / Sex, Race, Age | WILLIAMS, GAIL FN 24 |
| 10. Complainant's Address | 1941 E. 30TH ST #10 |
| 11. Defendant's Name | |

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

SUMMARY

AT APPROX 0340 HRS THIS DATE, R/O RESPONDED AS COVER TO A 245a PC W/ A KNIFE AT 1941 E.30TH ST, APT. 10 (INCIDENT #405). UPON ARRIVING ON THE SCENE, R/O MADE CONTACT W/ COMP WILLIAMS, GAIL, FN 24, WHO WAS LYING ON THE SOFA IN HER LIVING ROOM. R/O OBSERVED COMP TO HAVE AT LEAST ONE STAB WOUND TO THE UPPER LEFT CHEST. IT WAS APPARENT THAT COMP'S WOUNDS WERE SEVERE AS SHE HAD LOST A CONSIDERABLE AMOUNT OF BLOOD.

R/O WAS ABLE TO MAKE VERBAL CONTACT W/ COMP AS SHE WAS CONSCIOUS & LUCID. HOWEVER, WHEN R/O INITIALLY INQUIRED AS TO THE NATURE OF HER INJURIES & A DESCRIPTION OF HER ASSAILANT, COMP WOULD ONLY REPLY THAT SHE HAD BEEN STABBED. BUT AFTER A BIT OF PRODDING, COMP STATED SHE HAD BEEN STABBED AT THE BOTTOM OF THE STAIRCASE IFO HER APT. BY A MN, 24-26, 5-6 TO 5-8, FAIR COMPLEXION, W/ A BEARD, LBLU T-SHIRT & BLU JEANS. COMP WAS UNABLE TO PROVIDE ANY MORE INFORMATION DUE TO HER SEVERE CONDITION. FIRE ALARM & ALLIED AMBULANCE WERE NOW ON THE SCENE & COMP WAS TRANSPORTED TO ACH, ER.

R/O THEN MADE CONTACT W/ SHARON KING, FN 15AUG58, 452-3RD ST RICHMOND. KING WAS AN OVERNIGHT VISITOR AT COMP'S APT & HAD BEEN RESPONSIBLE FOR CALLING OPD. ACCORDING TO KING, SHE & COMP HAD BEDDED DOWN FOR THE NIGHT AROUND 2200 HRS AND THAT SHE WAS NOT AWARE OF ANYTHING UNTIL COMP AWAKENED HER & ASKED HER TO CALL THE POLICE

SERIAL NO. | 17. SECOND OFF. SER. NO. | 18. APPROVING SUPERVISOR | SERIAL NO. | 19. CONT. RPT. ATTACHED ✓

OAKLAND POLICE DEPARTMENT

ADDITIONAL INFORMATION REPORT

5. R.D. NUMBER 82-61254

1. PURPOSE OF REPORT: SUPPLEMENTAL / X CONTINUATION OF ARREST OFFENSE / X SUPPLEMENTAL

2. NO. OF ARRESTEES: —0—

3. EXTRA COPIES:

4. PAGE NO. 2/3

6. CRIME OR CHARGE AND CLASSIFICATION: MURDER (187 PC)

7. DATE OF ORIGINAL REPORT: 10 JUL 82

8. DATE OF THIS REPORT: 10 JUL 82

9. COMPLAINANT'S NAME: WILLIAM, GAIL — SEX, RACE, AGE: FN24

10. COMPLAINANT'S ADDRESS: 1941 E. 30TH ST #10 — CITY

11. DEFENDANT'S NAME — SEX, RACE, AGE

11. DEFENDANT'S NAME — SEX, RACE, AGE

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. — 13. YEAR MAKE MODEL COLOR(S) — 14. OPERATOR'S LICENSE NO. OF DEFENDANT — STATE

15. A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERTY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY - DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION - DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

SUMMARY CONT'D

KING STATED THAT COMP LIVED IN THE APT W/ STEVE ALLEN, WHOSE WHEREABOUTS SHE WAS NOT AWARE.

R/O THEN PARTICIPATED, ALONG W/ OTHER OPD UNITS, IN A CANVASS OF THE NEIGBORHOOD W/ THE FOLLOWING RESULTS:

1941 E. 30TH ST #1 NO ANSWER
1941 E. 30TH ST. #3 RESIDENT VANESSA HENDERSON HEARD NOTHING
1941 E. 30TH ST. #5 " IDA VIIAY " "
1941 E. 30TH ST. #7 " CHARLES EVANS " "
1941 E. 30TH ST. #9 NO ANSWER
1941 E. 30TH ST. #8 RESIDENT HARVEY McFARLAND HEARD NOTHING
1941 E. 30TH ST. #6 NO ANSWER
1941 E. 30TH ST. #4 RESIDENT ERNEST WALKER HEARD SCREAMS AROUND THE TIME OF THE INCIDENT BUT FAILED TO INVESTIGATE.
1940 E. 29TH ST. #4 RESIDENT ANTOINETTE SMITH HEARD SCREAMS BUT FAILED TO INVESTIGATE.
1945 E. 30TH ST. #15 RESIDENT MANUEL COTTON HEARD NOTHING
" " #17 " KEVIN JONES " "
" " #19 NO ANSWER
" " #14 NO ANSWER
" " #16 RESIDENT YOLANDA BOWLER HEARD NOTHING
" " #18 NO ANSWER
1948 E. 29TH ST. #9 MANAGER JAMES PATMORE HEARD NOTHI[NG]
" " #11 RESIDENT ZSA ZSA ROUNTREE HEARD NOTHING
" " #7 NO ANSWER
" " #5 RESIDENT BRENT SWABB HEARD NOTHING.

20. C.I.D. — INTELLIGENCE — INTERNAL AFFAIRS — YOUTH SERVICES DIVISION — PATROL DIV. — PROPERTY SECTION — S.O.S. — RECORDS & COMMUNICATIONS DIVISION — SECURITY SECTION — TECHNICIANS — VICE CONTROL — A.B.C. — CHIEF — DEPUTY F.O. — DEPUTY INV. — DEPUTY SERV. — A.F.P. — BOARD OF EDUC. — HEALTH DEPT. — CITY ATTY. — OTHER — EXTRA COPIES

16. REPORTING OFFICER — SERIAL NO. — 17. SECOND OFF. SER. NO. — 18. APPROVING SUPERVISOR — SERIAL NO. — 19. CONT. RPT. ATTACHED X YES ☐ NO

ADDITIONAL INFORMATION REPORT 536-280 (11/74) OAKLAND POLICE DEPARTMENT

| 1. PURPOSE OF REPORT | 2. NO. OF ARRESTEES | 3. EXTRA COP | 4. PAGE NO. | 5. RD NUMBER |
|---|---|---|---|---|
| ☐ SUPPLEMENTAL ☒ CONTINUATION ☐ ARREST ☐ OFFENSE ☒ SUPPLEMENTAL | -0- | | 3/3 | 82-61254 |

| 6. CRIME OR CHARGE AND CLASSIFICATION | 7. DATE OF ORIGINAL REPORT | 8. DATE OF THIS REPORT |
|---|---|---|
| MURDER (187 PC) | 10 JUL 82 | 10 JUL 82 |

| 9. COMPLAINANT'S NAME | SEX, RACE, AGE | 10. COMPLAINANT'S ADDRESS | CITY |
|---|---|---|---|
| WILLIAMS, GAIL | FN 24 | 1941 E. 30TH ST #10 | |

| 11. DEFENDANT'S NAME | SEX, RACE, AGE | 11. DEFENDANT'S NAME | SEX, RACE, AGE |
|---|---|---|---|
| | | | |

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

| 12. LIC. NO. | STATE | YR. | 13. YEAR | MAKE | MODEL | COLOR(S) | 14. OPERATOR'S LICENSE NO. OF DEFENDANT | STATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

15.
A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY - DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION - DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

SUMMARY CONT'D

1948 E. 29TH ST. #3 NO ANSWER
" " #1 RESIDENT TAMMY BRANTLEY HEARD NOTHING

1918 E. 30TH ST. RESIDENT RON VINEYARD HEARD NOTHING
1912 E. 30TH ST. RESIDENT JOSEPH BELSER WAS RETURNING HOME AS THE AMBULANCE WAS ARRIVING & SAW NOTHING.

