# EXHIBIT 5
# Part 1 of 2

SUBSEQUENT PAROLE CONSIDERATION HEARING

STATE OF CALIFORNIA

BOARD OF PAROLE HEARINGS

In the matter of the Life ) 
Term Parole Consideration )     CDC Number C-81713
Hearing of: )
 )
MORGAN TYSON )
_____)

SAN QUENTIN STATE PRISON

SAN QUENTIN, CALIFORNIA

JULY 25, 2006

PANEL PRESENT:

Mr. Archie Joe Biggers, Presiding Commissioner
Ms. Noreen Blonien, Deputy Commissioner

OTHERS PRESENT:

Mr. Morgan Tyson, Inmate
Mr. Charles Carbone, Attorney for Inmate
Ms. Jill Klinge, Deputy District Attorney
Mr. Nicholas Napolitan, Observer
Ms. Amy Lebens, Observer
Mr. Jessie Markham, Observer
Correctional Officers, Unidentified

CORRECTIONS TO THE DECISION HAVE BEEN MADE

_____ No        See Review of Hearing
_____ Yes       Transcript Memorandum

Tracy Richardson        Vine, McKinnon & Hall

ii

## INDEX

|                             | Page |
| --------------------------- | ---- |
| Proceedings                 | 11   |
| Case Factors                | 15   |
| Pre-Commitment Factors      | 28   |
| Post-Commitment Factors     | 43   |
| Parole Plans                | 70   |
| Closing Statements          | 92   |
| Recess                      | 109  |
| Decision                    | 110  |
| Adjournment                 | 119  |
| Transcriber Certification   | 120  |

--oOo--

1

# P R O C E E D I N G S

1         **DEPUTY COMMISSIONER BLONIEN:**  We're on record.

2         **PRESIDING COMMISSIONER BIGGERS:**  Okay, this is a

4    Subsequent Parole Consideration Hearing for Morgan Tyson,

5    T-Y-S-O-N, CDC number C-81713.  Today's date is July the

6    25th, 2006.  We're located at San Quentin State Prison.

7    The inmate was received on February the 29th, 1984, from

8    Alameda County.  The life term began on September the

9    21st, 1985, and the minimum eligible parole date was

10    October 24th, 1994.  The controlling offense for which

11    the inmate has been committed for is Murder Second

12    Degree.  Case number is A-L-A, that's alpha, Lena, alpha,

13    75513.  One Count, actually, it says six -- well, Count

14    Six which is one Count.  And the violation of Penal Code

15    187.  The -- there was some additional Counts.  One was

16    Enhancement of a Firearm, which is a violation of

17    12022(b).  The Assault with a Deadly Weapon, which is a

18    violation of Penal Code 245(a)(1), same case number, one

19    Count was stayed.  The Attempted Robbery was a 211/664,

20    same case number, two Counts.  And the Use of a Weapon,

21    same case number, with a violation of 12022(b).  The

22    inmate received a term of 15 years to life plus five

23    years.  And, as I said before, the minimum eligible

24    parole date 10/24/94.  Okay, now, this hearing is being

25    tape-recorded, Mr. Tyson, and for the purpose of voice

26    identification each of us will state our first and last

27    name, spelling our last name.  When it's your turn, after

2

1    spelling your last name, please give us your CDC number.

2    I will start and move to my left.  My name is Archie Joe

3    Biggers, B-I-G-G-E-R-S, and I'm a Commissioner with the

4    Board of Parole Hearings.

5         **DEPUTY COMMISSIONER BLONIEN:**  I'm Noreen Blonien, B-

6    L-O-N-I-E-N.  I'm a Deputy Commissioner.

7         **DEPUTY DISTRICT ATTORNEY KLINGE:**  Jill Klinge, K-L-

8    I-N-G-E, Alameda County Deputy DA.

9         **INMATE TYSON:**  Oh, Morgan Tyson.

10        **PRESIDING COMMISSIONER BIGGERS:**  Relax, relax.

11        **INMATE TYSON:**  Yes, sir.

12        **DEPUTY COMMISSIONER BLONIEN:**  Spell your last name.

13        **INMATE TYSON:**  T -- excuse me.

14        **ATTORNEY CARBONE:**  Take a moment.  It's no problem.

15        **DEPUTY COMMISSIONER BLONIEN:**  Okay.

16        **PRESIDING COMMISSIONER BIGGERS:**  Okay.

17        **DEPUTY COMMISSIONER BLONIEN:**  Let's go off record.

18        **PRESIDING COMMISSIONER BIGGERS:**  Let's go off record

19    and take him out and let him walk around for a second.

20        **ATTORNEY CARBONE:**  You want to collect yourself?

21        **INMATE TYSON:**  Yeah.

22                    **(Off The Record)**

23        **PRESIDING COMMISSIONER BIGGERS:**  Does he have ADA --

24    ADA --

25        **DEPUTY COMMISSIONER BLONIEN:**  We are back on record.

26        **PRESIDING COMMISSIONER BIGGERS:**  Okay, there's an

27    ADA statement that's right there, too.  You have the ADA

3

1    statement?  You moved the ADA statement.  Where is it?

2    You didn't bring the ADA statement back in the room?

3        **DEPUTY COMMISSIONER BLONIEN:**  The –

4        **PRESIDING COMMISSIONER BIGGERS:**  The ADA statement

5    that we have in the room.  Did you bring it back in?

6        **MALE:**  The piece of paper, the Americans with

7    Disabilities Act statement?  This one here?

8        **PRESIDING COMMISSIONER BIGGERS:**  Yes.  Okay, why

9    don't we -- that's right.  We --

10        **DEPUTY COMMISSIONER BLONIEN:**  She's got -- okay.

11    We're on.

12        **PRESIDING COMMISSIONER BIGGERS:**  Okay, while they

13    bring in the ADA statement back, sir, in the event that

14    you start having some problems -- here's one right here.

15    You can read from mine.  There's an ADA statement in

16    front of you there.  Would you please read that for the

17    Panel?

18        **ATTORNEY CARBONE:**  Did you still want the inmate to

19    identify himself on record?

20        **PRESIDING COMMISSIONER BIGGERS:**  Yeah.  Well, yeah,

21    I'm sorry.  We should go back to that.  Now you can

22    identify yourself.

23        **ATTORNEY CARBONE:**  Say your name.

24        **PRESIDING COMMISSIONER BIGGERS:**  Say your name.  Say

25    your name and give us your –

26        **ATTORNEY CARBONE:**  CDC number.

27        **PRESIDING COMMISSIONER BIGGERS:**  -- CDC number.

4

1      **INMATE TYSON:** My name is Morgan -- Morgan Tyson.

2    My name is Morgan Tyson. My last name's spelled

3    T-Y-S-O-N. My CDC number is C-81713.

4      **PRESIDING COMMISSIONER BIGGERS:** All right, thank

5    you.

6      **ATTORNEY CARBONE:** Good morning, again,

7    Commissioner. It's Charles Carbone, C-A-R-B-O-N-E. I'm

8    counsel to Mr. Tyson.

9      **PRESIDING COMMISSIONER BIGGERS:** Okay. We have

10   three observers in here today. And they're from Morrison

11   and Forester. Please state your name for the record and

12   spell your last name.

13     **MR. MAPOLIPAN:** Nicholas Napolitan, N-A-P-O-L-I-T-A-

14   N.

15     **MS. LEBENS:** Amy Lebens, L-E-B-E-N-S.

16     **MR. MARKHAM:** Jessie Markham, M-A-R-K-H-A-M.

17     **PRESIDING COMMISSIONER BIGGERS:** Thanks to all of

18   you. And for the record, note that there are two

19   correctional officers present who -- who will not be

20   participating in the hearing. They're here for security

21   purposes only. Now, before we begin there, Mr. Tyson,

22   there's an ADA statement in front of you. Would you

23   please read that out loud for us?

24     **INMATE TYSON:** Yes. "The Americans with

25         Disabilities Act, ADA, is a law to help

26         people with disabilities. Disabilities are

27         problems that make it harder for some people

1          to see, hear, breath, talk, walk, learn,

2          think, work, or take care of themselves than

3          it is for others.  Nobody be -- excuse me,

4          nobody can be kept out of public places or

5          activities because of a disability.  If you

6          have a disability you have the right to ask

7          for help to get ready for your BPT hearing,

8          get to the hearing, talk, read forms and

9          papers, and understand the hearing process.

10          BPT will look at what you ask for to make

11          sure that you have a disability that is

12          covered by the ADA and that you have asked

13          for the right kind of help.  If you do not

14          get help or if you don't think you got the

15          kind of help you need ask for a BPT 1074

16          grievance form.  You can also get help to

17          fill it out."

18          **PRESIDING COMMISSIONER BIGGERS:**  Okay.  Do you

19   understand what that means?

20          **INMATE TYSON:**  Yes, sir.

21          **PRESIDING COMMISSIONER BIGGERS:**  You tell me in your

22   own words what that means to you.

23          **INMATE TYSON:**  If I have a learning disability or

24   speech disability or any type of disability of learning

25   or whatever I can ask for help.

26          **PRESIDING COMMISSIONER BIGGERS:**  Okay.  You signed a

27   1073, what's the date here, indicating that, I think,

6

1    that you had no disabilities.  Is that correct?

2        INMATE TYSON:  Yes, sir, I did.

3        PRESIDING COMMISSIONER BIGGERS:  Okay.  But you're

4    wearing glasses.

5        INMATE TYSON:  Yes, well, my eyesight is

6    going.

7        PRESIDING COMMISSIONER BIGGERS:  You signed this on

8    June the 23rd, 2006, indicating that there are no

9    disabilities identified in ADA, but you should also --

10    you should put down that you wear glasses so that in the

11    event you don't get a date today, the people will know if

12    you come here without your glasses on that there is a

13    problem.

14        INMATE TYSON:  All right.  I -- I didn't know that.

15        PRESIDING COMMISSIONER BIGGERS:  All right.  Just

16    making sure your rights are protected here.  In addition

17    to that, too, do you have hearing impairments?

18        INMATE TYSON:  No, sir.  I don't have any

19    hearing –

20        PRESIDING COMMISSIONER BIGGERS:  So did you have

21    those glasses on when you -- when you reviewed your C-

22    File?

23        INMATE TYSON:  No, sir.

24        PRESIDING COMMISSIONER BIGGERS:  You did not?

25        INMATE TYSON:  No, I -- I -- I didn't review my C-

26    File.

27        PRESIDING COMMISSIONER BIGGERS:  Why didn't you

7

1    review your C-File?

2         **INMATE TYSON:**  I had gone over it before in --

3         **PRESIDING COMMISSIONER BIGGERS:**  When was the last

4    time you reviewed your C-File?

5         **INMATE TYSON:**  I can't remember.

6         **PRESIDING COMMISSIONER BIGGERS:**  Well, the important

7    thing about that -- prior to every hearing, you should go

8    through and review your C-File.  So you then know what --

9    something else could've even been added inadvertently or

10   the possibility exists that somebody sent some additional

11   information that you should be aware of.

