# EXHIBIT 7

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA          Dept. No. 9

Date: March 2, 2007     Hon. LARRY J. GOODMAN, Judge     Fil R. Cruz, Deputy Clerk.
                                                         Not Reported, Reporter

IN RE
MORGAN ANDRE TYSON                    Counsel appearing       No Appearance
                                      for Petitioner
          Petitioner
vs.                                   Counsel appearing       No Appearance
                                      for Respondent

PEOPLE OF THE STATE OF CALIFORNIA
          Respondent

Nature of Proceedings: **ORDER OF THE COURT**
**REGARDING PETITION FOR WRIT OF HABEAS CORPUS**
                                                   Case No. 75513
                                                   PFN:  AMX770
                                                   CEN: 2060285

The Petition for writ of habeas corpus is denied. The Petition fails to state a prima facie case for relief. Even though Petitioner has submitted numerous documents in support of his Petition, review of the transcripts provided and documents pertaining to the July 25, 2006 hearing, indicate that there was no abuse of discretion by the Board of Prison Terms. The factual basis of the BPT's decision granting or denying parole is subject to a limited judicial review. A Court may inquire only whether some evidence in the record before the BPT supports the decision to deny parole. The nature of the offense alone can be sufficient to deny parole. (In Re Rosenkrantz (2002) 29 Cal 4th 616, 652, 658, 682; In Re Dannenberg (2005) 34 Cal 4th 1061 The record presented to this Court for review demonstrates that there was certainly some evidence, including, but not limited to the committing offense, Petitioner's lack of total candor and lack of insight into the committing offense and the motivation for the committing offense, Petitioner's lack of firm parole plans and the unfavorable contents of the latest psychology report prepared by Dr. Inaba. There is nothing in the record that indicates that the Board's decision was arbitrary or capricious, nor that Petitioner's equal protection or due process rights were violated. Thus, Petitioner has failed to meet his burden of sufficiently proving or supporting the allegations that serve as the basis for habeas relief.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served **ORDER OF THE COURT** by placing copies in envelopes addressed as shown below and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Morgan A. Tyson
CDC or ID Number C-81713
CSP S.Q.
San Quentin, CA 94976

Dated: March 9, 2007

By: _____
    Fil R. Cruz, Deputy Clerk

Enclosed as stated above

Writ - Tyson, Morgan Andre, March 2, 2007