Case 5:07-cv-05784-JF   Document 5-11   Filed 04/07/2008   Page 1 of 2

# EXHIBIT 9

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 1

In re MORGAN A. TYSON on Habeas Corpus.

A117098
Alameda County No. 75513

BY THE COURT:

**FILED**
APR 0 4 2007
Court of Appeal - First App. Dist.
DIANA HERBERT
By_____ DEPUTY

The petition for writ of habeas corpus is denied.

The justices participating in this matter were:

Justice Marchiano, Justice Stein and Justice Swager

Date: APR 0 4 2007                    _____ P.J.
                                          Marchiano

orcc1a