Case 5:07-cv-05784-JF   Document 5-13   Filed 04/07/2008   Page 1 of 2

# EXHIBIT 11

S152056

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re MORGAN A. TYSON on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

OCT 1 0 2007

Frederick K. Ohlrich Clerk

_____
DEPUTY

**GEORGE**
_____
Chief Justice