1  MORGAN A. TYSON
2  C81713
   CSP-SAN QUENTIN
3  SAN QUENTIN, CA 94964
4  PETITIONER, IN PRO SE
5
6

7
8     IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10          SAN JOSE DIVISION
11

12  MORGAN A. TYSON,           No. C 07-5784 JF (PR)
13       PETITIONER,           PETITIONER'S FIRST REQUEST
                               FOR EXTENSION OF TIME
14       v.                    TO FILE A TRAVERSE TO
                               RESPONDENT'S ANSWER;
15  ROBERT L. AYER, et. al.,   AND DECLARATION OF
                               MORGAN A. TYSON IN SUPPORT
16       RESPONDENTS.          THEREOF.
17

18     TO RESPONDENTS, ROBERT L. AYER, et. al., AND
19  THEIR ATTORNEY OF RECORD, STEVEN G. WARNER,
20  DEPUTY ATTORNEY GENERAL OF THE STATE OF
21  CALIFORNIA:
22     PLEASE TAKE NOTICE THAT PETITIONER MORGAN
23  A. TYSON REQUEST A THIRTY-DAY EXTENSION
24  OF THE COURT'S MAY 2, 2008 DEADLINE TO
25  ///
26  ///

FILED
08 APR 21 PM 2:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  FILE A TRAVERSE, UP TO AND INCLUDING JUNE
2  2, 2008.
3     AS EXPLAINED BY THE SUPPORTING DECLARATION
4  OF MORGAN A. TYSON, THIS EXTENSION WILL ALLOW
5  PETITIONER ADDITIONAL TIME TO CONSULT LEGAL
6  ASSISTANTS AND PREPARE THE NECESSARY LEGAL
7  ARGUMENTS TO SUPPORT THE TRAVERSE.
8
9  DATED: APRIL 17, 2008
10
11
12
13
14            *Morgan A. Tyson*
              MORGAN A. TYSON,
15            PETITIONER, IN PRO SE
16
17
18
19
20
21
22
23
24
25
26              -2-

DECLARATION OF
MORGAN A. TYSON
IN SUPPORT OF REQUEST
FOR EXTENSION OF TIME TO
FILE TRAVERSE

I, MORGAN A. TYSON, DECLARE AND STATE:

1. I AM THE PETITIONER IN TYSON v. AYERS, CASE NO. C07-05784JF.

2. I AM A LAYMAN AT LAW.

3. I DO NOT FULLY UNDERSTAND THE COMPLEXITIES OF LAW AS ARGUED IN RESPONDENT'S ANSWER NOW ON FILE WITH THIS COURT.

4. I HAVE SOUGHT AND GAINED ASSISTANCE IN THIS MATTER FROM ANOTHER PRISONER.

5. I ANTICIPATE THAT AN ADDITIONAL EXTENSION OF THIRTY DAYS SHOULD PROVIDE SUFFICIENT TIME TO RESEARCH AND PREPARE THE TRAVERSE.

6. THIS EXTENSION WILL PLACE THE DEADLINE ON JUNE 2, 2008.

7. I HAVE NOT ATTEMPTED TO CONTACT COUNSEL FOR RESPONDENTS BECAUSE I AM A PRO-SE PRISONER WHO DOES NOT HAVE SIMPLE ACCESS TO COMMUNICATIONS THEREOF.

///
///

1  8. FOR THESE REASONS, PETITIONER REQUEST
2  AN EXTENSION OF THE DEADLINE, UP TO AND INCLUDING
3  JUNE 2, 2008.
4  9. THIS IS THE FIRST REQUEST FOR AN
5  EXTENSION OF TIME IN THIS CASE BY PETITIONER.
6  10. THE REQUESTED EXTENSION OF TIME WILL
7  HAVE MINIMAL IMPACT ON THE SCHEDULE FOR THE
8  CASE.
9  11. THIS REQUEST IS NOT MADE FOR ANY PURPOSE
10 OF HARASSMENT, UNDUE DELAY, OR ANY IMPROPER
11 REASON.
12
13    I DECLARE UNDER PENALTY OF PERJURY
14 THAT THE FORGOING IS TRUE AND CORRECT.
15 EXECUTED AT SAN QUENTIN STATE PRISON,
16 CALIFORNIA, ON APRIL 17, 2008
17
18
19
20        *Morgan A. Tyson* (signature)
          MORGAN A. TYSON,
21        DECLARANT
22
23
24
25
26              -2-

DECLARATION OF SERVICE

I, MORGAN A. TYSON STATE:

IN ACCORDANCE WITH SAN QUENTIN STATE PRISON POLICY FOR MAILING LEGAL MAIL I PLACE A COPY OF:

PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE A TRAVERSE TO RESPONDENT'S ANSWER; AND DECLARATION OF MORGAN A. TYSON IN SUPPORT THEREOF

IN A SEAL ENVELOPE WITH POSTAGE FULLY PAID ADDRESSED AS FOLLOWS:

STEVEN G. WARNER
DEPUTY ATTORNEY GENERAL
455 GOLDEN GATE AVENUE, #11000
SAN FRANCISCO, CA 94102-7004

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT. EXECUTED AT SAN QUENTIN STATE PRISON, ON APRIL 17, 2008.

_Morgan A. Tyson_
MORGAN A. TYSON,
DECLARANT.



$00.00 APR 18 2008
MAILED FROM ZIP CODE 94964

Morgan A. Tyson C-8713
S.Q.S.P
San Quentin, Ca. 94974

United States District Court
Northern District of California
450 Golden Gate Ave.
Box 36060
San Francisco, Ca. 94102

Legal mail!