**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN A. TYSON, | No. C 07-5784 JF (PR) |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE AS MOOT |
| v. | |
| ROBERT L. AYERS, Warden, et al., | |
| Respondents. | |
| _____/ | (Docket No. 6) |

Petitioner, a state prisoner proceeding pro se, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court issued an Order to Show Cause to Respondent and directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent filed an answer on April 7, 2008. On April 21, 2008, Petitioner filed a request for an extension of time to file a traverse. Thereafter, Petitioner filed his traverse on April 25, 2008. The Court notes that Petitioner's traverse was timely filed within thirty days of the answer.

Accordingly, Petitioner's request for an extension of time (docket no. 6) is DENIED as moot.

IT IS SO ORDERED.

Dated: 4/30/08

JEREMY FOGEL
United States District Judge

Order Denying Petitioner's Request for Extension of Time to File Traverse as Moot
P:\PRO-SE\SJ.Jf\HC.07\Tyson784ext.wpd