THE CANVASSING WAS SELECTED BASED OF THE LOCATION OF THE RESIDENTS TO THE SCENE OF THE CRIME. R/O LISTED THEM IN THE ORDER OF CONTACT.

OF THESE INTERVIEW, ONE PERSON DID BEAR SIMILARITIES TO THE SUSP. THIS INDIVIDUAL IS HARVEY McFARLAND, MN 24 JAN 54, 5-8, 185, FAIR COMPLEXIONED W/ A BEARD. McFARLAND RESIDES NEXT DOOR TO COMP. R/O QUESTIONED THIS SUBJECT BRIEFLY. R/O COULD UNCOVER NO ADDITIONAL INFO TO LINK McFARLAND TO COMP.

Routing: 20. C.I.D ☐ INTELLIGENCE ☐ INTERNAL AFFAIRS ☐ YOUTH SERVICES DIVISION ☐ PATROL DIV. ☐ PROPERTY SECTION ☐ S.O.S. — RECORDS & COMMUNICATIONS DIVISION ☐ SECURITY SECTION ☐ TECHNICIANS ☐ VICE CONTROL ☐ A.B.C. ☐ CHIEF ☐ DEPUTY F.O. ☐ DEPUTY INV. ☐ DEPUTY SERV. ☐ A.F.P. ☐ BOARD OF EDUC. ☐ HEALTH DEPT. ☐ CITY ATTY. OTHER ☐ ☐ — EXTRA COPIES

| 16. REPORTING OFFICER | SERIAL NO. | 17. SECOND OFF. SER. NO. | 18. APPROVING SUPERVISOR | SERIAL NO. | 19. CONT. RPT. ATTACHED |
|---|---|---|---|---|---|
| [illegible] | [illegible] | | SGT [illegible] | | ☐ YES ☒ NO |

OAKLAND POLICE DEPARTMENT

ADDITIONAL INFORMATION REPORT

5. R.D. NUMBER: 82-61254

1. PURPOSE OF REPORT: X SUPPLEMENTAL

2. NO. OF ARRESTEES: Ø

3. EXTRA COPIES

4. CRIME OR CHARGE AND CLASSIFICATION: MURDER 187 P.C.

7. DATE OF ORIGINAL REPORT: 10 JUL 82

8. DATE OF THIS REPORT: 10 JUL 82

9. COMPLAINANT'S NAME: WILLIAMS, GALE — SEX, RACE, AGE: FN 24

10. COMPLAINANT'S ADDRESS: 1941 E-30TH ST #10

11. DEFENDANT'S NAME

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

15. A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION; BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

WIT #1: PATMORE, JAMES MW5 MAY 40, 1948
E-29TH ST #9. 536-6274 \ 444-7770

SUMMARY:
R/O RESPONDED TO 1941 E-30TH ST TO ASSIST IN INVESTIGATION OF ASSAULT W/A DEADLY WEAPON. R/O WAS DIRECTED BY OFFICER M. HOLLAND TO CONTACT CITIZENS RESIDING IN THE APARTMENT COMPLEX AT 1935 E-30TH ST WHOSE APARTMENTS WOULD ALLOW A VIEW OF THE SOUTH WEST STAIRWELL AREA OF 1941 E-30TH ST. R/O OBTAINED THE FOLLOWING RESULTS:

1935 E-30TH ST #15 - MR. JOHNNIE FOBBS ADVISED THAT HE HEARD A DISTURBANCE BUT DID NOT LOOK TO SEE THE CAUSE.

1935 - E-30TH ST #17 - NO ANSWER

1935 - E-30TH ST #19 - WAS NOT CANVASSED BY R/O AS OFFICER HOLLAND ADVISED THAT CONTACT HAD ALREADY BEEN MADE.

1935 - E-30TH ST #21 - IS A VACANT APARTMENT.

1935 - E-30TH ST #23 - NO ANSWER.

16. REPORTING OFFICER | SERIAL NO. | 17. SECOND OFF. SER. NO. | 18. APPROVING SUPERVISOR: T. KROMMEN, V7 | SERIAL NO. | 19. CONT. RPT. ATTACHED: X YES ☐ NO

OAKLAND POLICE DEPARTMENT

ADDITIONAL INFORMATION REPORT

5. R.D. NUMBER: 82-61254

1. PURPOSE OF REPORT: SUPPLEMENTAL - CONTINUATION OF: X ARREST / OFFENSE / X SUPPLEMENTAL

2. NO. OF ARRESTEES: Ø

3. EXTRA COPIES

AGENCY NO. 46

6. CRIME OR CHARGE AND CLASSIFICATION: MURDER 187 P.C.

7. DATE OF ORIGINAL REPORT: 10 JUL 82

8. DATE OF THIS REPORT: 10 JUL 82

9. COMPLAINANT'S NAME: WILLIAMS, GALE — SEX, RACE, AGE: FN24

10. COMPLAINANT'S ADDRESS: 1941 E-30TH ST #10 — CITY

11. DEFENDANT'S NAME — SEX, RACE, AGE

11. DEFENDANT'S NAME — SEX, RACE, AGE

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

15.
A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

1935 - E-30TH ST #25 - MR. NICHOLAS DOWNING ADVISED THAT HE HAD JUST RETURNED HOME AND DIDN'T HEAR OR SEE ANYTHING.

1935 - E-30TH ST #27 - MR. CALDON FERRELL ADVISED THAT HE DIDN'T SEE OR HEAR ANYTHING.

1935 E-30TH ST #26 - NO ANSWER

1935 E-30TH ST #24 - NO ANSWER

1935 E-30TH ST #22 - NO ANSWER

1935 E-30TH ST #20 - MR. ALDRICH TUCKER (MN 3 JAN 58 - 5'6", MEDIUM BUILD, MEDIUM COMPLEXION, MUSTACHE AND MEDIUM NATURAL DRESSED IN A BATHROBE) ANSWERED THE DOOR. MR. TUCKER ADVISED THAT HE HAD HEARD A SCREAM AND WHAT SOUNDED LIKE A DRUNK RUNNING UP THE STAIRS, BUT DID NOT LOOK TO SEE WHAT WAS OCCURRING.

1935 E-30TH ST #18 - NO ANSWER.

1935 - E-30TH ST #16 - MR. TERRY HOLLISTER ADVISED HE DIDN'T SEE ANYTHING.