12        **INMATE TYSON:**  You may be right.  I --

13        **PRESIDING COMMISSIONER BIGGERS:**  Then why didn't you

14   do that?

15        **INMATE TYSON:**  I just -- it just didn't dawn on me

16   that anyone --

17        **PRESIDING COMMISSIONER BIGGERS:**  Didn't dawn on you?

18        **INMATE TYSON:**  No, sir.

19        **PRESIDING COMMISSIONER BIGGERS:**  You know, this is

20   your life we're talking about.

21        **INMATE TYSON:**  I know.

22        **PRESIDING COMMISSIONER BIGGERS:**  And you know you

23   want to get out of here.

24        **INMATE TYSON:**  Yes, sir.

25        **PRESIDING COMMISSIONER BIGGERS:**  Eventually.  So --

26   but you got -- I can only make sure that your rights are

27   not violated.  There's some other stuff that you got to

8

1    do.

2        INMATE TYSON:  Yes, sir.

3        PRESIDING COMMISSIONER BIGGERS:  And one of the

4    things is if you don't get a date today, you want to make

5    sure that you -- that your attorney encourages you to

6    look at your C-File.  Okay?

7        INMATE TYSON:  Yes, sir.

8        PRESIDING COMMISSIONER BIGGERS:  All right.  Let's

9    see what else now.  Do you have any -- so the information

10   that you had on your 1073 is still correct?

11       INMATE TYSON:  Yes, sir.

12       PRESIDING COMMISSIONER BIGGERS:  With the exception

13   of the -- the glasses?

14       INMATE TYSON:  Yes.

15       PRESIDING COMMISSIONER BIGGERS:  Okay.  You don't

16   have any hearing impairment?

17       INMATE TYSON:  No, sir.

18       PRESIDING COMMISSIONER BIGGERS:  Have you ever been

19   included in the Triple CMS or EOP program?

20       INMATE TYSON:  No, sir.

21       PRESIDING COMMISSIONER BIGGERS:  You know what those

22   are though, right?

23       INMATE TYSON:  Emergency outpatient?

24       PRESIDING COMMISSIONER BIGGERS:  When they ask you -

25   - have to do with mental health issues.

26       INMATE TYSON:  I didn't know but I -- I do now.

27       PRESIDING COMMISSIONER BIGGERS:  You do now.  Okay.

1    You haven't taken any psychotropic medication?

2       **INMATE TYSON:** No, sir.

3       **PRESIDING COMMISSIONER BIGGERS:** All right. You

4    suffer from any disabilities, other than the ones that I

5    mentioned, that would prevent you from participating in

6    today's hearing?

7       **INMATE TYSON:** No, sir, I don't.

8       **PRESIDING COMMISSIONER BIGGERS:** Okay, Mr. Carbone,

9    have you -- do you feel that your client's ADA rights

10   have been met?

11      **DEPUTY COMMISSIONER BLONIEN:** Commissioner, we're

12   not picking up the -- the inmate well enough on the

13   recorder. You're either going to have to speak louder -

14      **INMATE TYSON:** Oh, all right. I'm sorry.

15      **DEPUTY COMMISSIONER BLONIEN:** -- or we may have to

16   turn the fan off.

17      **INMATE TYSON:** I'm sorry.

18      **DEPUTY COMMISSIONER BLONIEN:** I don't know.

19      **PRESIDING COMMISSIONER BIGGERS:** Well, why don't we

20   turn the fan off? Make sure we're getting it here. We

21   just have to sweat it out.

22      **INMATE TYSON:** I'll try -- I'll --

23      **ATTORNEY CARBONE:** The rest of the nation is

24   sweltering, we may as well join them.

25      **PRESIDING COMMISSIONER BIGGERS:** That's right and I

26   think it's more important for us to pick him up than for

27   us to be comfortable with the fan, so do the best you can

10

1   to speak up though.

2       **DEPUTY COMMISSIONER BLONIEN:**  That -- that -- that

3   really doesn't help you.

4       **INMATE TYSON:**  Okay.

5       **PRESIDING COMMISSIONER BIGGERS:**  Just speak up a

6   little bit more.

7       **DEPUTY COMMISSIONER BLONIEN:**  It's pretty much for

8   show.  I -- I can tell whether you're getting picked up

9   or not by this light.

10      **INMATE TYSON:**  All right.  Is -- is that good

11  enough?

12      **PRESIDING COMMISSIONER BIGGERS:**  Yeah, is that

13  better?

14      **DEPUTY COMMISSIONER BLONIEN:**  Well, he has to say

15  something.

16      **INMATE TYSON:**  Is this loud enough?

17      **DEPUTY COMMISSIONER BLONIEN:**  Yeah.

18      **INMATE TYSON:**  Oh, I'll just lean forward and talk

19  from now on.

20      **PRESIDING COMMISSIONER BIGGERS:**  All right.  Well,

21  we don't want you to -- well, never mind.  Let's -- we'll

22  go on.  We'll cut the fan off.  So going back to Mr.

23  Carbone, you say you didn't have any problems with his

24  ADA rights not being met?

25      **ATTORNEY CARBONE:**  That's correct, thank you.

26      **PRESIDING COMMISSIONER BIGGERS:**  Okay.  This hearing

27  is being conducted pursuant to Penal Code section 3041

1    and 3042 and -- Mr. Carbone, go ahead and loosen your tie

2    up.  We'll both loosen our ties up.

3         **ATTORNEY CARBONE:**  Thank you, sir.

4         **PRESIDING COMMISSIONER BIGGERS:**  No problem.  No

5    need for us just sweating here.  Pursuant to Penal Code

6    Section 3041 and 3042 and the rules and regulations of

7    the Board of Prison Terms governing parole consideration

8    hearings for life inmates, the purpose of today's hearing

9    is to once again consider the number and the nature of

10   the crimes you were committed for, your prior criminal

11   and social history, and your behavior and programming

12   since your commitment.  We've had the opportunity to

13   review your Central File and your prior transcript and

14   you will be given the opportunity to correct or clarify

15   the record.  We will reach a decision today and inform

16   you whether or not we find you suitable for parole and

17   the reason for our decision.  If you are found suitable

18   for parole the length of your confinement will be

19   explained to you.  Nothing that happens here today will

20   change the findings of the court.  This Panel is not here

21   to re-try your case.  The Panel's here for the sole

22   purpose of determining your suitability for parole.  You

23   understand that?

24        **INMATE TYSON:**  Yes, sir.

25        **PRESIDING COMMISSIONER BIGGERS:**  The hearing will be

26   conducted in two phases.  I will talk to you -- discuss

27   with you the crime for which you were committed, your

12

1   prior criminal and social history.  The Deputy

2   Commissioner will then discuss with you your post-

3   conviction factors to include your counselor's report,

4   your psychological evaluation, your parole plans and any

5   letters of support or opposition that may be in your

6   file.  Once that is concluded both Commissioners, the

7   District Attorney, and your attorney will be given the

8   opportunity to ask you questions.  Questions from the

9   District Attorney shall be asked through the Chair and

10  you will direct your answers to the Board.  Once that is

11  concluded -- I'm sorry, the -- next, the District

12  Attorney, then your attorney and then you will be given

13  the opportunity to make a final statement regarding your

14  parole suitability.  Your statement should address why

15  you feel you are suitable for parole.  You understand

16  that?

17        **INMATE TYSON:**  Yes, sir.

18        **PRESIDING COMMISSIONER BIGGERS:**  The Panel will then

19  recess, clear the room, and deliberate.  Once the

20  deliberations are complete the Panel will resume the

21  hearing and announce its decision.  Now, the California

22  Code of Regulations states that regardless of time served

23  a life inmate shall be found unsuitable for and denied

24  parole if, in the judgment of the Panel, the inmate would

25  pose an unreasonable risk of danger to society if

26  released from prison.  You have certain rights.  Those

27  rights include the right to a timely notice of this

13

1  hearing, the right to review your C-File, which you

2  indicated to me that you had not done, but I'm going to

3  encourage you to do that --

4      **INMATE TYSON:**  Yes, sir.

5      **PRESIDING COMMISSIONER BIGGERS:**  -- and the right to

6  present relevant documents.  I'm going Mr. Carbone does

7  he feel that your rights have been met?

8      **ATTORNEY CARBONE:**  They have indeed.  Thank you,

9  Commissioner.

10      **PRESIDING COMMISSIONER BIGGERS:**  Okay.  You have an

11  additional right to be heard by an impartial panel.  Do

12  you have any objection to the Panel members?

13      **INMATE TYSON:**  No, sir, I don't have any objections.

14      **PRESIDING COMMISSIONER BIGGERS:**  Okay.  How about

15  you?

16      **ATTORNEY CARBONE:**  None whatsoever.

17      **PRESIDING COMMISSIONER BIGGERS:**  Okay.  I'm going to

18  ask the Deputy Commissioner if any confide --

19  confidential material will be used.

20      **DEPUTY COMMISSIONER BLONIEN:**  No confidential

21  information will be used.

22      **PRESIDING COMMISSIONER BIGGERS:**  Okay, thank you.

23  I'm going to pass to your attorney, as well as to the

24  District Attorney, what I'm going to mark as Exhibit 1

25  and make sure that we're all operating off the same set

26  of documents.

27      **ATTORNEY CARBONE:**  So stipulated, Commissioner.  We

14

1    do, in fact, have received all these documents and had an

2    opportunity to review them.  Thank you.

3         **PRESIDING COMMISSIONER BIGGERS:**  Thank you.

4         **DEPUTY DISTRICT ATTORNEY KLINGE:**  I've received all

5    these documents.  I would also note that Board report and

6    psych reports are not checked, but I did receive those

7    this morning.

8         **PRESIDING COMMISSIONER BIGGERS:**  All right, thank

9    you very much.  Okay, are there any additional documents

10   to be submitted?

11        **ATTORNEY CARBONE:**  You did, in fact, receive our

12   parole supplemental packet, did you not, Commissioner?

13        **PRESIDING COMMISSIONER BIGGERS:**  It may be in that

14   package right there.  I know the District Attorney got

15   one.

16        **ATTORNEY CARBONE:**  I have an additional copy here.

17        **PRESIDING COMMISSIONER BIGGERS:**  Okay.  Why don't

18   you do that and we'll -- we'll go through that at the

19   appropriate time.

20        **ATTORNEY CARBONE:**  And then we have one final

21   document which is an indication of the inmate's parole

22   plans, which I'll provide two copies to the Commissioners

23   and one copy to the District Attorney.

24        **PRESIDING COMMISSIONER BIGGERS:**  Okay.

25        **DEPUTY COMMISSIONER BLONIEN:**  Thank you, Counsel.

26        **PRESIDING COMMISSIONER BIGGERS:**  Thank you very

27   much.

15

1        **ATTORNEY CARBONE:**  Thank you, Commissioner.  Are

2    there any additions?