Routing boxes: C.I.D., INTELLIGENCE, INTERNAL AFFAIRS, YOUTH SERVICES DIVISION, PATROL DIV., PROPERTY SECTION, S.O.S., RECORDS & COMMUNICATIONS DIVISION, SECURITY SECTION, TECHNICIANS, VICE CONTROL, A.B.C., CHIEF, DEPUTY F.O., DEPUTY INV., DEPUTY SERV., A.F.P., BOARD OF EDUC., HEALTH DEPT., CITY ATTY., OTHER

16. REPORTING OFFICER [signature] SERIAL NO. [illegible] 17. SECOND OFF. SER. NO. 18. APPROVING SUPERVISOR [signature] SERIAL NO. [illegible] 19. CONT. RPT. ATTACHED ✓ YES ☐ NO

ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT

5. R.D. NUMBER 82-61254

1. PURPOSE OF REPORT: CONTINUATION OF: ARREST / OFFENSE / SUPPLEMENTAL ☒ SUPPLEMENTAL

2. NO. OF ARRESTEES: 0

3. EXTRA COPIES

PAGE NO. 2C

6. CRIME OR CHARGE AND CLASSIFICATION: MURDER 187 P.C.

7. DATE OF ORIGINAL REPORT: 10 JUL 82

8. DATE OF THIS REPORT: 10 JUL 82

9. COMPLAINANT'S NAME: WILLIAMS GALE — SEX, RACE, AGE: FN24

10. COMPLAINANT'S ADDRESS: 1941 E-30th ST #10 — CITY

11. DEFENDANT'S NAME — SEX, RACE, AGE

11. DEFENDANT'S NAME — SEX, RACE, AGE

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

15.
A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

1935 E-30th ST #14 - MS. RUBY GODFREY ADVISED SHE DID NOT SEE ANYTHING.

THIS APARTMENT COMPLEX EXTENDS FROM E-30th ST TO E-29th ST. THE APARTMENT COMPLEX ALSO SITS ON A SLOPE WHICH DESENDS TOWARDS 14th AVE. THE GROUND FLOOR IS A CARPORT AREA. THE ODD NUMBERED APARTMENTS OCCUPY THE FIRST FLOOR ABOVE THE CARPORTS AND THE EVEN NUMBERED APARTMENTS OCCUPY THE TOP FLOOR. THE APARTMENTS ON THE E-29th ST END HAVE THE STREET ADDRESS OF 1936 E-29th ST. THE ODD NUMBERED APARTMENTS WITH THE 1936 E-29th ST ADDRESS APPEARED SCREENED FROM VIEW OF THE CRIME SCENE BY PLANTS SO THESE APARTMENTS WERE NOT CONTACTED.

1936 E-29th ST #12 - NO ANSWER.

1936 E-29th ST #10 - NO ANSWER.

1936 E-29th ST #8 - MS. CHRYSTAL CARNAGI ADVISED SHE DIDN'T SEE ANYTHING.

1936 E-29th ST #6 - NO ANSWER.

COPIES: C.I.D., INTELLIGENCE, INTERNAL AFFAIRS, YOUTH SERVICES DIVISION, PATROL DIV., PROPERTY SECTION, S.O.S., RECORDS & COMMUNICATIONS DIVISION, SECURITY SECTION, TECHNICIANS, VICE CONTROL, A.B.C., CHIEF, DEPUTY F.O., DEPUTY INV., DEPUTY SERV., A.F.P., BOARD OF EDUC., HEALTH DEPT., CITY ATTY., OTHER

16. REPORTING OFFICER — SERIAL NO. — 17. SECOND OFF. SER. NO. — 18. APPROVING SUPERVISOR: KRAMER — SERIAL NO. 73 — 19. CONT. RPT. ATTACHED: ☒ YES ☐ NO

ADDITIONAL INFORMATION REPORT — OAKLAND POLICE DEPARTMENT

82-61254

| 1. PURPOSE OF REPORT | 2. NO. OF ARRESTEES | 3. EXTRA COPIES | CASE NO. |
|---|---|---|---|
| ☐ SUPPLEMENTAL ☒ CONTINUATION OF: ☐ ARREST ☐ OFFENSE ☒ SUPPLEMENTAL | Ø | | 4th C |

| CRIME OR CHARGE AND CLASSIFICATION | 7. DATE OF ORIGINAL REPORT | 8. DATE OF THIS REPORT |
|---|---|---|
| MURDER 187 P.C. | 10JUL82 | 10JUL82 |

| 9. COMPLAINANT'S NAME | SEX, RACE, AGE | 10. COMPLAINANT'S ADDRESS | CITY |
|---|---|---|---|
| WILLIAMS, GALE | F N 24 | 1941 E-30th ST #10 | |

| 11. DEFENDANT'S NAME | SEX, RACE, AGE | 11. DEFENDANT'S NAME | SEX, RACE, AGE |
|---|---|---|---|
| | | | |

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

| 12. LIC. NO. | STATE | YR. | 13. YEAR | MAKE | MODEL | COLOR(S) | 14. OPERATOR'S LICENSE NO. OF DEFENDANT | STATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

15.
A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

1936 E-29th ST #4 - MS. LIZ ANTHONY HEARD A NOISE BUT DIDN'T LOOK TO SEE WHAT WAS HAPPENING.

1936 E-29th ST #2 - NO ANSWER.

AT APPROX 0630 HOURS R/O WAS CALLED BACK TO THE SCENE BY SGT. J. KRAMER WHO ADVISED THAT THE AREA TO BE CHECKED FOR WITNESSES HAD BEEN EXPANDED. R/O CONDUCTED THE FOLLOWING AREA CHECK FOR WITNESSES:

1948 E-29th ST #12 - NO ANSWER.

1948 E-29th ST #10 - MR. GEBREMICHAEL AFEWORK ADVISED HE DIDN'T HEAR OR SEE ANYTHING.

1948 E-29th ST #8 - NO ANSWER.

1948 E-29th ST # 6 - MR "J." "D." JOHNSON ADVISED HE DIDN'T SEE OR HEAR ANYTHING

1948 E-29th ST #4 - MS. MICHELLE THOMAS ADVISED SHE DIDN'T SEE OR HEAR ANYTHING.

1948 E-29th ST #2 - VACANT.

1940 E-29th ST - NO ANSWER.

EXTRA COPIES: C.I.D. / INTELLIGENCE / INTERNAL AFFAIRS / YOUTH SERVICES DIVISION / PATROL DIV. / PROPERTY SECTION / S.O.S. / RECORDS & COMMUNICATIONS DIVISION / SECURITY SECTION / TECHNICIANS / VICE CONTROL / A.B.C. / CHIEF / DEPUTY F.O. / DEPUTY INV. / DEPUTY SERV. / A.F.P. / BOARD OF EDUC. / HEALTH DEPT. / CITY ATTY. / OTHER

| 16. REPORTING OFFICER | SERIAL NO. | 17. SECOND OFF. SER. NO. | 18. APPROVING SUPERVISOR | SERIAL NO. | 19. CONT. RPT. ATTACHED |
|---|---|---|---|---|---|
| [illegible] | [illegible] | | Sgt. J.K. Ramen [illegible] | | ☒ YES ☐ NO |

OAKLAND POLICE DEPARTMENT

ADDITIONAL INFORMATION REPORT 536-280 (11 74)

5. R.D. NUMBER: 82-61254

1. PURPOSE OF REPORT: ☐ SUPPLEMENTAL ☒ CONTINUATION OF: ARREST ☐ OFFENSE ☒ SUPPLEMENTAL

2. NO. OF ARRESTEES: ∅

3. EXTRA COPIES

4. ... NO.: 4

6. CRIME OR CHARGE AND CLASSIFICATION: MURDER 187 P.C.

7. DATE OF ORIGINAL REPORT: 10JUL82

8. DATE OF THIS REPORT: 10JUL82

9. COMPLAINANT'S NAME: WILLIAMS, GAIL — SEX, RACE, AGE: FN24

10. COMPLAINANT'S ADDRESS: 1941 E-30TH ST #10 — CITY

11. DEFENDANT'S NAME — SEX, RACE, AGE

11. DEFENDANT'S NAME — SEX, RACE, AGE

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. | 13. YEAR MAKE MODEL COLOR(S) | 14. OPERATOR'S LICENSE NO. OF DEFENDANT | STATE

LIST ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".