3        **ATTORNEY CARBONE:**  That's all, thank you.

4        **PRESIDING COMMISSIONER BIGGERS:**  Okay, thank you.

5    Are there any preliminary objections?

6        **ATTORNEY CARBONE:**  None whatsoever.

7        **PRESIDING COMMISSIONER BIGGERS:**  Okay.  Will the

8    inmate be speaking to the Panel?

9        **ATTORNEY CARBONE:**  He will in all respects,

10   Commissioner.

11       **PRESIDING COMMISSIONER BIGGERS:**  Okay, please raise

12   your right hand there, Mr. Tyson.  Do you solemnly swear

13   or affirm that the testimony you give at this hearing

14   will be the truth and nothing but the truth?

15       **INMATE TYSON:**  Yes, sir, I do.

16       **PRESIDING COMMISSIONER BIGGERS:**  Okay.  I'm going to

17   read the summary of the offense.  I know there were

18   multiple victims, but I'm just going to read the

19   commitment offense summary.

20           "On July 10th, 1982, at approximately 3:30

21           a.m., Sharon King, that's K-I-N-G, who was

22           spending the night at the apartment of Gail

23           Williams, W-I-L-L-I-A-M-S, the victim, woke

24           up as the victim entered the apartment.  Ms.

25           King referred the victim was fully clothed

26           and was bleeding, called for ambulance, and

27           helped her friend get to the sofa to sit

16

1    down, and asked what happened.  Ms. Wilson

2    told -- Ms. Williams told her that a person

3    whom she did not know had stabbed her.  Ms.

4    Williams described her assailant as a light-

5    skinned black man with a beard.  Ms. -- Ms.

6    Williams was transported to the hospital

7    where she died the next morning.  Died the

8    same morning, excuse me.  On July the 13th,

9    1982, the Oakland Police Department received

10   a phone call from an anonymous informant who

11   indicated that -- that the inmate was

12   responsible for the recent attack of women

13   in the Highland Hospital area.  The inmate

14   was arrested in National City on July the

15   27th.  He was subsequently charged and

16   convicted for the incident offense."

17   Pretty much, Mr. -

18       **DEPUTY COMMISSIONER BLONIEN:**  Commissioner, I'm

19   sorry to interrupt.  I would just point out on page 2 of

20   the Board report, there were additional --

21       **PRESIDING COMMISSIONER BIGGERS:**  Right.  There were

22   some -- but I'm going to deal with the -- the commitment

23   offense first and then I'll go into the multiple victims

24   after that.  You indicated in your version that you're

25   very sorry for what you did, but everything that in -- in

26   the trial transcript is considered fact --

27       **INMATE TYSON:**  Yes, sir.

17

1        PRESIDING COMMISSIONER BIGGERS:   -- so, in other

2    words, you're telling me that the commitment offense is,

3    in fact, correct?

4        INMATE TYSON:   Yes, sir.   The commitment effect,

5    excuse me, the committing -

6        PRESIDING COMMISSIONER BIGGERS:   Offense.

7        INMATE TYSON:   -- offense is -- is a fact, but I

8    never really elaborated on it because I really was

9    disappointed in myself for what I had done.

10       PRESIDING COMMISSIONER BIGGERS:   Okay, then you need

11   to tell me why got involved with this first situation and

12   then we'll go into the multiples after that.

13       INMATE TYSON:   Yes, sir.

14       PRESIDING COMMISSIONER BIGGERS:   Tell me what

15   happened.

16       INMATE TYSON:   Let me begin at the beginning,

17   Commissioner.   When I got out of prison -- I had went to

18   prison in Georgia.

19       PRESIDING COMMISSIONER BIGGERS:   In Georgia State

20   Prison for three years.

21       INMATE TYSON:   Yes, sir.

22       PRESIDING COMMISSIONER BIGGERS:   I'm aware of that.

23   We'll talk about that later.

24       INMATE TYSON:   Oh, okay.   Well, when I had gotten

25   out -- when I was released from prison, I had an

26   attitude.   I figured that the world owed me something.   I

27   had went to jail.   I had never really amounted to much in

18

1    my life.  My parents were very good parents and they

2    raised me the right way.  It's just that I refused to --

3    to do what was right.

4        **PRESIDING COMMISSIONER BIGGERS:**  Uh-huh.

5        **INMATE TYSON:**  And I wanted to fit in in a world in

6    -- in the criminal world because those people accepted me

7    more and I had been rejected a lot in my life and I

8    didn't understand why.  And rejection was one of the main

9    reasons that I committed these crimes.  It's like when

10   you go to school and your peers don't like you –

11       **PRESIDING COMMISSIONER BIGGERS:**  Uh-huh.

12       **INMATE TYSON:**  -- and you just say well, you know,

13   the heck with it and I'll just do what I want to do.  So

14   after I had got out of prison, I -- I did have good

15   intentions for when I did come to California.  I did want

16   to change my life around and it just so happened that I

17   did -- when I got out here, all I ran into were a lot of

18   -- lot more obstacles, a lot more rejection, no

19   employment.  But I didn't have any skills to get any

20   employment.  If I -- if I had taken the time to learn a

21   trade when I was in prison, I would've come –

22       **PRESIDING COMMISSIONER BIGGERS:**  How'd you pick the

23   victim, being there.

24       **INMATE TYSON:**  Let me tell you how I picked my

25   victims out, Commissioner.

26       **PRESIDING COMMISSIONER BIGGERS:**  I'm talking about

27   the one right now.

19

1    **INMATE TYSON:**  I'll just give Ms. Williams.  Are you

2    talking –

3    **PRESIDING COMMISSIONER BIGGERS:**  Ms. Williams.

4    **INMATE TYSON:**  All right.  I picked my victim

5    because she was a woman and she was more -- she was

6    vulnerable.  And a woman, I felt, was less resistant than

7    a man.

8    **PRESIDING COMMISSIONER BIGGERS:**  Okay.

9    **INMATE TYSON:**  But the –

10    **PRESIDING COMMISSIONER BIGGERS:**  How did you

11    determine -- what -- what are the factors that led up to

12    you attacking Ms. Williams?  Was she walking --

13    **INMATE TYSON:**  Being rejected.

14    **PRESIDING COMMISSIONER BIGGERS:**  -- the first time

15    you saw her?

16    **INMATE TYSON:**  Yes -- yes, sir, I did.

17    **PRESIDING COMMISSIONER BIGGERS:**  Okay.

18    **INMATE TYSON:**  Let -- let me finish, Commissioner,

19    please.

20    **PRESIDING COMMISSIONER BIGGERS:**  Well, I don't want

21    you to go --

22    **INMATE TYSON:**  I -- I'm not.

23    **PRESIDING COMMISSIONER BIGGERS:**  -- you know, down

24    the center-field lane.  I want you to --

25    **INMATE TYSON:**  I was.

26    **ATTORNEY CARBONE:**  I think the Commissioner wants

27    you to deal with the -- the basic facts first.

20

1          **PRESIDING COMMISSIONER BIGGERS:** Basic facts before

2    we go on.  We'll get -- we'll let you get a chance to --

3          **INMATE TYSON:** All right.

4          **PRESIDING COMMISSIONER BIGGERS:** -- say your spiel,

5    but I want to know the facts that led you to do what you

6    did to Ms. Williams.

7          **INMATE TYSON:** She was a woman and she was -- well,

8    not because she was a woman, but she was vulnerable and I

9    felt that she was --

10          **PRESIDING COMMISSIONER BIGGERS:** And how was she

11   vulnerable?

12          **INMATE TYSON:** Because she was a female.

13          **PRESIDING COMMISSIONER BIGGERS:** Yeah, but how did

14   you determine that, you know, some women --

15          **INMATE TYSON:** Well, she was by herself.

16          **PRESIDING COMMISSIONER BIGGERS:** Okay, that's --

17   that's --

18          **INMATE TYSON:** She was by her --

19          **PRESIDING COMMISSIONER BIGGERS:** Some women, though,

20   by themselves can handle a guy like you.

21          **INMATE TYSON:** Yes, sir.

22          **PRESIDING COMMISSIONER BIGGERS:** Okay, so there had

23   to be another reason as to why you picked her.  Okay,

24   we'll say that she was by herself.  Was she walking in an

25   area where --

26          **INMATE TYSON:** Yes, she was.  She was walking along

27   the street by an apartment complex.

21

1       PRESIDING COMMISSIONER BIGGERS:  Okay, was it dark?

2  Was it --

3       INMATE TYSON:  It was lit.

4       PRESIDING COMMISSIONER BIGGERS:  Okay.

5       INMATE TYSON:  It was lit.  It was in the dark --

6       PRESIDING COMMISSIONER BIGGERS:  All right.  Now,

7  tell me what happened after that.  You -- you said okay,

8  this is the one I'm go after.  Now, tell me what

9  happened.

10       INMATE TYSON:  I walked up to Ms. Williams and I

11  asked her if I could speak with her and she said no.

12  Something like, you know, get away from me or something.

13  And -- and I felt like I was being rejected again in my

14  life.

15       PRESIDING COMMISSIONER BIGGERS:  Okay.

16       INMATE TYSON:  So I grabbed Ms. Ms. Williams and

17  with the knife I -- I stabbed her three times.

18       PRESIDING COMMISSIONER BIGGERS:  Okay.  And then

19  what happened after you stabbed her?

20       INMATE TYSON:  I started running.  I -- I took off

21  running and I ran home.

22       PRESIDING COMMISSIONER BIGGERS:  Okay.  And then

23  after that you -- you committed the other crime.  Is that

24  the --

25       INMATE TYSON:  Yes, sir, I did.  I committed the

26  other crimes also.

27       PRESIDING COMMISSIONER BIGGERS:  Okay.  Let's start

22

1    with the use of a deadly weapon in Count Two where the
2    victim was Janet Charles.  And how long ago -- how long
3    ago did that particular attempted robbery go after you
4    stabbed the victim?
5         **INMATE TYSON:**  It didn't go well because Ms.
6    Charles --
7         **PRESIDING COMMISSIONER BIGGERS:**  How long?
8         **DEPUTY DISTRICT ATTORNEY KLINGE:**  Actually --
9         **INMATE:**  Excuse me, all --
10        **ATTORNEY CARBONE:**  This was before.  All the
11   others --
12        **PRESIDING COMMISSIONER BIGGERS:**  This was before
13   then?
14        **INMATE TYSON:**  Yes, sir.
15        **PRESIDING COMMISSIONER BIGGERS:**  All the other ones
16   were prior to this?
17        **INMATE TYSON:**  Yes, they were.
18        **PRESIDING COMMISSIONER BIGGERS:**  Thank you. Where's
19   my head today here?  Now, for the record, let's just say
20   that we're going to -- we have multiple victims.  One is
21   attempted robbery with the use of a deadly weapon and the
22   victim was Janet Charles.  The other one was assault with
23   a deadly weapon and that victim was also Janet Charles.
24   And there was another robbery, a PC-211, the use of a
25   deadly weapon and that victim was Tina Marie Boston.
26   Another robbery, 211, with use of a deadly weapon, the
27   victim was Karen Kline, K-L-I-N-E.  And assault with a

23

1    deadly weapon on Karen Kline.  And these were all women.