15.
A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS.
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

1916 E-30TH ST - MR. CHARLES McCOY ADVISED HE DIDN'T SEE OR HEAR ANYTHING.

1924 E 30TH ST - MR. HENRY DALTON DIDN'T SEE OR HEAR ANYTHING.

1924a E-30TH ST - MRS. CLARA DALTON DIDN'T SEE OR HEAR ANYTHING.

1926 AND 1926 A E-30TH ST DO NOT COMMAND A VIEW OF E-30TH ST AND WERE NOT CONTACTED.

1934, 1936, 1938 AND 1940 E-30TH ST ARE SET BACK FROM THE STREET AND DO NOT COMMAND A VIEW OF E-30TH ST SO THEY WERE NOT CONTACTED.

1952 E-30TH ST APARTMENTS #1, #2, #3 ARE SCREENED FROM VIEW OF E-30TH ST BY TREES.

AT APPROX 0730 HOURS WIT #1 SHOWED R/O SOME DARK SPOTS ON THE FLOOR OF THE WALKWAY IN FRONT OF 1935 E-30TH ST #15 AND IN THE STAIRWELL ADJACENT APARTMENT #15. R/O OBSERVED THESE SPOTS APPEARED TO BE BLOOD. R/O ADVISED SGT KRAMER AND OFFICER T. LUM WHO INTERVIEWED MR. JOHNNIE FORBS OF APARTMENT #15 AGAIN.

Left margin routing: C.I.D. / INTELLIGENCE / INTERNAL AFFAIRS / YOUTH SERVICES DIVISION / PATROL DIV. / PROPERTY SECTION / S.O.S. / RECORDS & COMMUNICATIONS DIVISION / SECURITY SECTION / TECHNICIANS / VICE CONTROL / A.B.C. / CHIEF / DEPUTY F.O. / DEPUTY INV. / DEPUTY SERV. / A.F.P. / BOARD OF EDUC. / HEALTH DEPT. / CITY ATTY. / OTHER / EXTRA COPIES

16. OFFICER — SERIAL NO. | 17. SECOND OFF. SER. NO. | 18. APPROVING SUPERVISOR: SGT. T. KRAMER — SERIAL NO. | 19. CONT. RPT. ATTACHED ☒ YES ☐ NO

OAKLAND POLICE DEPARTMENT

ADDITIONAL INFORMATION REPORT 536-280 (11-74)

5. RD NUMBER 82-61254

1. PURPOSE OF REPORT: SUPPLEMENTAL [X] CONTINUATION OF: ARREST [ ] OFFENSE [X] SUPPLEMENTAL

2. NO. OF ARRESTEES: C

3. EXTRA COPIES

PAGE NO. C-14

4. CRIME OR CHARGE AND CLASSIFICATION: MURDER 187 P.C.

7. DATE OF ORIGINAL REPORT: 10 JUL 82

8. DATE OF THIS REPORT: 10 JUL 82

9. COMPLAINANT'S NAME: WILLIAMS, GAIL — SEX, RACE, AGE: F N 24

10. COMPLAINANT'S ADDRESS: 1941 E-30TH ST #10 — CITY

11. DEFENDANT'S NAME — SEX, RACE, AGE

11. DEFENDANT'S NAME — SEX, RACE, AGE

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".

15.
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

R/O WAS FURTHER ADVISED BY WIT #1 THAT HE HAD NOTICED SIMILAR SPOTS ON THE FLOOR OF THE LAUNDRY ROOM OF 1935 E-30TH ST ON 9 JULY 1982. WIT #1 CONTINUED THAT AS APARTMENT MANAGER HE MAKES ROUNDS OF THE APARTMENT COMPLEX AND ACTIVLY CHECKS THE WALKWAY FOR DIRT AS HE MUST CLEAN THE WALKWAYS. WIT #1 ADVISED THAT DURING HIS ROUNDS ON 9 JULY 1982 HE DID NOT OBSERVE THE DARK SPOTS ON THE WALKWAY IN FRONT OF APARTMENT #25 AT 1935 E-30TH ST.

STATEMENT FROM WIT #1 BY R/O.

INTELLIGENCE / INTERNAL AFFAIRS / YOUTH SERVICES DIVISION / PATROL DIV. / PROPERTY SECTION / S.O.S. / RECORDS & COMMUNICATIONS DIVISION / SECURITY SECTION / TECHNICIANS / VICE CONTROL / A.B.C. / CHIEF / DEPUTY F.O. / DEPUTY INV. / DEPUTY SERV. / A.F.P. / BOARD OF EDUC. / HEALTH DEPT. / CITY ATTY. / OTHER

16. REPORTING OFFICER — SERIAL NO.

17. SECOND OFF. SER. NO.

18. APPROVING SUPERVISOR: [signature] KRAMER — SERIAL NO.

19. CONT. RPT. ATTACHED [ ] YES [X] NO

TECHNICIAN'S REPORT
Oakland Police Department

EXTRA COPIES

CRIME: MURDER ( 187 PC )

CLASSIFICATION:

DATE OF REPORT: 11 JUL 82

R.D. NUMBER: 82-61254

LAB NUMBER:

DATE AND TIME CRIME OCCURRED: 10 JUL 82 0328

LOCATION OF OCCURRENCE: 1941 E. 30th St.

LATENT QUALITY:

COMPLAINANT'S NAME (FIRM NAME, If Business): WILLIAMS Gail

RESIDENCE ADDRESS & PHONE (BUSINESS ADDRESS; IF FIRM): 1941 E. 30th St # 10

VEHICLE YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | VIN NO.

ARRIVAL AT SCENE (DATE AND TIME, ETC.): 11 JUL 82 1400

COMPUTER SEARCH ☐ YES ☐ NO
IF YES, RESULTS ☐ POSITIVE ☐ NEGATIVE

FINGERPRINTS:
☐ YES ☐ NO

PHOTOGRAPHS:
☐ YES ☐ NO

EVIDENCE RECOVERED:
(CASTS & DIAGRAMS)

Evidence

1) One sealed envelope containing Blood from thigh

2) One sealed envelope containing head hair

3) One sealed envelope containing nailclipping from Rt. and Lt. hands

4) One sealed envelope containing Blood.

5) One sealed envelope containing swabs- mouth, rectal and vaginal.

6) One sealed envelope containing smears- mouth, rectal, and vaginal.

7) One Coroners Office Receipt Reg # 82-1369

CONDITION OF SCENE AND SUMMARY:

R/T responded to the Coroners Office 480 4th St. as assigned by Police Radio Dispatch. R/T received above listed items of Evidence from Deputy Coroner D. APPERSON # 17. R/T then transported Evid to the Tech Detail where Evid was marked then turned into Property Section for proper storage.