2          INMATE TYSON:  Yes, sir, they were all women.

3          PRESIDING COMMISSIONER BIGGERS:  So you had a

4    problem with women?

5          INMATE TYSON:  Yes, sir, I had a problem with women.

6          PRESIDING COMMISSIONER BIGGERS:  Okay.  What do you

7    feel was the underlying causes of you having a problem

8    with women?

9          INMATE TYSON:  I think it was rejection my whole

10   life.

11          PRESIDING COMMISSIONER BIGGERS:  But you know a lot

12   of us get rejected.

13          INMATE TYSON:  Yes, sir.

14          PRESIDING COMMISSIONER BIGGERS:  Okay.  But we

15   handled it differently.

16          INMATE TYSON:  Yes.

17          PRESIDING COMMISSIONER BIGGERS:  We don't go around

18   stabbing and robbing women just because we got rejected.

19          INMATE TYSON:  No, sir, we don't.

20          PRESIDING COMMISSIONER BIGGERS:  Well, then have you

21   ever considered looking at other causative factors as to

22   why you may have this resentment toward women?

23          INMATE TYSON:  At the time I didn't, Commissioner.

24          PRESIDING COMMISSIONER BIGGERS:  Okay.

25          INMATE TYSON:  But now it's -- it's a -- I see it's

26   a lot different.

27          PRESIDING COMMISSIONER BIGGERS:  It appears that

24

1    each time that you did this, one of these offenses, the -

2    - the woman was always by herself.  Is that correct?

3        **INMATE TYSON:**  Yes, sir.  They were.

4        **PRESIDING COMMISSIONER BIGGERS:**  You would always --

5    you asked one lady for a cigarette and she refused your

6    request.  Then another one was jogging.  She had her

7    seven-year-old niece with her, didn't she?

8        **INMATE TYSON:**  Yes, sir.

9        **PRESIDING COMMISSIONER BIGGERS:**  They'd been out

10   skating and were walking back to their apartment when you

11   jogged -- a man jogged from them behind.  And you jumped

12   out of the bushes and struck her in the face.

13       **INMATE TYSON:**  Yes, sir, I did.

14       **PRESIDING COMMISSIONER BIGGERS:**  What was your

15   intention?  Other than -

16       **INMATE TYSON:**  To rob her.

17       **PRESIDING COMMISSIONER BIGGERS:**  Rob her.

18       **INMATE TYSON:**  My -- my intention was to rob her.

19       **PRESIDING COMMISSIONER BIGGERS:**  And you hit her?

20       **INMATE TYSON:**  Yes.

21       **PRESIDING COMMISSIONER BIGGERS:**  Okay, then there

22   was a nurse, Ms. Karen Kline.  And, again, they were

23   walking the streets by themselves.  And you knocked her

24   to the ground.

25       **INMATE TYSON:**  Yes, sir, I did.

26       **PRESIDING COMMISSIONER BIGGERS:**  "Don't scream or

27   I'll kill you."  There's got to be some factors that make

1    you do this. This type of stuff, you know.

2        INMATE TYSON:  Yes. I said those things because I

3    thought that it would scare them and make them, you know,

4    do what I wanted them to do.

5        PRESIDING COMMISSIONER BIGGERS:  And that was just

6    strictly to rob them?

7        INMATE TYSON:  Yes, sir.

8        PRESIDING COMMISSIONER BIGGERS:  Well, you had a

9    rape charge back there in Georgia.

10       INMATE TYSON:  Yes, I did.

11       PRESIDING COMMISSIONER BIGGERS:  Okay, was your

12   intention to sexually molest them in any way?

13       INMATE TYSON:  No, sir; it wasn't at the time, but I

14   -- my intentions was to rob a liquor store and I had

15   never robbed anybody before in my life and she had come

16   along -- I had met her --

17       PRESIDING COMMISSIONER BIGGERS:  There are four

18   though.

19       INMATE TYSON:  -- a while -- excuse me, sir?

20       PRESIDING COMMISSIONER BIGGERS:  Three women.

21   One, Janet Charles --

22       INMATE TYSON:  Yes, you're talk --

23       PRESIDING COMMISSIONER BIGGERS:  -- Tina Marie

24   Boston, Karen Kline, actually, four women.

25       INMATE TYSON:  Yes, but you're talking about the one

26   in Georgia, right?

27       PRESIDING COMMISSIONER BIGGERS:  Well, no, I

26

1   just --

2        INMATE TYSON:  Oh, okay.

3        PRESIDING COMMISSIONER BIGGERS:  -- brought that up

4   as an arrest report.

5        INMATE TYSON:  Oh, I'm sorry.  I thought you were

6   talking --

7        PRESIDING COMMISSIONER BIGGERS:  There were four

8   women involved here in crimes in California.

9        INMATE TYSON:  Yes.

10       PRESIDING COMMISSIONER BIGGERS:  They were all

11  walking by themselves.

12       INMATE TYSON:  Yes, sir.

13       PRESIDING COMMISSIONER BIGGERS:  With the exception

14  of that one lady who had her seven-year-old niece with

15  her.

16       INMATE TYSON:  Yes.

17       PRESIDING COMMISSIONER BIGGERS:  Okay.  My question

18  to you was if you were just there to -- to rob them, you

19  know, one would surmise since you had a rape charge in

20  Georgia -

21       INMATE TYSON:  Yes.

22       PRESIDING COMMISSIONER BIGGERS:  -- that you

23  could've had intentions to do something else.  And that's

24  what I was asking you about.  Was this strictly for

25  robbery or -- or was it to get involved with them in any

26  other manner other than -

27       INMATE TYSON:  Oh, no, I wasn't trying to get

27

1    involved with them.  I didn't -- no, that wasn't it.  My

2    intentions were to rob them.

3        **PRESIDING COMMISSIONER BIGGERS:**  Okay.  And -- but

4    was it necessary to use -- for you to knock them down as

5    a way of robbing them?

6        **INMATE TYSON:**  Well, now that I see it wasn't

7    necessary, but I did.  I thought it was necessary at the

8    time.

9        **PRESIDING COMMISSIONER BIGGERS:**  Okay.  Is there

10   anything else you want to tell me about these crimes, I

11   mean, this is subsequent hearing number five, so it's

12   pretty well-documented about the crime.

13       **INMATE TYSON:**  Yes.

14       **PRESIDING COMMISSIONER BIGGERS:**  We're not here to

15   re-try your case so is there anything that you want to

16   put on the record about the crimes that has not been

17   discussed in previous cases or something that I may have

18   left out?

19       **INMATE TYSON:**  Yes, sir.  I -- I did commit these

20   crimes.

21       **PRESIDING COMMISSIONER BIGGERS:**  Oh, I understand

22   that.

23       **INMATE TYSON:**  And I committed a number of crimes

24   against women and I know it looks like I have a problem

25   with women, that I hate women, but I don't.  I love my

26   mother and I have two sisters, I have three daughters.  I

27   love them all the same.

28

1         **PRESIDING COMMISSIONER BIGGERS:**  Well, we're going

2    to get into your social history.  Right now I'm only

3    concerned about the crime.  Is there anything in the

4    crime or crimes that I have -- that I failed to mention

5    or has not been mentioned before that is not in the

6    record?

7         **INMATE TYSON:**  No, sir.

8         **PRESIDING COMMISSIONER BIGGERS:**  Okay.  You have any

9    questions there, Deputy Commissioner?

10        **DEPUTY COMMISSIONER BLONIEN:**  Well, the

11   Commissioner's asked you the question four different ways

12   about the insight that you have.

13        **INMATE TYSON:**  Yes, ma'am.

14        **DEPUTY COMMISSIONER BLONIEN:**  And I -- and I am

15   going to talk to you about your psych report, but in

16   reading your psych report, you said that you went after

17   these women because you wanted someone to talk to.  Your

18   psych report was only five days ago.

19        **INMATE TYSON:**  No -- yes, it was.  It was about five

20   days ago.

21        **DEPUTY COMMISSIONER BLONIEN:**  So --

22        **INMATE TYSON:**  Well, I --

23        **DEPUTY COMMISSIONER BLONIEN:**  -- I don't know if

24   you've thought this through or not -

25        **INMATE TYSON:**  I told her the same thing.

26        **DEPUTY COMMISSIONER BLONIEN:**  But she didn't write

27   down the same thing.

29

1     **INMATE TYSON:**  I -- I explained it to her the same

2     way I'm explaining it to you.  I -- I have no idea how

3     she got that idea.

4     **DEPUTY COMMISSIONER BLONIEN:**  We'll talk about it

5     more but I just wanted to remind you --

6     **INMATE TYSON:**  Yes, ma'am.

7     **DEPUTY COMMISSIONER BLONIEN:**  -- five days ago

8     there's a whole document.

9     **INMATE TYSON:**  Yes, ma'am.

10    **PRESIDING COMMISSIONER BIGGERS:**  All right, now,

11    going into your social history.  You were born in

12    Virginia in '51 to Morgan and Bernelle Tyson?

13    **INMATE TYSON:**  Yes, sir, I was.

14    **PRESIDING COMMISSIONER BIGGERS:**  And your father was

15    serving in the military.  What branch?

16    **INMATE TYSON:**  In the Army.

17    **PRESIDING COMMISSIONER BIGGERS:**  In the Army.  Was

18    he stationed at Port Bellbar (phonetic)?

19    **INMATE TYSON:**  Yes, sir, he was.

20    **PRESIDING COMMISSIONER BIGGERS:**  Okay. After several

21    years in Germany with your parents you returned to the

22    States where you resided in Columbus, Georgia for seven

23    years until your parents separated?

24    **INMATE TYSON:**  Yes, I did.

25    **PRESIDING COMMISSIONER BIGGERS:**  And your father re

26    -- remained in Georgia and your mother moved to Oakland

27    in '77?

30

1      **INMATE TYSON:**  Yes, sir.  I -- I think it was '74

2   that she moved out here.

3      **PRESIDING COMMISSIONER BIGGERS:**  Okay.

4      **INMATE TYSON:**  But she did move to California, yes,

5   she did.

6      **PRESIDING COMMISSIONER BIGGERS:**  And then she moved

7   -- and -- and she started to reside in Oakland in '77?

8   Somewhere in there.

9      **INMATE TYSON:**  I don't -- somewhere near there.  I

10   don't know exactly.

11      **PRESIDING COMMISSIONER BIGGERS:**  Okay.  And you feel

12   that your father was supporting your mother in -- at some

13   point.  Is that what you were saying?

14      **INMATE TYSON:**  Yes, he did.

15      **PRESIDING COMMISSIONER BIGGERS:**  Okay.  So you had

16   two brothers?

17      **INMATE TYSON:**  Excuse me?