ELLIGENCE / INTERNAL AFFAIRS / TH DIV. / TROL / PROPERTY SECTION / SECURITY SECTION / RECORDS SECTION / TECHNICIANS / EVIDENCE CONTROL / A.B.C. / CHIEF / DEPUTY F.O. / DEPUTY INV. / DEPUTY SERV. / A.F.P. / BOARD OF EDUC. / HEALTH DEPT. / CITY ATTY. / OTHER

REPORTING OFFICER: M Sato | SERIAL NO. 6811P | APPROVING SUPERVISOR: 2-5 | SERIAL NO. | CONT RPT. ATTACHED ☐ YES ☒ NO

**TECHNICIAN'S REPORT**
Oakland Police Department

| CRIME | CLASSIFICATION | DATE OF REPORT | R.D. NUMBER |
|---|---|---|---|
| MURDER (187 PC) | | 10 JUL 82 | 82-61254 |

| DATE AND TIME CRIME OCCURRED | LOCATION OF OCCURRENCE | LAB NUMBER |
|---|---|---|
| 10 JUL 82 1800 | 480-4th ST. (CORONER'S OFFICE) | |

| COMPLAINANT'S NAME (FIRM NAME, If Business) | RESIDENCE ADDRESS & PHONE (BUSINESS ADDRESS, IF FIRM) | LATENT QUALITY |
|---|---|---|
| WILLIAMS, GAIL FN | | |

| VEHICLE YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | VIN NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

ARRIVAL AT SCENE (DATE AND TIME, ETC.) 10 JUL 82, 1800 HRS.

COMPUTER SEARCH ☐ YES ☐ NO
IF YES, RESULTS ☐ POSITIVE ☐ NEGATIVE

FINGERPRINTS:
☐ YES ☒ NO

PHOTOGRAPHS:
☒ YES ☐ NO KODAKACOLOR 100 ASA ONE (1) ROLL.

EVIDENCE RECOVERED:
(CASTS & DIAGRAMS)

1). ONE (1) SET OF FINGERPRINTS AND PALM PRINTS BELONGING TO COMP., WILLIAMS, G.

2). ONE (1) PAIR OF DK. BLU. PANTIES.

CONDITION OF SCENE AND SUMMARY:

R/T RESPONDED TO THE ALAMEDA COUNTY CORONERS OFFICE TO TAKE PHOTOS AND COLLECT THE ABOVE EVIDENCE. EVIDENCE BOOKED INTO OPD PROPERTY SECTION.

ELLIGENCE
INTERNAL AFFAIRS
TH V. DIV.
TROL
PERTY SECTION
SECURITY SECTION
RECORDS SECTION
TECHNICIANS
CE CONTROL
A.B.C.
CHIEF.
DEPUTY F.O.
DEPUTY INV.
DEPUTY SERV.
A.F.P.
BOARD OF EDUC.
HEALTH DEPT.
CITY ATTY.
OTHER

| REPORTING OFFICER | SERIAL NO. | APPROVING SUPERVISOR | SERIAL NO. | CONT RPT. ATTACHED |
|---|---|---|---|---|
| K. Wong (signature) | 7058P | SGT. M. MARTIN | 3-1 | ☐ YES ☒ NO |

TECHNICIAN'S REPORT
Oakland Police Department

| CRIME | CLASSIFICATION | DATE OF REPORT | R.D. NUMBER |
|---|---|---|---|
| Murder 187PC | | 10 Jul 82 | 82- 61254 |

DATE AND TIME CRIME OCCURRED: 10 Jul 82 0328

LOCATION OF OCCURRENCE: 1941 E. 30th St.

LAB NUMBER:

COMPLAINANT'S NAME (FIRM NAME, If Business): Williams, Gale

RESIDENCE ADDRESS & PHONE (BUSINESS ADDRESS, IF FIRM): 1941 E. 30th St. Apt. 10

LATENT QUALITY:

VEHICLE YEAR / MAKE / MODEL / BODY TYPE / COLOR / LICENSE NO. / VIN NO.

ARRIVAL AT SCENE (DATE AND TIME, ETC.): Saturday 10Jul182 0357 Hours

COMPUTER SEARCH ☐ YES ☐ NO
IF YES, RESULTS. ☐ POSITIVE ☐ NEGATIVE

On Scene: Officer J. Kalama 7309P

FINGERPRINTS: ☐ YES ☐ NO

Lift # 1. From a "Newport" cigarette pack (Evid# 8)
2. From a "Newport" Cigarette pack (Evid# 8)
3. From a "Newport" cigarette pack (Evid# 8)

PHOTOGRAPHS: ☐ YES ☐ NO

Photographs: Three rolls Kodacolor II ASA 100

EVIDENCE RECOVERED: (CASTS & DIAGRAMS)

1. Two cotton swabs, one blood and one control.
2. Two cotton swabs, one blood and one control.
3. Two cotton swabs, one blood and one control.
4. Two cotton swabs, one blood and one control.
5. Two cotton swabs, one blood and one control.
6. Two cotton swabs, one blood and one control.
7. Two cotton swabs, one blood and one control.
8. Two cotton swabs, one blood and one control.
9. Two cotton swabs, one blood and one control.
10. Two cotton swabs, one blood and one control.
11. One blood stained brown leather jacket size 13/14.
12. One empty "Newport" cigarette pack.

SCENE: The scene of the crime is at 1941 E. 30th st.. The building is a three level apartment building containing ten apartments. The building runs north to south from E. 30th street. The bottom level contains ten parking spaces, to which access is made via the driveway that runs along the west side of the building. The second level contains apartments 1 through 5. The third level contains apartments 6 through 10. All of the apartments at 1941 E. 30th steet have front doors facing west towards the back of 1935 E. 30th street. 1941 E. 30th street is the middle of three apartment buildings, the other having addresses of 1935 to the west of 1941 and 1945 to the east of 1941 E.30th st.. The address of 1941 E. 30th street is located on the south side of E. 30th street. The scene also covers the south stairway, driveway and apartment # 10 at 1941 E. 30 th st.

REPORTING OFFICER: [signature] SERIAL NO. 7187P

APPROVING SUPERVISOR: SERIAL NO.:

CONT. RPT. ATTACH ☒ YES ☐ NO

Left margin routing list: EXTRA COPIES; INTELLIGENCE; CRIMINAL AFFAIRS; YOUTH DIV.; PATROL; PROPERTY SECTION; SECURITY SECTION; RECORDS SECTION; TECHNICIANS; SERVICE CONTROL; A.B.C.; CHIEF; DEPUTY C.O.; DEPUTY INV.; DEPUTY SERV.; A.F.P.; BOARD OF EDUC.; HEALTH DEPT.; CITY ATTY.; OTHER

OAKLAND POLICE DEPARTMENT

ADDITIONAL INFORMATION REPORT

530-280 (11-74)

1. PURPOSE OF REPORT: ☐ SUPPLEMENTAL ☒ CONTINUATION OF: Trid RPT. ☐ ARREST ☐ OFFENSE ☐ SUPPLEMENTAL

2. NO. OF ARRESTEES

3. EXTRA COPIES

PAGE NO. 2 of 5

5. R.D. NUMBER 82-61254

6. CRIME OR CHARGE AND CLASSIFICATION: Murder 187PC

7. DATE OF ORIGINAL REPORT

8. DATE OF THIS REPORT: 10 Jul 82

9. COMPLAINANT'S NAME: Williams, Gale — SEX, RACE, AGE: F N 23

10. COMPLAINANT'S ADDRESS: 1941 E. 30th St. Apt. 10 — CITY: Oakland Ca.

11. DEFENDANT'S NAME — SEX, RACE, AGE

11. DEFENDANT'S NAME — SEX, RACE, AGE

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

15.
A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE PROPERTY, DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

SUMMARY:

R/T was dispatched via KMA301 to 1941 E. 30th st. apt.10 on a stabbing (245a PC). R/T was responding from the 1500 block of 7th street in west Oakland. R/T arrived at the scene at approx 0357 hours this date. R/T made contact with officer J. Kalama 7309P, who informed R/T that the stabbing had occured outside at the rear of the building. Kalama requested that R/T take photos of the blood in apartment 10, where Comp. had gone into after being stabbed. R/T examined the entire scene and noted that the only lights on in the apartment were a small lamp in the living room and the kitchen light. R/T further noted that there were several porch lights on that illuminated the walkways and the driveway. There were also lights on over the south stairway.