18      **PRESIDING COMMISSIONER BIGGERS:**  You had two

19   brothers?

20      **INMATE TYSON:**  I have three brothers.

21      **PRESIDING COMMISSIONER BIGGERS:**  Three brothers.

22      **INMATE TYSON:**  Yes, sir.

23      **PRESIDING COMMISSIONER BIGGERS:**  Okay, and were they

24   by your mother and father?

25      **INMATE TYSON:**  Yes, sir.  All -- all my brothers and

26   sisters.  Well, except for my sister.  She was --

27      **PRESIDING COMMISSIONER BIGGERS:**  Okay.

31

1    **INMATE TYSON:** -- born out of wedlock.

2    **PRESIDING COMMISSIONER BIGGERS:** Okay, so you have

3  two brothers -- two brothers --

4    **INMATE TYSON:** Three.

5    **PRESIDING COMMISSIONER BIGGERS:** Three brothers.

6    **INMATE TYSON:** Three brothers and one sister --

7    **PRESIDING COMMISSIONER BIGGERS:** And are they older

8  or younger?

9    **INMATE TYSON:** They're younger than me.

10    **PRESIDING COMMISSIONER BIGGERS:** Okay.

11    **INMATE TYSON:** They're not -- I'm -- I'm the oldest.

12    **PRESIDING COMMISSIONER BIGGERS:** Okay, so, you know,

13  they looked up to you, did they not?

14    **INMATE TYSON:** Yes, sir, they did.

15    **PRESIDING COMMISSIONER BIGGERS:** Okay. Now, two of

16  your brothers, one is in San Diego in the United States

17  Navy, and one resides in Oakland. And he's a Merchant

18  Marine?

19    **INMATE TYSON:** Let me clarify that, Commissioner. My

20  brother, he's no longer in the service -- my -- my

21  brother is no longer in the service. He lives in

22  Chicago. He's a policeman in Chicago.

23    **PRESIDING COMMISSIONER BIGGERS:** Okay.

24    **INMATE TYSON:** My brother doesn't live in Oakland

25  any more. He lives in Modesto. He works with the

26  Department of Transportation.

27    **PRESIDING COMMISSIONER BIGGERS:** Okay.

32

1        **INMATE TYSON:**  And I also have a brother that lives

2    in Atlanta.  He works with Georgia Pacific Power Company..

3        **PRESIDING COMMISSIONER BIGGERS:**  Okay.  And what

4    does your sister do?

5        **INMATE TYSON:**  My sister, she works for an insurance

6    company in Detroit.  And I also have a sister in Oakland.

7    She works for -- she works for a hospital that take care

8    of the elderly.

9        **PRESIDING COMMISSIONER BIGGERS:**  Oh, like hospice?

10        **INMATE TYSON:**  I don't even know.  What is a

11    hospice?

12        **PRESIDING COMMISSIONER BIGGERS:**  That's where –

13        **ATTORNEY CARBONE:**  That -- that -- that very thing

14    that you just described.

15        **INMATE TYSON:**  Oh, okay.  That's what she works for.

16        **PRESIDING COMMISSIONER BIGGERS:**  Similar to that

17    where they go out and they work with people.

18        **INMATE TYSON:**  Oh, no, she works in sort of a

19    hospital for the eld –

20        **PRESIDING COMMISSIONER BIGGERS:**  Well, there's --

21    there's --

22        **INMATE TYSON:**  I don't know what it is.

23        **PRESIDING COMMISSIONER BIGGERS:**  Okay.

24        **INMATE TYSON:**  It's just elderly.

25        **PRESIDING COMMISSIONER BIGGERS:**  So you had two

26    sisters out of wedlock.

27        **INMATE TYSON:**  No.  No, sir.

33

1        PRESIDING COMMISSIONER BIGGERS:  One?

2        INMATE TYSON:  I have one sister out of wedlock.

3        PRESIDING COMMISSIONER BIGGERS:  Okay.

4        INMATE TYSON:  And all the rest of my brothers and

5    sisters were --

6        PRESIDING COMMISSIONER BIGGERS:  From your --

7        INMATE TYSON:  -- from my father and mother.

8        PRESIDING COMMISSIONER BIGGERS:  Okay.

9        INMATE TYSON:  Yes, sir.

10        PRESIDING COMMISSIONER BIGGERS:  Now, since you've

11    had all these other siblings and none of them ever been

12    in the -- have they ever been involved with police

13    contact?

14        INMATE TYSON:  No, well, my sister, she --

15        PRESIDING COMMISSIONER BIGGERS:  Which one now?

16        INMATE TYSON:  My oldest sister.  She's younger than

17    me but she's my oldest sister.

18        PRESIDING COMMISSIONER BIGGERS:  I understand.

19        INMATE TYSON:  She was.  Well --

20        PRESIDING COMMISSIONER BIGGERS:  And what did she

21    get involved with?

22        INMATE TYSON:  She just refused to do what my mother

23    said and she -- my mother had her committed to a -- what

24    do you call it?  A place in Millersville, down in

25    Millersville, Georgia.  Sort of like a crazy house.

26        PRESIDING COMMISSIONER BIGGERS:  A camp?

27        INMATE TYSON:  Yeah, something like that.  I don't

·34

1  know.

2  **PRESIDING COMMISSIONER BIGGERS:**  Crazy, what do you

3  mean?  She had -- did she have mental health issues?

4  **INMATE TYSON:**  Mental.  I guess a mental -- mental

5  institution.

6  **PRESIDING COMMISSIONER BIGGERS:**  Mental health

7  issues.

8  **INMATE TYSON:**  Mental hosp -- yeah, mental hospital.

9  Yeah.

10  **PRESIDING COMMISSIONER BIGGERS:**  Would you consider

11  your -- your -- your mother strict?

12  **INMATE TYSON:**  Yes, sir, I -- she is strict.  I

13  mean, as far as I -- as I know, yes, she is.  Not as

14  strict as my father.  She's --

15  **PRESIDING COMMISSIONER BIGGERS:**  So in other words,

16  you came from a --

17  **INMATE TYSON:**  -- was more understanding.

18  **PRESIDING COMMISSIONER BIGGERS:**  -- strict -- strict

19  family situation, is what I'm getting at?

20  **INMATE TYSON:**  Yes, I did.

21  **PRESIDING COMMISSIONER BIGGERS:**  Okay.

22  **INMATE TYSON:**  Very strict.

23  **PRESIDING COMMISSIONER BIGGERS:**  All right, let's --

24  let's move on.  You -- you attended elementary school in

25  Germany and -- and you went through -- you attended

26  Carver High School in Columbus, Georgia, but you

27  terminated in the 11th grade to get married?

35

1      INMATE TYSON:  Yes, sir, I did.

2      PRESIDING COMMISSIONER BIGGERS:  Okay.  So what

3   happened to your wife?

4      INMATE TYSON:  My wife and I, we divorced.  That was

5   --

6      PRESIDING COMMISSIONER BIGGERS:  When did you get

7   married?

8      INMATE TYSON:  In 1970.  April 28th, 1970.

9      PRESIDING COMMISSIONER BIGGERS:  Okay, and when'd

10   you get divorced?

11      INMATE TYSON:  It was 19 --

12      PRESIDING COMMISSIONER BIGGERS:  Because it's not

13   clear here in the record.

14      INMATE TYSON:  In 1970 -- no, I think it was 1980.

15   Somewhere around there.

16      PRESIDING COMMISSIONER BIGGERS:  Okay.

17      INMATE TYSON:  I don't remember the exact date.

18      PRESIDING COMMISSIONER BIGGERS:  Well, approximately

19   ten years you were married to her, is that right?

20      INMATE TYSON:  Yes, but we were -- we had been

21   separated for a number of years.

22      PRESIDING COMMISSIONER BIGGERS:  Separated -- okay.

23   And her name was Beverly Norris.

24      INMATE TYSON:  Yes, sir.

25      PRESIDING COMMISSIONER BIGGERS:  N-O-R-R-I-S.  And

26   she was 19.  How old were you when you got married to

27   her?

36

1      INMATE TYSON:  I was 18.

2      PRESIDING COMMISSIONER BIGGERS:  Eighteen.  And you

3  had two daughters by her?

4      INMATE TYSON:  Yes.

5      PRESIDING COMMISSIONER BIGGERS:  Okay.  And what are

6  the daughters doing now?

7      INMATE TYSON:  My daughters are -- one lives in

8  Malibu.  The other one lives in Oregon.

9      PRESIDING COMMISSIONER BIGGERS:  Do they come visit

10  you?

11      INMATE TYSON:  My oldest daughter does.

12      PRESIDING COMMISSIONER BIGGERS:  She does.

13      INMATE TYSON:  She has and -- but my youngest

14  daughter, she hasn't come to visit me.  She's -- she's --

15  she's just been having, you know, financial problems.

16      PRESIDING COMMISSIONER BIGGERS:  Okay.

17      INMATE TYSON:  But I do hear from them every now and

18  then.

19      PRESIDING COMMISSIONER BIGGERS:  Every now and then.

20  Okay.  It says here you listed the divorce in 1974.

21      INMATE TYSON:  Well, that's -- that's when we

22  separated.  That's what I meant to say.

23      PRESIDING COMMISSIONER BIGGERS:  Okay.

24      INMATE TYSON:  We separated in '74 but we didn't get

25  divorced until --

26      PRESIDING COMMISSIONER BIGGERS:  In 1980.

27      INMATE TYSON:  -- somewhere in 1980.  I was in

37

1    prison then at the time.

2         PRESIDING COMMISSIONER BIGGERS:  Okay.  You were

3    also in the Navy?

4         INMATE TYSON:  Yes, sir, I was.

5         PRESIDING COMMISSIONER BIGGERS:  You joined for a

6    two-year stint.  So you were discharged 1971 from -- you

7    were stationed in Philadelphia?

8         INMATE TYSON:  Yes, I was.  That's where my last

9    duty station was.  I was stationed there.

10        PRESIDING COMMISSIONER BIGGERS:  And you got out

11   under honorable conditions, too.

12        INMATE TYSON:  Yes, sir.

13        PRESIDING COMMISSIONER BIGGERS:  Right?

14        INMATE TYSON:  I did.

15        PRESIDING COMMISSIONER BIGGERS:  And you were in

16   England for a year and you were a Boatswain's mate?

17        INMATE TYSON:  Yes, sir.

18        PRESIDING COMMISSIONER BIGGERS:  And -- and a

19   welder.

20        INMATE TYSON:  Yes.

21        PRESIDING COMMISSIONER BIGGERS:  Okay.  And it says

22   here you denied the use intoxicants.  You used a variety

23   of narcotics and then your (inaudible) did not want to

24   list them.  Why?

25        INMATE TYSON:  Well, at the time they just made me

26   feel good.  But I didn't know that they would do this to

27   me.

38

1          PRESIDING COMMISSIONER BIGGERS:  Okay.  And as I see

2     here, we talked about that earlier, you were committed to

3     the Georgia State Prison on March 20th, 1978, on a rape

4     and auto-entering charges.