R/T was informed by kalama that the comp. was already at Highland Hospital Emergency Room being treated. R/T then took photos of the blood stained articals in apt. 10. R/T also took photos of the trail of blood from apt. 10 down the south stairs and under the stairway. R/T noted that an apparent second trail of blood went from under the stairway west to the driveway then north up the driveway approx 25 feet.

Noting the large amount of blood throughout the scene R/T inquired about the Comps. condition, and was informed that the comp was in critical condition. R/T then took photos fo the rest of the scene and gathered blood samples. Evid #1 was taken frome the driveway 99' south of e. 30 th st. and 11" east of the west edge of the driveway. Evid # 2 wa taken from the driveway 123' south of E.30thst and 22' east of the west edge of the driveway. Evid # 3 was taken from the ground under the south stairway 6" east of the west wall and 1' south of the south wall of 1941 E. 30th st. Evid # 4 was taken 3' east of the west wall and 9" south of the south wall under the stairway. Evid # 5 was taken 5' east of the west wall and 2' south of the south wall under the stairway. Evid# 6 was taken 9' east of the west wall and 3' south of the south wall u der the south stairway. Evid # 7 was taken 14' east of the west wall and 6' south of the south wall at the foot of the south stair way.

R/T then recovered Evid # 11 (comps. leather jacket) f-om the coffee table inside

Routing: EXTRA COPIES; C.I.D.; INTELLIGENCE; INTERNAL AFFAIRS; YOUTH SERVICES DIVISION; PATROL DIV.; PROPERTY SECTION; S.O.S.; RECORDS & COMMUNICATIONS DIVISION; SECURITY SECTION; TECHNICIANS; VICE CONTROL; A.B.C.; CHIEF; DEPUTY F.O.; DEPUTY INV.; DEPUTY SERV.; A.F.P.; BOARD OF EDUC.; HEALTH DEPT.; CITY ATTY.; OTHER

16. REPORTING OFFICER — SERIAL NO. — 17. SECOND OFF. SER. NO. — 18. APPROVING SUPERVISOR — SERIAL NO. — 19. CONT. RPT. ATTACHED ☒ YES ☐ NO

ADDITIONAL INFORMATION REPORT — OAKLAND POLICE DEPARTMENT

1. PURPOSE OF REPORT: SUPPLEMENTAL; X CONTINUATION OF ARREST / OFFENSE / SUPPLEMENTAL — TECH RPT.
2. NO. OF ARRESTEES:
3. EXTRA COPIES:
PAGE NO.: 3 of 5
5. R.D. NUMBER: 82-61254
7. DATE OF ORIGINAL REPORT:
8. DATE OF THIS REPORT: 10Jul82

CRIME OR CHARGE AND CLASSIFICATION: Murder 187PC

9. COMPLAINANT'S NAME: Williams, Gale — SEX, RACE, AGE: F N 23
10. COMPLAINANT'S ADDRESS: 1941 E. 30th street apt. 10 Oakland Ca.
11. DEFENDANT'S NAME:
11. DEFENDANT'S NAME:

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE
12. LIC. NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

15. A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY - DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION - DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

SUMMARY (con't)

R/T also recovered Evid # 12 ("Newport" Cigarette pack) from the apartment 10. driveway 119' south of E.30th street and 21' east of the west edge of the driveway.

R/T then took measurements of the scene for use in making the attached scene diagrams. R/T then proceeded to the O.P.D. Technicians Room to write the report. At 0730 this date R/T responded back to the scene to collect additional blood samples of blood that had been located on the walkway from the east side of 1935 E. 30th street to the front door of Apt. 15 at that address. The blood stains had been found by Officer J. Crawford during his canvassing of the scene for witnesses. R/T examined the blood stains and noted that they appeared to be very dry and flaking. R/T felt the stains had been there much longer than the blood stains found earlier, but R/T gathered three samples of the blood stains and turned them in as Evid #s 8, 9, and 10. ~~R/T also took photos of these blood stains prior to recovering the samples.~~

Upon returning ~~to the O.P.D. Technicians Room R/T processed the cigarette pack (Evid # 12) for prints. R/T recovered Lifts 1, 2, and 3 from the pack and turned them into Criminalistics Section for examination. All evidence items were recovered and turned into Property Section by R/T.~~

16. REPORTING OFFICER — SERIAL NO. — 17. SECOND OFF. SER. NO. — 18. APPROVING SUPERVISOR — SERIAL NO. — 19. CONT. RPT. ATTACHED: YES / X NO

C.I.D. — EXTRA COPIES: INTELLIGENCE; INTERNAL AFFAIRS; YOUTH SERVICES DIVISION; PATROL DIV.; PROPERTY SECTION; S.O.S.; RECORDS & COMMUNICATIONS DIVISION; SECURITY SECTION; TECHNICIANS; VICE CONTROL; A.B.C.; CHIEF; DEPUTY F.O.; DEPUTY INV.; DEPUTY SERV.; A.F.P.; BOARD OF EDUC.; HEALTH DEPT.; CITY ATTY.; OTHER

# SCENE DIAGRAM
## Oakland Police Department

| DATE | TIME | LOCATION OF SCENE | COLLISION OR R.D NO |
|---|---|---|---|
| 10Jul82 | 0357 | 1941 E. 30th St. | 82-61254 |

NO 1 DRIVER OR COMPLAINANT - NAME: Williams, Gale

DIST TRAVELED AFTER IMPACT — SKIDS BEFORE IMPACT / AFTER IMPACT — LF RF LR RR

NO 2 DRIVER - NAME:

DIST TRAVELED AFTER IMPACT — SKIDS BEFORE IMPACT / AFTER IMPACT — LF RF LR RR

N

POINT OF IMPACT

NOT TO SCALE

Stroll meter and steel tape used

DETERMINED BY
- ☐ DRIVER
- ☐ POSITION VEH.
- ☐ DEBRIS
- ☐ DAMAGE
- ☐ DIRT
- ☐ SKIDS
- ☐ WITNESS

NATURE OF INCIDENT: Murder 187PC

E. 30th ST.
E. 30th ST.
10'
DRIVEWAY
14'
1941
1935
3rd Floor View
100'
25'
APT 10

REPORTING OFFICER — SERIAL NO. — ASSISTING OFFICER — SERIAL NO.