5          INMATE TYSON:  Yes, sir, I was.

6          PRESIDING COMMISSIONER BIGGERS:  With sentence to

7     run concurrently with the auto charge -- charge carrying

8     a three year sentence and the rape charge an eight year

9     sentence.  Who was the young lady that you raped?

10         INMATE TYSON:  Her name was Robin -- Robin

11    Davenport, I think.

12         PRESIDING COMMISSIONER BIGGERS:  How old was she?

13         INMATE TYSON:  I don't -- I don't know how old she

14    was.

15         PRESIDING COMMISSIONER BIGGERS:  Okay.  You -- did

16    it ever occur to you that with all this stuff going and

17    the support and the family that you had that you probably

18    should've tried to live a clean life?

19         INMATE TYSON:  Yes, sir, it has occurred to me.

20         PRESIDING COMMISSIONER BIGGERS:  After the fact.

21    Prior to?

22         INMATE TYSON:  Yes, sir.

23         PRESIDING COMMISSIONER BIGGERS:  Okay.  Because,

24    again, you were released and got out of prison that you -

25    - what kind of work did you try to do when you got out to

26    California out of prison?

27         INMATE TYSON:  After I got out of prison I just

39

1    searched for any type of work.  Any type of labor job or

2    whatever there was that I could be hired at.

3        PRESIDING COMMISSIONER BIGGERS:  Did you ever go to

4    the Veteran's Administration or go to any veteran's

5    groups to seek assistance?

6        INMATE TYSON:  No, sir, I didn't.

7        PRESIDING COMMISSIONER BIGGERS:  Why not?

8        INMATE TYSON:  I didn't think about it.

9        PRESIDING COMMISSIONER BIGGERS:  Okay.  You

10   honorably served.  You know that you had all this

11   available to you?

12       INMATE TYSON:  Yes and no, but, like I said, I

13   didn't really, you know, think about those -- those

14   options.

15       PRESIDING COMMISSIONER BIGGERS:  Only because at the

16   time you just didn't like a structured environment,

17   basically, is what you're telling me.  Is that correct?

18       INMATE TYSON:  True.  I didn't.

19       PRESIDING COMMISSIONER BIGGERS:  Okay.  All right,

20   let's go -- I'm going to look at your priors.  As a

21   juvenile you had naught on record.

22       INMATE TYSON:  None, sir.

23       PRESIDING COMMISSIONER BIGGERS:  And then -- so your

24   only offense prior -- only couple of -- of offenses prior

25   to this offense was a -- the auto and rape conviction.

26   Is that correct?  In '78?

27       INMATE TYSON:  Yes, it was.

40

1      **PRESIDING COMMISSIONER BIGGERS:**  And then -

2      **INMATE TYSON:**  I --

3      **PRESIDING COMMISSIONER BIGGERS:**  -- in '82 in San

4  Diego, what happened there in '82?  Was this -- '82 I'm

5  reading something here that -- booked on -- you were

6  booked on July the 30th -- it had here a warrant in San

7  Diego, California.  Were you down in San Diego?

8      **INMATE TYSON:**  Yes, that's -- I was there --

9      **PRESIDING COMMISSIONER BIGGERS:**  When they --

10      **INMATE TYSON:**  That's when they arrested me.

11      **PRESIDING COMMISSIONER BIGGERS:**  -- arrested you for

12  the warrant.

13      **INMATE TYSON:**  For the warrant up here in Oakland.

14      **PRESIDING COMMISSIONER BIGGERS:**  Okay.  How'd you

15  get to San Diego from Oakland?

16      **INMATE TYSON:**  I caught the bus.

17      **PRESIDING COMMISSIONER BIGGERS:**  You caught the bus.

18  So after you did all these crimes you wanted to get away?

19      **INMATE TYSON:**  Yes, sir, I did.  I wanted to get

20  away.

21      **PRESIDING COMMISSIONER BIGGERS:**  And -- so they

22  tracked you down to San Diego.

23      **INMATE TYSON:**  Yes, sir, they did.

24      **PRESIDING COMMISSIONER BIGGERS:**  Okay.  Okay.  And I

25  see here also, and this was dropped, and the only reason

26  I'm bringing it up cause the case was in fact dismissed,

27  but they had an escape charge that was pending at one

41

1   time.

2       INMATE TYSON:   Yes, sir.

3       PRESIDING COMMISSIONER BIGGERS:   What happened

4   there?

5       INMATE TYSON:   I was in the county jail and -- in

6   Oakland and at the time, they had some people in there

7   that were trying to escape.   I just happened to be in the

8   same cell block they were in.

9       PRESIDING COMMISSIONER BIGGERS:   Okay.

10      INMATE TYSON:   But I never tried to escape.   I never

11  tried to go anywhere.

12      PRESIDING COMMISSIONER BIGGERS:   Well, they

13  dismissed the charge, so --

14      INMATE TYSON:   Yes, they did.

15      PRESIDING COMMISSIONER BIGGERS:   So undoubtedly they

16  felt that was wrong, but I just wanted to get your

17  clarification of that because that would've concerned me

18  if you didn't have any reason for how to do that.   Okay,

19  is there anything that I missed on your social or your

20  priors that need to be brought out?

21      INMATE TYSON:   Yes, sir.

22      PRESIDING COMMISSIONER BIGGERS:   Did I miss

23  something?

24      INMATE TYSON:   We were just talking about crime and

25  -- in Georgia.

26      PRESIDING COMMISSIONER BIGGERS:   Right.

27      INMATE TYSON:   And you had asked me about why I

42

1    didn't seek employment, you know, and as I said I just,

2    at the time, I didn't really want to learn a trade and I

3    really wasn't, you know, interested in trying to get any

4    type of skills.  But I did want to lead a clean life, but

5    I just didn't have the skills but --

6         PRESIDING COMMISSIONER BIGGERS:  You were a welder

7    in the Navy.

8         INMATE TYSON:  Excuse me.  Excuse me, Commissioner.

9    No, well, I was a welder in the Navy but I had to stop

10   welding because when you weld, you know, the soot, the

11   asphyxiate -- from the welding rods it would always -- it

12   would go into my lungs and I had to stop and -- but,

13   anyway, I didn't seek any type of skills when I was in

14   the -- in prison.  My only thought when I was in prison

15   was trying to get out.  That's all.  I didn't, you know,

16   have any intentions of trying to learn any kind of skills

17   to get any type of education so that when once I got out

18   I could, you know, have a decent life.

19        PRESIDING COMMISSIONER BIGGERS:  Uh-huh.

20        INMATE TYSON:  You know, for myself.  And that was -

21   - that was the main reason that when I came to California

22   I really couldn't find employment.  You know, had I had

23   the skills and the training, I'm pretty sure I could've

24   found, you know, employment and a good education.  I

25   didn't even have an education at the time.

26        PRESIDING COMMISSIONER BIGGERS:  Okay.  Well,

27   anything you can remember and I see you are taking some -

43

1    - advantage of some of the programs here.  But as a

2    former military man -

3        INMATE TYSON:  Yes, sir.

4        PRESIDING COMMISSIONER BIGGERS:  -- whenever

5    somebody's discharged a lot of things are explained to

6    them as what's available for them once they get out.

7    It's just a matter of whether or not the person wants to

8    take advantage of --

9        INMATE TYSON:  Yes, sir.  You're right and at the

10   time I was discharged -

11       PRESIDING COMMISSIONER BIGGERS:  You didn't want to

12   take advantage.

13       INMATE TYSON:  -- I -- no, it -- in 1970 the only

14   thing was in -- cause most guys in the service, I'm

15   getting out of the war, I'm going home.  And that -- I

16   basically had the same attitude as everyone else.

17       PRESIDING COMMISSIONER BIGGERS:  Okay.  That --

18   that's what I wanted to hear.  You have any other

19   questions there, ma'am?

20       DEPUTY COMMISSIONER BLONIEN:  I don't.

21       PRESIDING COMMISSIONER BIGGERS:  Okay.  I'm going to

22   ask the Deputy Commissioner to talk to you about your

23   post-conviction factors.

24       DEPUTY COMMISSIONER BLONIEN:  Mr. Tyson, this is

25   your sixth subsequent hearing.

26       INMATE TYSON:  Yes, ma'am.

27       DEPUTY COMMISSIONER BLONIEN:  Have you read the

44

1   transcripts from your other hearings?

2           INMATE TYSON:  Yes, ma'am, I have.

3           DEPUTY COMMISSIONER BLONIEN:  And -- and did you

4   read them before you came in here to refresh your memory?

5           INMATE TYSON:  Not last night.  I think it was last

6   week.

7           DEPUTY COMMISSIONER BLONIEN:  Okay.

8           INMATE TYSON:  Some time last week.

9           DEPUTY COMMISSIONER BLONIEN:  So it's my job to go

10  over what you've been doing in the institution since your

11  last hearing.  And you came before the Board on November

12  30th of '05 and the hearing was postponed and a new psych

13  was ordered.  And the psych was just completed on the 21st

14  of July.  Did you get a copy of it?

15          INMATE TYSON:  Yes, ma'am.  I just got it yesterday.

16          DEPUTY COMMISSIONER BLONIEN:  Did you read it?

17          INMATE TYSON:  Yes, ma'am, I did.  I read it.  I was

18  not really pleased with it, but --

19          DEPUTY COMMISSIONER BLONIEN:  And -- and we're going

20  to talk about it.

21          INMATE TYSON:  All right.

22          DEPUTY COMMISSIONER BLONIEN:  So I've read the psych

23  report and since then that was so new I went back and

24  read your -- your previous three or four psych reports.

25  I read everything in your -- your volumes of your C-File.

26  I read your counselor's report by Counselor Hilliard, H-

27  I-L-L-I-A-R-D.  [alarm sound] And I'm going to change the

45

1    tape here.

2              [Thereupon, the tape was turned over.]

3         **DEPUTY COMMISSIONER BLONIEN:**  Okay, we're back on

4    tape, side two.  I read your counselor's report by

5    Counselor Hilliard, H-I-L-L-I-A-R-D.  And then the new --

6    new psych report dated 7/21/06 by Michel, M-I-C-H-E-L,

7    Inaba, I-N-A-B-A.  And I think the -- the first question

8    that -- that I had for you was I saw in your '01 hearing

9    you asked to be transferred to San Quentin so you could

10   complete your college and I don't see any college courses

11   that you've taken since you've been here.

12        **INMATE TYSON:**  Well, the reason I haven't been in

13   college -- I -- I did go to college, but then I had so

14   many programs that I had to get in I -- I couldn't fit

15   them all in one.  I -- college was every night.  Monday,

16   Thursdays and Fridays, I had programs.  There was no way

17   I could fit them in.

18        **DEPUTY COMMISSIONER BLONIEN:**  And -- and what was

19   your goal in college?

20        **INMATE TYSON:**  Just to -- just to finish.

21        **DEPUTY COMMISSIONER BLONIEN:**  Just to finish?