# SCENE DIAGRAM
Oakland Police Department

536 (5/75)

| DATE | TIME | LOCATION OF SCENE | COLLISION OR R.D NO |
|---|---|---|---|
| 10Jul82 | 0357 | 1941 E. 30th St. | 82-61254 |

NO 1 DRIVER OR COMPLAINANT - NAME: Williams, Gale

DIST TRAVELED AFTER IMPACT | SKIDS BEFORE IMPACT / AFTER IMPACT | LF | RF | LR | RR

NO 2 DRIVER - NAME:

DIST TRAVELED AFTER IMPACT | SKIDS BEFORE IMPACT / AFTER IMPACT | LF | RF | LR | RR

N

POINT OF IMPACT

NOT TO SCALE

Stroll meter and steel tape used

DETERMINED BY

☐ DRIVER
☐ POSITION VEH.
☐ DEBRIS
☐ DAMAGE
☐ DIRT
☐ SKIDS
☐ WITNESS

NATURE OF INCIDENT: Murder 187PC

DRIVE WAY

E 30TH ST

1941

1935

DIAGRAM DEPICTS EVIDENCE RECOVERY LOCATIONS

1

12

2

3 4 5 6

7

GROUND LEVEL VIEW - SOUTH

STAIRWAY NOT SHOWN

REPORTING OFFICER | SERIAL NO. | ASSISTING OFFICER | SERIAL NO.

ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT

| Field | Entry |
|---|---|
| 1. Purpose of Report | (X) Supplemental – Continuation of: Arrest (X) Offense – Supplemental |
| 2. No. of Arrestees | / |
| 3. Extra Copies | |
| 4. Page No. | 1/2 |
| 5. R.D. Number | 82-61254 |
| 6. Crime or Charge and Classification | MURDER (187 P.C.) |
| 7. Date of Original Report | 10 JUL 82 |
| 8. Date of This Report | 10 JUL 82 |
| 9. Complainant's Name / Sex, Race, Age | WILLIAMS, GALE FN 24 |
| 10. Complainant's Address / City | 1941 E 30TH ST #10 OAK |
| 11. Defendant's Name / Sex, Race, Age | |

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

15. A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

Supplemental information:

On the above date, R/O received information via a police bulletin of a Homicide that occured at 1941 E 30th St on 10 Jul 82.

The above bulletin described the Suspect as a Male Black, 23-25 years old, 5'-4" to 5'-6" medium build, light complexion short beard, dressed in a light blue T-shirt and blue jeans.

On the above date at 2206 hrs, R/O while on patrol, was flaged down by a female White (Name unk). The above female advised R/O, that a Male Black 20s with a beard and blue jacket was creating a disturbance at the Quik Stop Market located at 3132 Beaumont Ave. R/O responded a short distance to the above location were the above Suspect was observed near the pay phones located at the front of the market.

R/O detained the above Suspect at the above location. R/O observed that the Suspect had features simular to that of the above Homicide Suspect.

16. REPORTING OFFICER — SERIAL NO. — 17. SECOND OFF. SER. NO. — 18. APPROVING SUPERVISOR — SERIAL NO. — 19. CONT. RPT. ATTACHED ☐ YES ☐ NO

20. C.I.D. ☐ INTELLIGENCE ☐ INTERNAL AFFAIRS ☐ YOUTH SERVICES DIVISION ☐ PATROL DIV. ☐ PROPERTY SECTION ☐ S.O.S. ☐ RECORDS & COMMUNICATIONS DIVISION ☐ SECURITY SECTION ☐ TECHNICIANS ☐ VICE CONTROL ☐ A.B.C. ☐ CHIEF ☐ DEPUTY F.O. ☐ DEPUTY INV. ☐ DEPUTY SERV. ☐ A.F.P. ☐ BOARD OF EDUC. ☐ HEALTH DEPT. ☐ CITY ATTY. OTHER ☐ ☐

OAKLAND POLICE DEPARTMENT

ADDITIONAL INFORMATION REPORT

536-280 (11-74)

5. R.D. NUMBER: 82-61954

PAGE NO.: 2/2

1. PURPOSE OF REPORT: ☒ SUPPLEMENTAL ☐ CONTINUATION OF: ☐ ARREST ☒ OFFENSE ☐ SUPPLEMENTAL

2. NO. OF ARRESTEES: /

3. EXTRA COPIES:

6. CRIME OR CHARGE AND CLASSIFICATION: MURDER (187P.C)

7. DATE OF ORIGINAL REPORT: 10 JUL 82

8. DATE OF THIS REPORT: 10 JUL 82

9. COMPLAINANT'S NAME / SEX, RACE, AGE: WILLIAMS, GALE FN 24

10. COMPLAINANT'S ADDRESS / CITY: 1941 E 30TH St #10 OAK

11. DEFENDANT'S NAME / SEX, RACE, AGE:

11. DEFENDANT'S NAME / SEX, RACE, AGE:

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

15. A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY - DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION - DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

Supplemental cont: R/O requested a re-broadcast of above Police Bulletin concerning the above homicide.

Lt. V. EPPERSON arrived on the scene and agreed that the Suspect had similar physical features of the person involved in the above homicide.

Homicide Section notified by Lt EPPERSON and Suspect transported via patrol wagon to the P.A.B.

Above Suspect I.D.ed as a BOWLING, CRAIG S MN, 10AUG61.

FILING COPIES / C.I.D. / INTELLIGENCE / INTERNAL AFFAIRS / YOUTH SERVICES DIVISION / PATROL DIV. / PROPERTY SECTION / S.O.S. / RECORDS & COMMUNICATIONS DIVISION / SECURITY SECTION / TECHNICIANS / VICE CONTROL / A.B.C. / CHIEF / DEPUTY F.O. / DEPUTY INV. / DEPUTY SERV. / A.F.P. / BOARD OF EDUC. / HEALTH DEPT. / CITY ATTY. / OTHER

16. REPORTING OFFICER SERIAL NO. 17. SECOND OFF. SER. NO. 18. APPROVING SUPERVISOR SERIAL NO. 19. CONT. RPT. ATTACHED ☐ YES ☐ NO

OAKLAND POLICE DEPARTMENT

ADDITIONAL INFORMATION REPORT

5. R.D. NUMBER: 82-61254

1. PURPOSE OF REPORT: SUPPLEMENTAL / CONTINUATION OF ARREST / OFFENSE / SUPPLEMENTAL

2. NO. OF ARRESTEES

3. EXTRA COPIES

PAGE NO. 1

CHARGE AND CLASSIFICATION: Murder 187pc

7. DATE OF ORIGINAL REPORT: 10 Jul 82

8. DATE OF THIS REPORT: 10 Jul 82

9. COMPLAINANT'S NAME: Williams, Gail — SEX, RACE, AGE: F N 23

10. COMPLAINANT'S ADDRESS: 1941 E. 30th St — CITY

11. DEFENDANT'S NAME — SEX, RACE, AGE

11. DEFENDANT'S NAME — SEX, RACE, AGE

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

15.
A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY – DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION – DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

Supplemental

R/T took statement from resident of apt. 15 — 1935 E. 30th St. The resident Johnny Tobbs Sr. was housesitting for his daughter and heard the victims screams at approx 0330 this date. The victim seemed to be calling out "Caroline" or a similar name.

Dried blood found just outside the resident's (Tobbs) door were said to be from his son's cut wrist which occurred Thursday 8 Jul 82.