22        **INMATE TYSON:**  Yes, ma'am.  Just to finish.

23        **DEPUTY COMMISSIONER BLONIEN:**  Just to get piece of

24   paper?

25        **INMATE TYSON:**  Well, I -- well, just -- just to get

26   the piece of paper, but I've never been the type of

27   person that could -- that would sit down and -- and --

46

1    and do things, you know, with thinking.  I'm -- I'm

2    better with my hands building with trades, working with

3    wood, bricks, stuff -- I'm -- I -- I like doing labor

4    things.

5        **DEPUTY COMMISSIONER BLONIEN:**  So I looked -- I

6    looked for your TABE score and I saw just a chrono where

7    you refused to take it.  Did you take it at some point?

8        **INMATE TYSON:**  Yes, I did.  I did take it at -- I

9    did refuse and I -- the reason I refused –

10        **DEPUTY COMMISSIONER BLONIEN:**  That's March 4th of

11   2003.

12        **INMATE TYSON:**  Yes, I had -- I had told the

13   instructor that was giving the TABE test I said I have a

14   high school diploma and I presented it to the lady and

15   she said well, I don't care.  I want you to take it

16   anyway over again.  I said but I have a high school

17   diploma.

18        **DEPUTY COMMISSIONER BLONIEN:**  Do you know why?

19   Because a lot of people have high school diplomas and

20   they can't read.

21        **INMATE TYSON:**  Uh-huh.

22        **DEPUTY COMMISSIONER BLONIEN:**  So we're under a

23   mandate by --

24        **INMATE TYSON:**  I -- I know.

25        **DEPUTY COMMISSIONER BLONIEN:**  -- the State –

26        **INMATE TYSON:**  I know.

27        **DEPUTY COMMISSIONER BLONIEN:**  -- that if inmates

47

1    can't read we owe them the opportunity to learn how to

2    read before we try to --

3         INMATE TYSON:  Absolutely.

4         DEPUTY COMMISSIONER BLONIEN:   -- give them trades

5    and all that.

6         INMATE TYSON:  Yes, ma'am, I know and that was

7    explained to me and I -- and that was one of the reasons

8    that that law came out.  The, you know, inmates were

9    forced to go to school if they didn't have a -- a -- a

10   score of like, I don't know, seven point -

11        DEPUTY COMMISSIONER BLONIEN:  Six point zero.

12        INMATE TYSON:  Six point zero, something like that.

13   But I had -- I took -- the first thing I did when I was

14   incarcerated in prison here at San Quentin, I asked for a

15   GED book and I read that GED book, I think it was about

16   20 times, over and over and over and that was the first

17   thing I did when I went to the mainline in Soledad was to

18   get my high school diploma.  So that was the first thing

19   I did.

20        DEPUTY COMMISSIONER BLONIEN:  Do you have a copy of

21   your GED?

22        INMATE TYSON:  It's in -- in my -- it should be in

23   my file somewhere, but I -

24        DEPUTY COMMISSIONER BLONIEN:  Did you do an Olson

25   Review and see it?

26        INMATE TYSON:  Yes, ma'am.  Oh, no, I did -- I did.

27   I did.  I saw it in there.  Matter of fact, Ms. Hilliard,

48

1    she showed it me the other day when I was just, you know,

2    cause she was doing –

3        **DEPUTY COMMISSIONER BLONIEN:**  Yeah, it's --

4        **INMATE TYSON:**  -- my report.

5        **DEPUTY COMMISSIONER BLONIEN:**  -- it's -- it's in the

6    other volume of your C-File.

7        **INMATE TYSON:**  And she couldn't find it and I had

8    to remind her that it was in and that she had labeled it.

9        **DEPUTY COMMISSIONER BLONIEN:**  But I was trying to

10   stress with you the importance of reviewing your C-File

11   because --

12       **INMATE TYSON:**  I know.

13       **DEPUTY COMMISSIONER BLONIEN:**  -- maybe another

14   Deputy Commissioner wouldn't have gone to the other

15   volume.

16       **INMATE TYSON:**  And let me say -- let me say

17   something about that, Commissioner.  You know, my

18   counselors and them had told me that everything that's in

19   there is -- is a fact.  That was the reason I didn't go

20   through my file and look -- there's no way I could change

21   it and if there was no way I could change it then I said

22   to myself I said what is the really the sense of looking

23   it when I can't change it.

24       **DEPUTY COMMISSIONER BLONIEN:**  Well, that's –

25       **INMATE TYSON:**  But I didn't know, you know, stuff

26   might have been added to my file.

27       **DEPUTY COMMISSIONER BLONIEN:**  Yeah, and as someone

49

1    who has to read your C-Files, and I read maybe 20 a week,

2    you'd be amazed at how many other inmate's information

3    can be in your C-File and someone who's reviewing it

4    might not always just look at the bottom to see if that

5    is your 115.

6         INMATE TYSON:  Absolutely right.

7         DEPUTY COMMISSIONER BLONIEN:  They just may see

8    refused -- refusing to test and --

9         INMATE TYSON:  Right.

10        DEPUTY COMMISSIONER BLONIEN:  -- attribute it to you

11   cause it's in your C-File.

12        INMATE TYSON:  Right.

13        PRESIDING COMMISSIONER BIGGERS:  Excuse me, Deputy

14   Commissioner, one other thing.  One thing that you said

15   may not necessarily be true.  You indicated that you --

16   they told you everything was in your C-File -- that's in

17   your C-File that nothing could be added or -

18        INMATE TYSON:  Well, I -- I didn't mean add.  What I

19   mean was it was considered as fact.

20        PRESIDING COMMISSIONER BIGGERS:  It is but there's

21   also things in there as she pointed out that you could

22   have removed if it's not pertinent to you.

23        INMATE TYSON:  No, I can't have it --

24        DEPUTY COMMISSIONER BLONIEN:  And has some --

25        INMATE TYSON:  -- removed.

26        DEPUTY COMMISSIONER BLONIEN:  As someone who knows

27   how to 602 well, like you know how to --

50

1      **PRESIDING COMMISSIONER BIGGERS:**  That's all you got

2   to do is try to 602 it.

3      **DEPUTY COMMISSIONER BLONIEN:**  You got to get a Panel

4   who's never been in a prison before to believe what you

5   say.

6      **INMATE TYSON:**  Yes, I --

7      **DEPUTY COMMISSIONER BLONIEN:**  And you've got to

8   think big.

9      **INMATE TYSON:**  Well, I -- it seemed like when I --

10  when I write things down on paper I can -- they come out

11  right.  But when I speak --

12     **DEPUTY COMMISSIONER BLONIEN:**  Uh-huh.

13     **PRESIDING COMMISSIONER BIGGERS:**  Okay, well, a 602

14  does in fact happen like -- in other words, don't say

15  that you can't get things removed from your -- from your

16  C-File.

17     **INMATE TYSON:**  And, you know something,

18  Commissioner, you're absolutely right, because I just had

19  a -- a -- a 128 rescinded by -

20     **PRESIDING COMMISSIONER BIGGERS:**  Hello.

21     **INMATE TYSON:**  -- an officer -- I -- but now, you

22  know, I'm -- I'll tell you, I was out there I was working

23  and the officer said -- he said Tyson, do you need a

24  chrono, and I thought he was talking about I needed a

25  chrono -

26     **PRESIDING COMMISSIONER BIGGERS:**  I understand that

27  but that's not the issue.  The issue here is what you

51

1    said.

2        **INMATE TYSON:**  That's what I'm saying, Officer

3    Commissioner.  He asked me if I needed a chrono and I

4    said no, but I didn't know he was talking about

5    rescinding a chrono that he had wrote on me before, and I

6    said well, no, I don't need a chrono for working.  I

7    thought he meant that, you know, to let my supervisor

8    know that I was working --

9        **PRESIDING COMMISSIONER BIGGERS:**  Okay.

10       **INMATE TYSON:**  -- with him.

11       **PRESIDING COMMISSIONER BIGGERS:**  Right, that's what

12   I'm talking about.

13       **DEPUTY COMMISSIONER BLONIEN:**  Well, Mr. Tyson, the

14   reason this Panel's even taking any time with you is I

15   think we see some hope in you.

16       **INMATE TYSON:**  Oh God.

17       **DEPUTY COMMISSIONER BLONIEN:**  And you -- you --

18   you're busy struggling --

19       **INMATE TYSON:**  Oh, please stop.  Please stop,

20   please.  Oh God, thank you, thank you, thank you.

21       **PRESIDING COMMISSIONER BIGGERS:**  But you don't have

22   any hope in yourself, sir.

23       **INMATE TYSON:**  I know it.  Thank you.  Oh, God.   Go

24   ahead, please.  Go ahead.

25       **DEPUTY COMMISSIONER BLONIEN:**  And all of this

26   struggling that you're doing is not necessarily moving

27   you forward.  So when I asked you if you read all your

52

1    transcripts from your last hearings, I asked you --

2        **INMATE TYSON:**  Thank you.

3        **DEPUTY COMMISSIONER BLONIEN:**  -- because each

4    hearing's an opportunity to show your growth.

5        **INMATE TYSON:**  Yes.

6        **DEPUTY COMMISSIONER BLONIEN:**  And not -- not fight

7    the war of past bad decisions, bad behavior.

8        **INMATE TYSON:**  Yes, ma'am.

9        **DEPUTY COMMISSIONER BLONIEN:**  And that's why we're

10   taking some time with you.

11       **INMATE TYSON:**  Thank you.

12       **DEPUTY COMMISSIONER BLONIEN:**  We don't -- we're not

13   verbal sparring with you.

14       **INMATE TYSON:**  Thank you.

15       **DEPUTY COMMISSIONER BLONIEN:**  So getting back to

16   since you've been incarcerated, you've had three 115s,

17   the last one in 1993.

18       **INMATE TYSON:**  Yes, ma'am.

19       **DEPUTY COMMISSIONER BLONIEN:**  You've had 20 128s,

20   the last one in 1998.

21       **INMATE TYSON:**  Yes, ma'am.

22       **DEPUTY COMMISSIONER BLONIEN:**  And I think I would

23   attribute it to the fact that you were young and immature

24   for a long time.

25       **INMATE TYSON:**  Yes, ma'am, I was.

26       **DEPUTY COMMISSIONER BLONIEN:**  Past your age, your

27   physical age.

53

1      INMATE TYSON:  Yes.

2      DEPUTY COMMISSIONER BLONIEN:  In terms of working,

3   you are a worker.  You've completed vocations in Auto

4   Painting, Dry Cleaning, Electric Technician --

5   Electronics Technician in --

6      INMATE TYSON:  No, that's --

7      DEPUTY COMMISSIONER BLONIEN:  -- '04?

8      INMATE TYSON:  Oh, God.  Let me see.  It's Certified

9   Customer Service --

10      DEPUTY COMMISSIONER BLONIEN:  Yeah, Customer

11   Service.  I've got that but what's the Electronics,

12   what's that?