INTELLIGENCE / INTERNAL AFFAIRS / YOUTH SERVICES DIVISION / PATROL DIV. / PROPERTY SECTION / S.O.S. / RECORDS & COMMUNICATIONS DIVISION / SECURITY SECTION / TECHNICIANS / VICE CONTROL / A.B.C. / CHIEF / DEPUTY F.O. / DEPUTY INV. / DEPUTY SERV. / A.F.P. / BOARD OF EDUC. / HEALTH DEPT. / CITY ATTY. / OTHER / C.I.D.

16. REPORTING OFFICER — SERIAL NO. — 17. SECOND OFF. SER. NO. — 18. APPROVING SUPERVISOR: [illegible] — SERIAL NO. — 19. CONT. RPT. ATTACHED ☐ YES ☑ NO

ADDITIONAL INFORMATION REPORT 536-280 (11-74) OAKLAND POLICE DEPARTMENT

1. PURPOSE OF REPORT: X SUPPLEMENTAL / CONTINUATION OF ARREST / OFFENSE / SUPPLEMENTAL

2. NO. OF ARRESTEES: 1

3. EXTRA COPIES

PAGE NO.: 1

5. RD NUMBER: 82-61254

6. CRIME OR CHARGE AND CLASSIFICATION: Murder (187 pc)

7. DATE OF ORIGINAL REPORT: 10 July 82

8. DATE OF THIS REPORT: 29 July 82

9. COMPLAINANT'S NAME: Williams, Gail — SEX, RACE, AGE: F N 24

10. COMPLAINANT'S ADDRESS: 1941 East 30th St. — CITY

11. DEFENDANT'S NAME: Tyson, Morgan Andre — SEX, RACE, AGE: M N 25

11. DEFENDANT'S NAME — SEX, RACE, AGE

COMPLETE ONLY WHEN ARRESTING FOR VIOLATIONS OF THE CALIFORNIA VEHICLE CODE

12. LIC. NO. STATE YR. 13. YEAR MAKE MODEL COLOR(S) 14. OPERATOR'S LICENSE NO. OF DEFENDANT STATE

15.
A. LIST AND DESCRIBE ADDITIONAL DEFENDANTS OR SUSPECTS. IF IN CUSTODY, USE OUTLINE ABOVE AND STATE: "IN CUSTODY".
B. LIST NEW WITNESSES BY NAME, ADDRESS AND PHONE NUMBER.
C. FOR ADDITIONAL PROPERTY INVOLVED, ITEMIZE, PROPERLY DESCRIBE AND SHOW VALUE.
D. RECOVERED PROPERTY - DOCUMENT THE LOCATION OF THE RECOVERY (ADDRESS), DATE & TIME RECOVERED, CONDITION, BY WHOM RECOVERED.
E. SUPPLEMENTAL INFORMATION - DOCUMENT NAME, ADDRESS AND PHONE NUMBER OF COMPLAINANT IF CHANGED FROM THE ORIGINAL REPORT.

On 29 July 1982, I/O and Sgt. D. Politzer of the Robbery Section Interviewed Morgan A. Tyson and he admitted that he was the person who stabbed Gail Williams to death during an armed robbery. He also admitted that on 21 June 1982 at 2330 hours he stabbed and robbed Karen Kline in the 3100 block of Stuart St. (RD#82-55278). Mr. Tyson further admitted that on 2 July 1982 he attempted to bob Tina Boston in the 2200 blk. of East 28th Street, but according to Mr. Tyson, Ms. Boston fought him and her blouse was ripped in ~~the struggle.~~ Mr. Tyson stated that he did not manage to get away with any loss in this robbery. (82-58589).

Mr. Tyson also admitted that he stabbed and robbed Janet Charles In the 2000 blk. of 25th Ave. (RD#82-59520)

Tape recorded statement taken from Mr. Tyson.

EXTRA COPIES: C.I.D. — X Robb; INTELLIGENCE; INTERNAL AFFAIRS; YOUTH SERVICES DIVISION; PATROL DIV.; PROPERTY SECTION; S.O.S.; RECORDS & COMMUNICATIONS DIVISION; SECURITY SECTION; TECHNICIANS; VICE CONTROL; A.B.C.; CHIEF; DEPUTY F.O.; DEPUTY INV.; DEPUTY SERV.; A.F.P.; BOARD OF EDUC.; HEALTH DEPT.; CITY ATTY.; OTHER: X CSD

16. REPORTING OFFICER [signature] SERIAL NO. [illegible] 17. SECOND OFF. SER. NO. 18. APPROVING SUPERVISOR SERIAL NO. 19. CONT. RPT. ATTACHED ☐ YES ☒ NO

# TECHNICIAN'S REPORT

Oakland Police Department

| Field | Entry |
|---|---|
| CRIME | MURDER (187 P.C.) |
| CLASSIFICATION | |
| DATE OF REPORT | 30 Jul/82 |
| R.D. NUMBER | 82-61254 |
| LAB NUMBER | |
| DATE AND TIME CRIME OCCURRED | 10 Jul/82 0335 |
| LOCATION OF OCCURRENCE | IFO 1941 E 30th ST |
| LATENT QUALITY | |
| COMPLAINANT'S NAME (FIRM NAME, If Business) | WILLIAMS GAIL |
| RESIDENCE ADDRESS & PHONE (BUSINESS ADDRESS, IF FIRM) | 1941 E 30th ST #10 |
| VEHICLE YEAR / MAKE / MODEL / BODY TYPE / COLOR / LICENSE NO. / VIN NO. | |
| ARRIVAL AT SCENE (DATE AND TIME, ETC.) | 30 Jul/82 0715 |
| COMPUTER SEARCH | ☐ YES ☐ NO — IF YES, RESULTS ☐ POSITIVE ☐ NEGATIVE |

R/T CLEARED THE SCENE 30 Jul/82 0830

FINGERPRINTS: ☐ YES ☑ NO

PHOTOGRAPHS: ☑ YES ☐ NO — APPROX 12 photos of AREA TAKEN w/ 35mm CAMERA USING 100 ASA Koda Kolor II Film.

EVIDENCE RECOVERED: (CASTS & DIAGRAMS)

CONDITION OF SCENE AND SUMMARY:

R/T RESPONDED TO THE 2600 BLK E 27th ST AT THE REQUEST OF HOMICIDE INVESTIGATOR D. MURRAY R/T TOOK PHOTOS OF THE CREEK AREA ON THE SOUTH SIDE OF E 27th ST BETWEEN 2655 AND 2633 E 27th ST. R/T ALSO ASSISTED SGT. MURRAY IN SEARCHING THE CREEK AREA FOR A POSSIBLE WEAPON. DESCRIBED TO R/T BY SGT. MURRAY AS A STRAIGHT PIECE OF METAL APPROX 6" IN LENGTH AND W/ A SHARP POINT ON ONE END. R/T HAD NEG RESULTS.

Left margin routing list: EXTRA COPIES; INTELLIGENCE; INTERNAL AFFAIRS; YOUTH SERV DIV.; PATROL DIV.; PROPERTY SECTION; SECURITY SECTION; RECORDS SECTION; TECHNICIANS; CE CONTROL; A.B.C.; CHIEF; DEPUTY F.O.; DEPUTY INV.; DEPUTY SERV.; A.F.P.; BOARD OF EDUC.; HEALTH DEPT.; CITY ATTY.; OTHER

| REPORTING OFFICER | SERIAL NO. | APPROVING SUPERVISOR | SERIAL NO. | CONT RPT. ATTACH |
|---|---|---|---|---|
| M. SATO | 6811P | 2-5 | | ☐ YES ☑ NO |