13      INMATE TYSON:  That's -- that's -- that's the -- the

14   Customer Service.

15      DEPUTY COMMISSIONER BLONIEN:  And you work at PIA.

16      INMATE TYSON:  Yes, ma'am, I do.

17      DEPUTY COMMISSIONER BLONIEN:  And your job is?

18      INMATE TYSON:  Right now I work in the mattress

19   factory and I -- I make the covers for mattresses, but I

20   -- I can also build chairs.  Matter of fact the chairs

21   that you're sitting here right now I have a certificate

22   in -- in -- in making those same chairs.  A Proficiency

23   certificate.  It should be in there.

24      DEPUTY COMMISSIONER BLONIEN:  I -- I've never fallen

25   out of one of these chairs either.  They're -- they're

26   good.  Good.  "Congratulations.  The Electronics

27   Technicians Association is pleased to announce that one

54

1    of your outstanding employees, Morgan Tyson, has

2    successfully completed examination in any hands-on skills

3    necessary to attain an ETA-1 Professional Customer

4    Service Specialist Certification." That's by Russell

5    Glass, President. So at PIA, what's -- what's your pay

6    number?

7        **INMATE TYSON:** I make 65 cents an hour.

8        **DEPUTY COMMISSIONER BLONIEN:** So you're getting

9    toward the top. So you're --

10        **INMATE TYSON:** Yes, ma'am.

11        **DEPUTY COMMISSIONER BLONIEN:** -- you're good.

12        **INMATE TYSON:** And right now I'm -- I'm -- I'm up

13    for a raise but there are also -- I think it's five other

14    people that are considered for the raise also.

15        **DEPUTY COMMISSIONER BLONIEN:** Right, and -- and only

16    so many get it.

17        **INMATE TYSON:** Yes, ma'am.

18        **DEPUTY COMMISSIONER BLONIEN:** There's a tiered

19    system. And in looking at your evaluation reports, you

20    know, they say you're a good worker. You're dependable.

21    You get two's and three's.

22        **INMATE TYSON:** Yes, ma'am.

23        **DEPUTY COMMISSIONER BLONIEN:** Satisfactory and above

24    average.

25        **INMATE TYSON:** Yeah, if I can -- if -- if -- I'm

26    sorry for me to say this. I think there are only three

27    people in my whole shop that can sew as well as me. I'm

55

1   not better and I'm not saying I sew better than them, but

2   only, let's see, well, there was three.  No, it's two

3   now.  Two.  Matter of fact one went home.

4       **DEPUTY COMMISSIONER BLONIEN:**  And do you have the

5   kind of supervisor who doesn't give out outstandings?

6       **INMATE TYSON:**  I -- I -- I couldn't really tell you

7   that.  I -- I don't know.

8       **DEPUTY COMMISSIONER BLONIEN:**  But –

9       **INMATE TYSON:**  I'm pretty sure she does because

10  inmate that went home yest -- yesterday, Ben Bong

11  (phonetic) --

12      **DEPUTY COMMISSIONER BLONIEN:**  Oh, yeah.  Yeah.

13      **INMATE TYSON:**  He -- he -- he was really -- he was -

14  - matter of fact he told me how to use the overlock in

15  Soledad.  He was the lead man in Soledad.  And he -- he -

16  - he -- he knows --

17      **DEPUTY COMMISSIONER BLONIEN:**  An overlock's a

18  stitching process?

19      **INMATE TYSON:**  Yes, it is and he -- he knows how to

20  fix all the machines and everything.

21      **DEPUTY COMMISSIONER BLONIEN:**  Well, in '03 you had

22  over 2500 hours of experience.

23      **INMATE TYSON:**  Yes, ma'am.

24      **DEPUTY COMMISSIONER BLONIEN:**  So it's only grown in

25  the -- the last three years.  You also participate in the

26  Vietnam Veterans Group?

27      **INMATE TYSON:**  Well, not anymore.

56

1          DEPUTY COMMISSIONER BLONIEN:  From '92 to '98.

2          INMATE TYSON:  Yes, I did.

3          DEPUTY COMMISSIONER BLONIEN:  And you don't

4     participate anymore because?

5          INMATE TYSON:  They have a waiting list right now

6     and --

7          DEPUTY COMMISSIONER BLONIEN:  I asked an inmate

8     earlier today how many people were in the group and he

9     thought about 40.

10         INMATE TYSON:  I think it was -- yeah.  About 40.

11    It's about 40 inmates in there.

12         DEPUTY COMMISSIONER BLONIEN:  You've participated in

13    Narcotics Anonymous --

14         INMATE TYSON:  Yes.

15         DEPUTY COMMISSIONER BLONIEN:  -- '03, '04, '05.

16         INMATE TYSON:  Yes.

17         DEPUTY COMMISSIONER BLONIEN:  Your last chrono was

18    April of '06.

19         INMATE TYSON:  Yes.

20         DEPUTY COMMISSIONER BLONIEN:  Have you worked

21    through all the Steps?

22         INMATE TYSON:  I -- I -- I've worked through them

23    during our classes.  But trying to remember, now, I can

24    remember some of them.  But trying to remember --

25         DEPUTY COMMISSIONER BLONIEN:  If you can remember

26    interlock stitch, you can remember -

27         INMATE TYSON:  Yes, I -- I can remember some.

57

1       **DEPUTY COMMISSIONER BLONIEN:**  So --

2       **INMATE TYSON:**  I can remember some.

3       **DEPUTY COMMISSIONER BLONIEN:**  -- it's not so much

4  even remembering them.

5       **INMATE TYSON:**  But not word-for-word.

6       **DEPUTY COMMISSIONER BLONIEN:**  It's how you apply

7  them to your reality and how you plan to transfer them

8  as --

9       **INMATE TYSON:**  Right.

10       **DEPUTY COMMISSIONER BLONIEN:**  -- help in the

11  community.

12       **INMATE TYSON:**  Right, and -- and -- and see, now, I

13  didn't understand that before and now I understand that

14  when you -- when you're using you have to apply them.

15  It's like I admitted that I was powerless over my drug

16  addiction and that my life was unmanageable and I was.  I

17  was powerless over my drug addiction and my -- the drugs

18  were in control of me.  And to ask God to remove all my

19  defaults.  I think that's number -- number -- number 10.

20  No, no, no, that's --

21       **DEPUTY COMMISSIONER BLONIEN:**  No.

22       **INMATE TYSON:**  -- number --

23       **DEPUTY COMMISSIONER BLONIEN:**  Don't get -- it

24  doesn't matter what number.

25       **INMATE TYSON:**  Number 7.  Number 7.  And -- and I

26  had to use those things, you know, to help me to -- to

27  stop smoking and to stop using drugs.

58

1        **DEPUTY COMMISSIONER BLONIEN:**  When's the last time

2   you used drugs?

3        **INMATE TYSON:**  I think it was 1978, 1978 I stopped

4   using drugs.  Oh, no, it was 19 -- December of 1977,    I

5   had made a New Year's resolution to stop smoking and I

6   started in December because I said New Year's

7   resolutions, they don't work.  They -- they never work.

8   I tried it once before and it never worked.  I went back

9   to smoking so that's why I started in December.  I said

10  I'll do this right now.  There's no need to wait until

11  the New Year.  And I haven't smoked a cigarette, I

12  haven't used any drugs since then.

13       **DEPUTY COMMISSIONER BLONIEN:**  You also participate

14  in the Trust Program.

15       **INMATE TYSON:**  Yes, I do.

16       **DEPUTY COMMISSIONER BLONIEN:**  The Impact Program.

17       **INMATE TYSON:**  Yes, ma'am.

18       **DEPUTY COMMISSIONER BLONIEN:**  So tell me, you -- if

19  you work 4/10s, so you work four days a week ten hours a

20  day.

21       **INMATE TYSON:**  I work overtime also.  I work Fridays

22  or Saturdays whichever day is overtime.  I worked this

23  Saturday overtime.

24       **DEPUTY COMMISSIONER BLONIEN:**  Okay, and then what

25  night do you go to NA?

26       **INMATE TYSON:**  Friday nights.

27       **DEPUTY COMMISSIONER BLONIEN:**  Okay, and when do you

59

1   go to Trust?

2        **INMATE TYSON:**   Thursday.

3        **DEPUTY COMMISSIONER BLONIEN:**   And when do you go to

4   Impact?

5        **INMATE TYSON:**   Monday.

6        **DEPUTY COMMISSIONER BLONIEN:**   So what do you do

7   Tuesday and Wednesday?

8        **INMATE TYSON:**   Well, I try to work out.  I try to

9   study.  I try to read a little bit.  I, you know, I -- I

10  never liked reading, but I try to read because it's good.

11  It's, you know, my father always said it's good for me to

12  always just pick up something and read.

13       **DEPUTY COMMISSIONER BLONIEN:**   And what do you –

14       **INMATE TYSON:**   And I try to read.

15       **DEPUTY COMMISSIONER BLONIEN:**   And what are you

16  reading?

17       **INMATE TYSON:**   I read history books.  I read

18  fiction.  I read my Koran, mostly.

19       **DEPUTY COMMISSIONER BLONIEN:**   Okay.  In either your

20  Trust or Impact groups, since your criminal history is

21  full of your inability to deal with women --

22       **INMATE TYSON:**   Yes.

23       **DEPUTY COMMISSIONER BLONIEN:**   -- what are you doing

24  that allows you now to function and be able to deal with

25  women?

26       **INMATE TYSON:**   You know, it was -- it was a time in

27  my life that I -- I didn't have a problem with women.

1    It's just that I felt like if I said something to

2    somebody, you know, say hey, I like you and, you know,

3    maybe we could be friends or whatever when I was younger

4    and that, you know, they would like, you know, a lot of

5    people would say oh, I don't like you. And then I met my

6    wife. Now, she was the first person that I loved. I

7    loved her dearly. And she was my childhood sweetheart.

8         **DEPUTY COMMISSIONER BLONIEN:** You were like 16?

9         **INMATE TYSON:** Yes. I was 15.

10        **DEPUTY COMMISSIONER BLONIEN:** Fifteen.

11        **INMATE TYSON:** Yes, yes, I was. Well, anyway, you

12   know, I was young. And I knew then that I would marry

13   her in my life. We -- we loved each other. I -- I can't

14   deny that. And after our breakup, it was more like

15   rejection and it wasn't as much as I had a problem with

16   women as I had a problem with myself, because I didn't

17   use my ability to talk to people. I have never been a --

18   a person to speak out. Now, if I was to go back in my

19   building right now I could sit down with the people in my

20   building and talk to them. I can talk with staff, you

21   know, and -- and be comfortable because, you know, I've

22   been around them. It's just -- it's just hard, you know,

23   to walk up to someone and say hey, I like you, you know,

24   without the -- the fear of being rejected. And it really

25   hurts. You know, it just -- it just -- it hurts. It

26   really hurts.

27        **DEPUTY COMMISSIONER BLONIEN:** So in order to cope